Debtor name    **Uptown Partners, LP**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:23-bk-00988-HWV**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5-15-23          x _____
                                Signature of individual signing on behalf of debtor

                                **Peter Siegel**
                                Printed name

                                **CEO**
                                Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $    **12,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $    **761,464.18**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $    **12,761,464.18**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **8,880,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **812,865.18**

4. Total liabilities .................................................................................................
    Lines 2 + 3a + 3b    $    **9,692,865.18**

**Fill in this information to identify the case:**

Debtor name     **Uptown Partners, LP**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **1:23-bk-00988-HWV**

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking - Operating Account | 3940 | $75,082.47 |
| 3.2. | Bank of America | Checking - Security Deposits | 4088 | $57,646.41 |
| 3.3. | Bank of America | Checking - Replacement Reserve | 9310 | $226.63 |
| 3.4. | Bank of America | Checking - Tax/Insurance | 9307 | $193,030.72 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $325,986.23 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:     **483,524.95**  -  **50,047.00**  = ....  **$433,477.95**

        face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$433,477.95** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Photocopier, Credenza, Computer, Desk, Filing Cabinets (4), Metal Storage Closet, Printer, Shelving Unit (2)** | | | **$2,000.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

# A-10
# Accounts Receivables

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-501-2 | Cottom, Laura A RESIDENT | Current resident | 0.00 | 2.00 | 2.00 | 510.00 | 520.00 | (8.00) | 0.00 | (8.00) | 400.00 | 400.00 | 11/30/2024 |
| 01-501-3 | Taylor, Debra M RESIDENT | Current resident | 0.00 | 42.75 | 42.75 | 435.00 | 435.00 | 0.00 | 42.75 | 42.75 | 500.00 | 500.00 | 10/31/2024 |
| 01-501-4 | Davis, Dasinas RESIDENT | Current resident | 0.00 | 158.43 | 158.43 | 199.00 | 205.00 | 0.00 | 152.43 | 152.43 | 400.00 | 400.00 | 10/10/2024 |
|  | SUBSIDY |  | (847.00) | 0.00 | (847.00) | 474.00 | 0.00 | (373.00) | 0.00 | (373.00) | 0.00 | 0.00 | 11/30/2024 |
|  | **Sub Totals:** |  | **(847.00)** | **158.43** | **(688.57)** | **673.00** | **205.00** | **(373.00)** | **152.43** | **(220.57)** | **400.00** | **400.00** |  |
| 01-501-6 | Taylor, Deborah RESIDENT | Current resident | 0.00 | 115.95 | 115.95 | 639.00 | 754.95 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 11/30/2024 |
| 01-501-7 | Hall, Anita RESIDENT | Current resident | 0.00 | 689.77 | 689.77 | 183.75 | 310.67 | 0.00 | 562.85 | 562.85 | 400.00 | 400.00 | 01/31/2024 |
|  | SUBSIDY |  | 0.00 | 0.00 | 0.00 | 457.00 | 0.00 | 0.00 | 457.00 | 457.00 | 0.00 | 0.00 |  |
|  | **Sub Totals:** |  | **0.00** | **689.77** | **689.77** | **640.75** | **310.67** | **0.00** | **1,019.85** | **1,019.85** | **400.00** | **400.00** |  |
| 01-501-8 | Etheridge, James | Current resident | (148.00) | 0.00 | (148.00) | 123.00 | 123.00 | (148.00) | 0.00 | (148.00) | 1,098.00 | 1,098.00 | 03/15/2024 |
|  | SUBSIDY |  | 0.00 | 0.00 | 0.00 | 557.00 | 0.00 | 0.00 | 557.00 | 557.00 | 0.00 | 0.00 |  |
|  | **Sub Totals:** |  | **(148.00)** | **0.00** | **(148.00)** | **680.00** | **123.00** | **(148.00)** | **557.00** | **409.00** | **1,098.00** | **1,098.00** |  |
| 01-501-9 | Wilkins, Lisa L RESIDENT | Current resident | (180.00) | 0.00 | (180.00) | 142.00 | 130.00 | (168.00) | 0.00 | (168.00) | 488.00 | 488.00 | 01/01/2024 |
|  | SUBSIDY |  | (285.00) | 0.00 | (285.00) | 630.00 | 0.00 | 0.00 | 345.00 | 345.00 | 0.00 | 0.00 |  |
|  | **Sub Totals:** |  | **(465.00)** | **0.00** | **(465.00)** | **772.00** | **130.00** | **(168.00)** | **345.00** | **177.00** | **488.00** | **488.00** |  |
| 01-501-10 | Kaylor, Constance RESIDENT | Current resident | (84.90) | 0.00 | (84.90) | 402.00 | 402.00 | (84.90) | 0.00 | (84.90) | 400.00 | 400.00 | 04/30/2023 |

Case 1:23-bk-00988-HWV   Doc 13   Filed 05/15/23   Entered 05/15/23 14:55:2?   Desc
Main Document      Page 6 of 96

# OneSite Reports - Governors Square - 1538
## RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/2023 as of 05/10/2023

**Parameters:** Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-501-11 | Montalvo, Lydia E | Current resident | 0.00 | 0.00 | 0.00 | 113.00 | 113.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | 07/31/202 |
|  | SUBSIDY |  | 0.00 | 1,131.00 | 1,131.00 | 557.00 | 0.00 | 0.00 | 1,688.00 | 1,688.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 1,131.00 | 1,131.00 | 670.00 | 113.00 | 0.00 | 1,688.00 | 1,688.00 | 500.00 | 500.00 |  |
| 01-501-12 | Lowe, Faith  RESIDENT | Current resident | (250.00) | 0.00 | (250.00) | 570.00 | 570.00 | (250.00) | 0.00 | (250.00) | 400.00 | 400.00 | 11/30/202 |
| 01-501-13 | Middleton, Keyuonya RESIDENT | Current resident | 0.00 | 3,419.40 | 3,419.40 | 479.85 | 0.00 | 0.00 | 3,899.25 | 3,899.25 | 400.00 | 400.00 | 06/30/202 |
| 01-501-14 | Thompson, Coy | Current resident | 0.00 | 149.28 | 149.28 | 600.46 | 593.00 | 0.00 | 156.74 | 156.74 | 400.00 | 400.00 |  |
|  | SUBSIDY |  | 0.00 | 507.00 | 507.00 | 39.00 | 0.00 | 0.00 | 546.00 | 546.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 656.28 | 656.28 | 639.46 | 593.00 | 0.00 | 702.74 | 702.74 | 400.00 | 400.00 | 04/30/202 |
| 01-501-15 | McGraw, Shirley RESIDENT | Current resident | 0.00 | 598.50 | 598.50 | 570.00 | 0.00 | 0.00 | 1,168.50 | 1,168.50 | 400.00 | 400.00 | 01/31/202 |
| 01-501-16 | Wright, Lisa L RESIDENT | Current resident | 0.00 | 563.85 | 563.85 | 574.00 | 574.00 | 0.00 | 563.85 | 563.85 | 400.00 | 400.00 | 03/31/202 |
| 01-501-17 | Montes, Sandra N | Current resident | (88.10) | 0.00 | (88.10) | 87.00 | 0.00 | (1.10) | 0.00 | (1.10) | 680.00 | 680.00 |  |
|  | SUBSIDY |  | 0.00 | 0.00 | 0.00 | 643.00 | 0.00 | 0.00 | 643.00 | 643.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | (88.10) | 0.00 | (88.10) | 730.00 | 0.00 | (1.10) | 643.00 | 641.90 | 680.00 | 680.00 | 02/29/202 |
| 01-501-18 | Felix, Ramon RESIDENT | Current resident | (998.00) | 0.00 | (998.00) | 689.00 | 689.00 | (998.00) | 0.00 | (998.00) | 0.00 | 0.00 | 06/17/202 |
| 01-501-19 | Ushery, Ronald A RESIDENT | Current resident | 0.00 | 3,931.88 | 3,931.88 | 630.00 | 0.00 | 0.00 | 4,561.88 | 4,561.88 | 400.00 | 400.00 | 03/09/202 |
| 01-501-20 | Fokes, Shirley RESIDENT | Current resident | 0.00 | 273.60 | 273.60 | 180.60 | 113.00 | 0.00 | 341.20 | 341.20 | 400.00 | 400.00 | 04/14/202 |

OneSite Rents v3.0

05/10/2023  4:37:29PM

**OneSite Reports - Governors Square - 1538**

**RESIDENT BALANCES BY FISCAL PERIOD**

Fiscal Period:  05/2023 as of 05/10/2023

Parameters: Status selected - Current resident, All Subjournals, Resident Account Balance Status - ALL, Deposit Account Balance Status - ALL, Include Gain & Loss Transactions - No; Warning, there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-501-20 | SUBSIDY | Current resident - continued - | 0.00 | | 0.00 | 430.00 | 0.00 | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 | |
| | | Sub Totals: | 0.00 | 273.60 | 273.60 | 610.60 | 113.00 | 0.00 | 771.20 | 771.20 | 400.00 | 400.00 | 04/14/2024 |
| 01-501-21 | Trinidad, Brenda | Current resident | | | | | | | | | | | |
| | RESIDENT | | (1,460.00) | 0.00 | (1,460.00) | 0.00 | 0.00 | (1,460.00) | 0.00 | (1,460.00) | 775.00 | 775.00 | 11/30/2023 |
| | SUBSIDY | | 0.00 | 1,460.00 | 1,460.00 | 730.00 | 0.00 | 0.00 | 2,190.00 | 2,190.00 | 0.00 | 0.00 | |
| | | Sub Totals: | 0.00 | 1,460.00 | 0.00 | 730.00 | 0.00 | (1,460.00) | 2,190.00 | 730.00 | 775.00 | 775.00 | |
| 02-501-25 | Reichert, Harold J | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 1,167.40 | 1,167.40 | 424.20 | 0.00 | 0.00 | 1,591.60 | 1,591.60 | 0.00 | 0.00 | |
| | SUBSIDY | | 0.00 | 3,354.00 | 3,354.00 | 585.00 | 0.00 | 0.00 | 3,939.00 | 3,939.00 | 0.00 | 0.00 | |
| | | Sub Totals: | 0.00 | 4,521.40 | 4,521.40 | 1,009.20 | 0.00 | 0.00 | 5,530.60 | 5,530.60 | 0.00 | 0.00 | 11/08/2023 |
| 02-501-26 | Davis, Howard | Current resident | 0.00 | 1,300.50 | 1,300.50 | 535.50 | 510.00 | 0.00 | 1,326.00 | 1,326.00 | 0.00 | 0.00 | |
| | RESIDENT | | | | | | | | | | | | |
| 02-501-27 | Towles, Kenneth | Current resident | | | | | | | | | | | 03/31/2024 |
| | RESIDENT | | 0.00 | 327.70 | 327.70 | 232.00 | 203.00 | 0.00 | 356.70 | 356.70 | 400.00 | 400.00 | 03/31/2023 |
| | SUBSIDY | | 0.00 | 1.00 | 1.00 | 437.00 | 203.00 | 0.00 | 438.00 | 438.00 | 0.00 | 0.00 | |
| | | Sub Totals: | 0.00 | 328.70 | 328.70 | 669.00 | 203.00 | 0.00 | 794.70 | 794.70 | 400.00 | 400.00 | |
| 02-501-28 | Lewis, James C | Current resident | | | | | | | | | | | 04/30/2024 |
| | RESIDENT | | 0.00 | 530.55 | 530.55 | 535.50 | 29.00 | 0.00 | 1,037.05 | 1,037.05 | 0.00 | 0.00 | |
| | SUBSIDY | | (856.00) | 0.00 | (856.00) | 0.00 | 0.00 | (856.00) | 0.00 | (856.00) | 0.00 | 0.00 | |
| | | Sub Totals: | (856.00) | 530.55 | (325.45) | 535.50 | 29.00 | (856.00) | 1,037.05 | 181.05 | 0.00 | 0.00 | |
| 02-501-29 | Ruiz-Perez, Zuleyka | Current resident | | | | | | | | | | | 11/20/2023 |

# OneSite Reports - Governors Square - 1538
## RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/20/23 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No;  Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name/ SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-501-29 | RESIDENT | Current resident - continued - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 | 11/20/2020 |
| | SUBSIDY | | (408.00) | 0.00 | (408.00) | 765.00 | 0.00 | 0.00 | 357.00 | 357.00 | 0.00 | 0.00 | |
| | Sub Totals: | | (408.00) | 0.00 | (408.00) | 765.00 | 0.00 | 0.00 | 357.00 | 357.00 | 300.00 | 300.00 | |
| 02-501-30 | Dorm, Antwan J | Current resident | | | | | | | | | | | |
| | RESIDENT | | (1,271.05) | 0.00 | (1,271.05) | 63.00 | 355.00 | (1,271.05) | 0.00 | (1,271.05) | 1,000.00 | 1,000.00 | |
| | SUBSIDY | | 0.00 | 1,057.00 | 1,057.00 | 343.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 | |
| | Sub Totals: | | (1,271.05) | 1,057.00 | (214.05) | 698.00 | 355.00 | (1,271.05) | 1,400.00 | 128.95 | 1,000.00 | 1,000.00 | 12/31/2020 |
| 02-501-31 | Jennott, Alicia C | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 6.00 | 6.00 | 549.00 | 0.00 | 0.00 | 555.00 | 555.00 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 252.00 | 252.00 | 63.00 | 355.00 | 0.00 | 315.00 | 315.00 | 0.00 | 0.00 | |
| | Sub Totals: | | 0.00 | 258.00 | 258.00 | 612.00 | 355.00 | 0.00 | 870.00 | 870.00 | 400.00 | 400.00 | 03/31/2020 |
| 02-501-32 | Outen, Denisha | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 1,265.40 | 1,265.40 | 616.35 | 0.00 | 0.00 | 1,881.75 | 1,881.75 | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Sub Totals: | | 0.00 | 1,265.40 | 1,265.40 | 616.35 | 0.00 | 0.00 | 1,881.75 | 1,881.75 | 500.00 | 500.00 | 03/31/2020 |
| 02-501-33 | Figueroa, Celibeth | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 0.00 | 0.00 | 730.00 | 0.00 | 0.00 | 730.00 | 730.00 | 0.00 | 0.00 | |
| | SUBSIDY | | (51.00) | 0.00 | (51.00) | 0.00 | 0.00 | (51.00) | 0.00 | (51.00) | 0.00 | 0.00 | |
| | Sub Totals: | | (51.00) | 0.00 | (51.00) | 730.00 | 0.00 | (51.00) | 730.00 | 679.00 | 0.00 | 0.00 | 02/29/2020 |
| 02-501-34 | Madden, Mark Anthony | Current resident | | | | | | | | | | | |
| | RESIDENT | | (19.01) | 0.00 | (19.01) | 329.00 | 429.00 | (119.01) | 0.00 | (119.01) | 669.00 | 669.00 | |
| | SUBSIDY | | (555.00) | 1,550.00 | 995.00 | 775.00 | 0.00 | 0.00 | 1,770.00 | 1,770.00 | 0.00 | 0.00 | |
| | Sub Totals: | | (574.01) | 1,550.00 | 975.99 | 1,104.00 | 429.00 | (119.01) | 1,770.00 | 1,650.99 | 669.00 | 669.00 | 03/31/2020 |

**OneSite Reports - Governors Square - 1538**

**RESIDENT BALANCES BY FISCAL PERIOD**

Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-501-35 | Glover, Bobby / RESIDENT | Current resident | 0.00 | 80.00 | 80.00 | 127.05 | 0.00 | 0.00 | 207.05 | 207.05 | 153.00 | 153.00 | 10/31/2022 |
|  | SUBSIDY |  | 0.00 | 0.00 | 0.00 | 515.00 | 0.00 | 0.00 | 515.00 | 515.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 80.00 | 80.00 | 642.05 | 0.00 | 0.00 | 722.05 | 722.05 | 153.00 | 153.00 |  |
| 02-501-36 | Anderson, Rosanne / RESIDENT | Current resident | 0.00 | 3,879.85 | 3,879.85 | 467.25 | 0.00 | 0.00 | 4,347.10 | 4,347.10 | 400.00 | 400.00 | 06/30/2022 |
|  | SUBSIDY |  | 0.00 | 396.00 | 396.00 | 0.00 | 0.00 | 0.00 | 396.00 | 396.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 4,275.85 | 4,275.85 | 467.25 | 0.00 | 0.00 | 4,743.10 | 4,743.10 | 400.00 | 400.00 |  |
| 03-501-43 | Ervin, Darnell / RESIDENT | Current resident | (46.50) | 0.00 | (46.50) | 605.00 | 732.00 | (173.50) | 0.00 | (173.50) | 500.00 | 500.00 | 08/31/2022 |
|  | SUBSIDY |  | 0.00 | 348.00 | 348.00 | 291.00 | 0.00 | 0.00 | 639.00 | 639.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | (46.50) | 348.00 | 301.50 | 896.00 | 732.00 | (173.50) | 639.00 | 465.50 | 500.00 | 500.00 |  |
| 03-501-44 | Crosson, Erica / RESIDENT | Current resident | 0.00 | 348.00 | 348.00 | 709.46 | 0.00 | 0.00 | 709.46 | 709.46 | 400.00 | 400.00 | 01/31/2023 |
| 03-501-46 | Burnett, Jazmine / RESIDENT | Current resident | 0.00 | 1,224.10 | 1,224.10 | 590.10 | 0.00 | 0.00 | 1,814.20 | 1,814.20 | 400.00 | 400.00 | 04/30/2022 |
| 03-501-47 | Moffitt, Fernandus / RESIDENT | Current resident | 0.00 | 4,532.80 | 4,532.80 | 712.95 | 680.00 | 0.00 | 4,565.75 | 4,565.75 | 149.00 | 149.00 | 12/31/2022 |
| 03-501-48 | Banks, Tiaunna / RESIDENT | Current resident | 0.00 | 2,666.65 | 2,666.65 | 523.95 | 0.00 | 0.00 | 3,190.60 | 3,190.60 | 400.00 | 400.00 | 06/30/2022 |
| 03-501-49 | Allen, Karen / RESIDENT | Current resident | (413.00) | 0.00 | (413.00) | 541.00 | 541.00 | (413.00) | 0.00 | (413.00) | 400.00 | 400.00 | 09/30/2022 |
| 03-501-50 | Searcy, Terra / RESIDENT | Current resident | 0.00 | 2,150.00 | 2,150.00 | 535.50 | 0.00 | 0.00 | 2,685.50 | 2,685.50 | 400.00 | 400.00 | 06/30/2022 |
| 03-501-51 | Jackson, Kimberly / RESIDENT | Current resident | 0.00 | 1,341.09 | 1,341.09 | 895.65 | 0.00 | 0.00 | 2,236.74 | 2,236.74 | 400.00 | 400.00 | 08/31/2022 |
| 03-501-53 | Chisholm, Harlene / RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 523.00 | 523.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 08/31/2022 |

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-510MA | Craighead, Naiym / RESIDENT | Current resident | 0.00 | 6,568.25 | 6,568.25 | 748.65 | 0.00 | 0.00 | 7,316.90 | 7,316.90 | 400.00 | 400.00 | 06/30/2024 |
| 04-512MA | Burgess, Chanel / RESIDENT | Current resident | (795.00) | 0.00 | (795.00) | 795.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 10/31/2024 |
| 04-514MA | Pinckney, Niasia / RESIDENT | Current resident | 0.00 | 4,282.60 | 4,282.60 | 919.80 | 0.00 | 0.00 | 5,202.40 | 5,202.40 | 0.00 | 0.00 | 04/30/2024 |
| 04-516MA | Cam, Sharon | Current resident | | | | | | | | | | | |
| | SUBSIDY | | 0.00 | 1,975.00 | 1,975.00 | 561.00 | 0.00 | 0.00 | 2,536.00 | 2,536.00 | 0.00 | 0.00 | |
| | RESIDENT | | 0.00 | 116.31 | 116.31 | 195.30 | 180.00 | 0.00 | 131.61 | 131.61 | 400.00 | 400.00 | |
| | **Sub Totals:** | | **0.00** | **2,091.31** | **2,091.31** | **756.30** | **180.00** | **0.00** | **2,667.61** | **2,667.61** | **400.00** | **400.00** | 08/31/2024 |
| 04-518MA | McCoy, Jillislie | Current resident | | | | | | | | | | | |
| | SUBSIDY | | (630.00) | 0.00 | (630.00) | 452.00 | 0.00 | (178.00) | 0.00 | (178.00) | 0.00 | 0.00 | |
| | RESIDENT | | 0.00 | 800.05 | 800.05 | 400.05 | 381.05 | 0.00 | 819.05 | 819.05 | 400.00 | 400.00 | |
| | **Sub Totals:** | | **(630.00)** | **800.05** | **170.05** | **852.05** | **381.05** | **(178.00)** | **819.05** | **641.05** | **400.00** | **400.00** | 09/30/2024 |
| 06-532MA | Giles, Niyesha | Current resident | | | | | | | | | | | |
| | SUBSIDY | | 0.00 | 1,681.00 | 1,681.00 | 421.00 | 0.00 | 0.00 | 2,102.00 | 2,102.00 | 0.00 | 0.00 | |
| | RESIDENT | | 0.00 | 3,201.07 | 3,201.07 | 388.50 | 0.00 | 0.00 | 3,589.57 | 3,589.57 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **4,882.07** | **4,882.07** | **809.50** | **0.00** | **0.00** | **5,691.57** | **5,691.57** | **0.00** | **0.00** | 10/31/2024 |
| 06-534MA | Balcom, Shanice | Current resident | | | | | | | | | | | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 973.00 | 0.00 | 0.00 | 973.00 | 973.00 | 0.00 | 0.00 | |
| | RESIDENT | | 0.00 | 1,117.52 | 1,117.52 | 18.00 | 0.00 | 0.00 | 1,135.52 | 1,135.52 | 917.00 | 917.00 | |
| | **Sub Totals:** | | **0.00** | **1,117.52** | **1,117.52** | **991.00** | **0.00** | **0.00** | **2,108.52** | **2,108.52** | **917.00** | **917.00** | 06/20/2024 |
| 06-536MA | Wright, Joseph / RESIDENT | Current resident | 0.00 | 3,929.92 | 3,929.92 | 1,078.56 | 0.00 | 0.00 | 5,008.48 | 5,008.48 | 500.00 | 500.00 | 01/31/2024 |

# OneSite Reports - Governors Square - 1538
## RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/2023 as of 05/10/2023

**Parameters:** Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-538MA | Davis, Aquena L | Current resident | | | | | | | | | | | 11/30/2023 |
| | RESIDENT | | (980.00) | 0.00 | (980.00) | 0.00 | 0.00 | (980.00) | 0.00 | (980.00) | 0.00 | 0.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 950.00 | 0.00 | 0.00 | 950.00 | 950.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(980.00)** | **0.00** | **(980.00)** | **950.00** | **0.00** | **(980.00)** | **950.00** | **(30.00)** | **0.00** | **0.00** | |
| 06-540MA | Adcox, Kenneth M | Current resident | | | | | | | | | | | 12/01/2023 |
| | RESIDENT | | 0.00 | 1,413.38 | 1,413.38 | 892.50 | 0.00 | 0.00 | 2,305.88 | 2,305.88 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **1,413.38** | **1,413.38** | **892.50** | **0.00** | **0.00** | **2,305.88** | **2,305.88** | **0.00** | **0.00** | |
| 06-542MA | Gregory, Marilyn | Current resident | | | | | | | | | | | 08/21/2024 |
| | RESIDENT | | 0.00 | 2,831.72 | 2,831.72 | 196.35 | 0.00 | 0.00 | 3,028.07 | 3,028.07 | 0.00 | 0.00 | |
| | SUBSIDY | | 0.00 | 3,752.00 | 3,752.00 | 627.00 | 0.00 | 0.00 | 4,379.00 | 4,379.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **6,583.72** | **6,583.72** | **823.35** | **0.00** | **0.00** | **7,407.07** | **7,407.07** | **0.00** | **0.00** | |
| 06-544MA | Moore, Arielle | Current resident | | | | | | | | | | | 07/31/2024 |
| | RESIDENT | | 0.00 | 0.00 | 0.00 | 538.00 | 538.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 339.00 | 0.00 | 0.00 | 339.00 | 339.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **0.00** | **0.00** | **877.00** | **538.00** | **0.00** | **339.00** | **339.00** | **400.00** | **400.00** | |
| 08-1934N | Munson, Kathryn | Current resident | | | | | | | | | | | 09/30/2024 |
| | RESIDENT | | 0.00 | 28,855.61 | 28,855.61 | 929.25 | 0.00 | 0.00 | 29,784.86 | 29,784.86 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **28,855.61** | **28,855.61** | **929.25** | **0.00** | **0.00** | **29,784.86** | **29,784.86** | **0.00** | **0.00** | |
| 08-1936N | Curry, Patrice | Current resident | | | | | | | | | | | 12/31/2024 |
| | RESIDENT | | 0.00 | 0.00 | 0.00 | 609.00 | 609.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| | SUBSIDY | | (8.00) | 0.00 | (8.00) | 203.00 | 0.00 | 0.00 | 195.00 | 195.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(8.00)** | **0.00** | **(8.00)** | **812.00** | **609.00** | **0.00** | **195.00** | **195.00** | **400.00** | **400.00** | |
| 08-1938N | Black, Calandra M | Current resident | | | | | | | | | | | 02/29/2024 |
| | RESIDENT | | (574.20) | 0.00 | (574.20) | 536.00 | 0.00 | (38.20) | 0.00 | (38.20) | 230.00 | 230.00 | |
| | **Sub Totals:** | | **(574.20)** | **0.00** | **(574.20)** | **536.00** | **0.00** | **(38.20)** | **0.00** | **(38.20)** | **230.00** | **230.00** | |
| 09-1944N | Ramos, Theresa C | Current resident | | | | | | | | | | | 02/28/2023 |
| | RESIDENT | | 0.00 | 1,058.10 | 1,058.10 | 850.50 | 810.00 | 0.00 | 1,098.60 | 1,098.60 | 327.00 | 327.00 | |

OneSite Rents v3.0
05/10/2023  4:37:29PM

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-2010N | Ballard, Taneisha RESIDENT | Current resident | 0.00 | 14,655.75 | 14,655.75 | 824.25 | 0.00 | 0.00 | 15,480.00 | 15,480.00 | 0.00 | 0.00 | 07/31/2024 |
| 10-2012N | Black, Vandreliss RESIDENT | Current resident | 0.00 | 1,114.01 | 1,114.01 | 644.00 | 624.00 | 0.00 | 1,134.01 | 1,134.01 | 400.00 | 400.00 | 07/31/2024 |
| 10-2014N | Rodriguez, Suheily | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 154.35 | 154.35 | 289.80 | 0.00 | 0.00 | 444.15 | 444.15 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 836.00 | 836.00 | 836.00 | 0.00 | 0.00 | 1,672.00 | 1,672.00 | 0.00 | 0.00 | 03/28/2024 |
| | Sub Totals: | | 0.00 | 990.35 | 990.35 | 1,125.80 | 0.00 | 0.00 | 2,116.15 | 2,116.15 | 400.00 | 400.00 | |
| 11-2110N1 | Robinson, Melissa A RESIDENT | Current resident | 0.00 | 7,405.10 | 7,405.10 | 918.75 | 875.00 | 0.00 | 7,448.85 | 7,448.85 | 400.00 | 400.00 | 04/30/2024 |
| 11-2116N4 | Whitley, Tamara RESIDENT | Current resident | 0.00 | 11,906.20 | 11,906.20 | 757.05 | 0.00 | 0.00 | 12,663.25 | 12,663.25 | 500.00 | 500.00 | 12/31/2024 |
| 11-2116N5 | Green, Malika RESIDENT | Current resident | 0.00 | 300.00 | 300.00 | 551.25 | 0.00 | 0.00 | 851.25 | 851.25 | 400.00 | 400.00 | 02/28/2024 |
| 11-2116N6 | Shumate, Jane RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 606.90 | 0.00 | 0.00 | 606.90 | 606.90 | 400.00 | 400.00 | 01/31/2024 |
| 11-2122N1 | Bradley, Dominique | Current resident | | | | | | | | | | | |
| | RESIDENT | | 0.00 | 5,187.08 | 5,187.08 | 510.30 | 0.00 | 0.00 | 5,697.38 | 5,697.38 | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 7,172.00 | 7,172.00 | 228.00 | 0.00 | 0.00 | 7,400.00 | 7,400.00 | 0.00 | 0.00 | 07/31/2024 |
| | Sub Totals: | | 0.00 | 12,359.08 | 12,359.08 | 738.30 | 0.00 | 0.00 | 13,097.38 | 13,097.38 | 500.00 | 500.00 | |
| 11-2122N4 | Posey, Stephanie RESIDENT | Current resident | (7.85) | 0.00 | (7.85) | 589.00 | 0.00 | 0.00 | 581.15 | 581.15 | 400.00 | 400.00 | 01/31/2024 |
| 11-2122N5 | Felis, Jada RESIDENT | Current resident | 0.00 | 3,030.00 | 3,030.00 | 551.25 | 0.00 | 0.00 | 3,581.25 | 3,581.25 | 400.00 | 400.00 | 04/04/2024 |
| 11-2128N3 | Archer, Brett | Current resident | | | | | | | | | | | |
| | RESIDENT | | (54.53) | 0.00 | (54.53) | 466.00 | 460.00 | (48.53) | 0.00 | (48.53) | 293.00 | 293.00 | 02/28/2024 |
| | SUBSIDY | | (341.00) | 0.00 | (341.00) | 309.00 | 0.00 | (32.00) | 0.00 | (32.00) | 0.00 | 0.00 | 01/31/2024 |
| | Sub Totals: | | (395.53) | 0.00 | (395.53) | 775.00 | 460.00 | (80.53) | 0.00 | (80.53) | 293.00 | 293.00 | |
| | Sub Totals: | | (395.53) | 0.00 | (395.53) | 775.00 | 460.00 | (80.53) | 0.00 | (80.53) | 293.00 | 293.00 | |

**OneSite Reports - Governors Square - 1538**

**RESIDENT BALANCES BY FISCAL PERIOD**

Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name/ SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Date/Lease Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-212BN5 | Black, Bridgette RESIDENT | Current resident | 0.00 | 5,272.65 | 5,272.65 | 667.80 | 0.00 | 0.00 | 5,940.45 | 5,940.45 | 405.00 | 405.00 | 04/30/202… |
| 11-212BN6 | Yarde, Natasha | Current resident | | | | | | | | | | | 12/31/202… |
| | RESIDENT | | (838.00) | 0.00 | (838.00) | 0.00 | 0.00 | (838.00) | 0.00 | (838.00) | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 2,084.00 | 2,084.00 | 680.00 | 0.00 | 0.00 | 2,764.00 | 2,764.00 | 0.00 | 0.00 | |
| | Sub Totals: | | **(838.00)** | **2,084.00** | **1,246.00** | **680.00** | **0.00** | **(838.00)** | **2,764.00** | **1,926.00** | **400.00** | **400.00** | |
| 11-213AN6 | Gonzalez, Maritza | Current resident | | | | | | | | | | | 12/31/202… |
| | RESIDENT | | 0.00 | 0.00 | 0.00 | 55.00 | 55.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 812.00 | 0.00 | 0.00 | 812.00 | 812.00 | 0.00 | 0.00 | |
| | Sub Totals: | | **0.00** | **0.00** | **0.00** | **867.00** | **55.00** | **0.00** | **812.00** | **812.00** | **400.00** | **400.00** | |
| 11-213AN4 | Tighman, Ronnie RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 621.00 | 621.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 01/31/202… |
| | SUBSIDY | | 0.00 | 407.00 | 407.00 | 145.00 | 0.00 | 0.00 | 552.00 | 552.00 | 0.00 | 0.00 | |
| | Sub Totals: | | **0.00** | **407.00** | **407.00** | **932.00** | **0.00** | **0.00** | **552.00** | **552.00** | **400.00** | **400.00** | |
| 11-214DN2 | Chambers, Brianna N RESIDENT | Current resident | 0.00 | 5,570.75 | 5,570.75 | 843.15 | 0.00 | 0.00 | 6,413.90 | 6,413.90 | 1,392.00 | 1,392.00 | 10/16/202… |
| 11-214DN4 | Cortinas Silverio, Ana RESIDENT | Current resident | 0.00 | 1,409.14 | 1,409.14 | 556.50 | 530.00 | 0.00 | 1,435.64 | 1,435.64 | 400.00 | 400.00 | 10/31/202… |
| 11-214DN5 | Melendez, Jassmyn RESIDENT | Current resident | 0.00 | 13,530.70 | 13,530.70 | 714.00 | 0.00 | 0.00 | 14,244.70 | 14,244.70 | 500.00 | 500.00 | 03/31/202… |
| 13-214I7N | Bowman, Jimmesha | Current resident | (787.00) | 0.00 | (787.00) | 787.00 | 0.00 | 0.00 | | 0.00 | 400.00 | 400.00 | 11/30/202… |
| 13-214I9N | Purvis, Eugenie | Current resident | | | | | | | | | | | 05/31/202… |
| | Sub Totals: | | **0.00** | **407.00** | **(380.00)** | **932.00** | **0.00** | **0.00** | **552.00** | **552.00** | **400.00** | **400.00** | |
| | RESIDENT | | 0.00 | 1,334.45 | 1,334.45 | 424.20 | 0.00 | 0.00 | 1,758.65 | 1,758.65 | 0.00 | 0.00 | |
| | SUBSIDY | | 0.00 | 324.00 | 324.00 | 324.00 | 0.00 | 0.00 | 648.00 | 648.00 | 0.00 | 0.00 | |

# OneSite Reports - Governors Square - 1538
## RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL.

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-215N | Washington, Sandra | Current resident | | | | | | | | | | | 12/31/2023 |
| | Sub Totals: | | 0.00 | 1,658.45 | 1,658.45 | 748.20 | 0.00 | 0.00 | 2,406.65 | 2,406.65 | 400.00 | 400.00 | |
| 13-215A | Artis, Ieesha  RESIDENT | Current resident | 0.00 | 3,255.20 | 3,255.20 | 657.30 | 0.00 | 0.00 | 3,912.50 | 3,912.50 | 0.00 | 0.00 | 06/10/2023 |
| 13-215B | Brown, Donyelle  RESIDENT | Current resident | (602.00) | 0.00 | (602.00) | 124.00 | 124.00 | (602.00) | 0.00 | (602.00) | 500.00 | 500.00 | 04/30/2023 |
| | SUBSIDY | | 0.00 | 608.00 | 608.00 | 586.00 | 0.00 | 0.00 | 1,194.00 | 1,194.00 | 0.00 | 0.00 | |
| | Sub Totals: | | (602.00) | 608.00 | 6.00 | 710.00 | 124.00 | (602.00) | 1,194.00 | 592.00 | 500.00 | 500.00 | |
| 14-215N | McWhite, Lenora  RESIDENT | Current resident | 0.00 | 2,917.06 | 2,917.06 | 826.35 | 0.00 | 0.00 | 3,743.41 | 3,743.41 | 400.00 | 400.00 | 04/30/2023 |
| 15-215N | Green, Elaina D  RESIDENT | Current resident | 0.00 | 7,086.50 | 7,086.50 | 1,194.90 | 0.00 | 0.00 | 8,281.40 | 8,281.40 | 1,300.00 | 1,300.00 | 02/28/2023 |
| 16-405W | Coble, Tina  RESIDENT | Current resident | 0.00 | 276.50 | 276.50 | 530.00 | 0.00 | 0.00 | 806.50 | 806.50 | 400.00 | 400.00 | 01/31/2023 |
| 17-409W | Tsiinger, Nalisha R  RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 626.00 | 626.00 | 0.00 | 0.00 | 0.00 | 290.60 | 290.60 | 04/14/2023 |
| 18-413W | Watlington, Michelle  RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 658.17 | 658.17 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 05/31/2022 |
| 19-500W | Brown, Lorraine  RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 01/31/2023 |
| 20-508W | Cam, Harriet  RESIDENT | Current resident | (361.00) | | (361.00) | 0.00 | 0.00 | (361.00) | | (361.00) | 0.00 | 0.00 | 05/31/2023 |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 743.00 | 0.00 | 0.00 | 743.00 | 743.00 | 400.00 | 400.00 | |
| | Sub Totals: | | (361.00) | 0.00 | (361.00) | 743.00 | 0.00 | (361.00) | 743.00 | 382.00 | 400.00 | 400.00 | |
| 21-522W | Veles, Olga  RESIDENT | Current resident | (1,067.00) | 0.00 | (1,067.00) | 94.00 | 94.00 | (1,067.00) | 0.00 | (1,067.00) | 400.00 | 400.00 | 09/30/2023 |
| | SUBSIDY | | 0.00 | 726.00 | 726.00 | 726.00 | 0.00 | 0.00 | 1,452.00 | 1,452.00 | 0.00 | 0.00 | |

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease Balance End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-524W | Tatum, Nadine M / RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 667.00 | 667.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 11/30/2023 |
| | **Sub Totals:** | | **(1,067.00)** | **726.00** | **(341.00)** | **820.00** | **94.00** | **(1,067.00)** | **1,452.00** | **385.00** | **400.00** | **400.00** | |
| 22-521W | Roland, Tara / RESIDENT | Current resident | 0.00 | 21,262.50 | 21,262.50 | 730.80 | 0.00 | 0.00 | 21,993.30 | 21,993.30 | 400.00 | 400.00 | 07/31/2023 |
| 22-523W | Everson, Aleisha / RESIDENT | Current resident | 0.00 | 10,230.36 | 10,230.36 | 640.50 | 0.00 | 0.00 | 10,870.86 | 10,870.86 | 400.00 | 400.00 | 08/31/2023 |
| 22-527W | Badgett, Sharae / RESIDENT | Current resident | (309.05) | 0.00 | (309.05) | 0.00 | 0.00 | (309.05) | 0.00 | (309.05) | 0.00 | 0.00 | |
| | SUBSIDY | | 0.00 | 501.00 | 501.00 | 924.00 | 0.00 | 0.00 | 1,425.00 | 1,425.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(309.05)** | **501.00** | **191.95** | **924.00** | **0.00** | **(309.05)** | **1,425.00** | **1,115.95** | **0.00** | **0.00** | 10/14/2023 |
| 22-529W | Johnson, Tiarra / RESIDENT | Current resident | 0.00 | 7,839.95 | 7,839.95 | 717.15 | 0.00 | 0.00 | 8,557.10 | 8,557.10 | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | | | | | 0.00 | | | | | |
| | **Sub Totals:** | | **0.00** | **8,582.00** | **8,582.00** | **893.00** | **0.00** | **0.00** | **9,475.00** | **9,475.00** | **500.00** | **500.00** | 09/30/2023 |
| 22-531W | Washington, Erica / RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 64.00 | 64.00 | 209.00 | 209.00 | 07/13/2023 |
| 24-538W | Holmes, Kevin / RESIDENT | Current resident | 0.00 | 3,041.20 | 3,041.20 | 340.20 | 0.00 | 0.00 | 3,381.40 | 3,381.40 | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 1,428.00 | 1,428.00 | 476.00 | 0.00 | 0.00 | 1,904.00 | 1,904.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **4,469.20** | **4,469.20** | **816.20** | **0.00** | **0.00** | **5,285.40** | **5,285.40** | **500.00** | **500.00** | 06/30/2023 |
| 23-530W | Hurtt, Judith / RESIDENT | Current resident | 0.00 | 19,177.95 | 19,177.95 | 849.45 | 0.00 | 0.00 | 20,027.40 | 20,027.40 | 400.00 | 400.00 | 03/31/2023 |
| 25-546W1 | Jackson, Vickie / RESIDENT | Current resident | 0.00 | 11,288.10 | 11,288.10 | 603.75 | 0.00 | 0.00 | 11,891.85 | 11,891.85 | 400.00 | 400.00 | 07/14/2023 |
| 25-546W4 | DeJesus, Noemis / RESIDENT | Current resident | 0.00 | 2,186.98 | 2,186.98 | 535.50 | 0.00 | 0.00 | 2,722.48 | 2,722.48 | 0.00 | 0.00 | 02/28/2023 |

OneSite Rents v3.0
05/10/2023 4:37:29PM

OneSite Reports - Governors Square - 1538
RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/2023 as of 05/10/2023

Page 12 of 20
120.080.134

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-546W8 | Stanley, Dellissa | Current resident | 0.00 | 0.00 | 0.00 | 97.00 | 97.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | 02/28/2026 |
| | RESIDENT | | 0.00 | 0.00 | 0.00 | 97.00 | 97.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 423.00 | 0.00 | 0.00 | 423.00 | 423.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **0.00** | **0.00** | **520.00** | **97.00** | **0.00** | **423.00** | **423.00** | **400.00** | **400.00** | |
| 28-554W5 | Ford, Michelle Colette | Current resident | | | | 47.00 | 94.00 | (57.37) | | | | | 07/31/2024 |
| | RESIDENT | | (10.37) | 0.00 | (10.37) | 47.00 | 94.00 | (57.37) | 0.00 | (57.37) | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 663.00 | 663.00 | 643.00 | 0.00 | 0.00 | 1,306.00 | 1,306.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(10.37)** | **663.00** | **652.63** | **690.00** | **94.00** | **(57.37)** | **1,306.00** | **1,248.63** | **500.00** | **500.00** | |
| 28-554W4 | Pitts Jacobs, Kenya | Current resident | 0.00 | 742.53 | 742.53 | 571.02 | 550.00 | 0.00 | 763.55 | 763.55 | 400.00 | 400.00 | 05/31/2023 |
| | RESIDENT | | | | | | | | | | | | |
| 28-554W2 | Pinckney, Eric | Current resident | 0.00 | 950.68 | 950.68 | 619.50 | 0.00 | 0.00 | 1,570.18 | 1,570.18 | 400.00 | 400.00 | 12/15/2023 |
| | RESIDENT | | | | | | | | | | | | |
| 30-2110M | Lockette, Mariah | Current resident | 0.00 | 11,938.12 | 11,938.12 | 846.30 | 0.00 | 0.00 | 12,784.42 | 12,784.42 | 500.00 | 500.00 | 04/30/2024 |
| | RESIDENT | | | | | | | | | | | | |
| | **Sub Totals:** | | **(10.37)** | **663.00** | **652.63** | **690.00** | **94.00** | **(57.37)** | **1,306.00** | **1,248.63** | **500.00** | **500.00** | |
| 30-2114M | Jenkins, Danielle | Current resident | 0.00 | 4,785.65 | 4,785.65 | 688.80 | 656.00 | 0.00 | 4,818.45 | 4,818.45 | 400.00 | 400.00 | 07/31/2024 |
| | RESIDENT | | | | | | | | | | | | |
| 30-2116M | Charles Jr., Leroy A | Current resident | 0.00 | | 0.00 | 849.45 | 0.00 | 0.00 | 849.45 | 849.45 | 400.00 | 400.00 | 02/28/2024 |
| | RESIDENT | | | | | | | | | | | | |
| 30-2118M | Mendez, Carmen | Current resident | (15.24) | | (15.24) | | | (15.24) | | (15.24) | 500.00 | | 07/31/2024 |
| | RESIDENT | | (15.24) | 0.00 | (15.24) | 0.00 | 0.00 | (15.24) | 0.00 | (15.24) | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 826.00 | 0.00 | 0.00 | 826.00 | 826.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(15.24)** | **0.00** | **(15.24)** | **826.00** | **0.00** | **(15.24)** | **826.00** | **810.76** | **500.00** | **500.00** | |
| 31-2136M | Vigo, Evelyn | Current resident | 0.00 | 4,653.00 | 4,653.00 | 917.00 | 0.00 | 0.00 | 5,570.00 | 5,570.00 | 917.00 | 917.00 | 06/01/2024 |
| | RESIDENT | | | | | | | | | | | | |
| 32-2131M | Payton, Precious | Current resident | (644.00) | 0.00 | (644.00) | 644.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 09/30/2024 |
| | RESIDENT | | | | | | | | | | | | |
| 32-2133M | Burnett, Lakeisha | Current resident | | | | | | | | | 400.00 | 400.00 | 06/30/2022 |

OneSite Rents v3.0
05/10/2023  4:37:29PM

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32-2133M | RESIDENT | Current resident - continued - | 0.00 | 177.39 | 177.39 | 133.00 | 133.00 | 0.00 | 177.39 | 177.39 | 400.00 | 400.00 | 06/30/2023 |
| | SUBSIDY | | (97.00) | 0.00 | (97.00) | 791.00 | 0.00 | 0.00 | 694.00 | 694.00 | 0.00 | 0.00 | |
| | | Sub Totals: | **(97.00)** | **177.39** | **80.39** | **924.00** | **133.00** | **0.00** | **871.39** | **871.39** | **400.00** | **400.00** | |
| 33-2138M | Tate, Mia T  RESIDENT | Current resident | 0.00 | 6,633.00 | 6,633.00 | 657.30 | 0.00 | 0.00 | 7,290.30 | 7,290.30 | 0.00 | 0.00 | 05/13/2023 |
| 35-530F | March-Vazquez, Zulma  RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 74.00 | 0.00 | 0.00 | 74.00 | 74.00 | 500.00 | 500.00 | 02/29/2024 |
| | SUBSIDY | | 0.00 | 1,696.00 | 1,696.00 | 626.00 | 0.00 | 0.00 | 2,322.00 | 2,322.00 | 0.00 | 0.00 | |
| | | Sub Totals: | **0.00** | **1,696.00** | **1,696.00** | **700.00** | **0.00** | **0.00** | **2,396.00** | **2,396.00** | **500.00** | **500.00** | |
| 35-532F | Bradley, Jordaina  RESIDENT | Current resident | 0.00 | 2,237.46 | 2,237.46 | 832.65 | 0.00 | 0.00 | 3,070.11 | 3,070.11 | 400.00 | 400.00 | 04/30/2023 |
| | SUBSIDY | | (455.00) | 0.00 | (455.00) | 57.00 | 0.00 | (398.00) | 0.00 | (398.00) | 0.00 | 0.00 | |
| | | Sub Totals: | **(455.00)** | **2,237.46** | **1,782.46** | **889.65** | **0.00** | **(398.00)** | **3,070.11** | **2,672.11** | **400.00** | **400.00** | |
| 36-548F | Manigault, Linda  RESIDENT | Current resident | 0.00 | 53.91 | 53.91 | 669.00 | 722.91 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| 36-550F | Muniz Ayala, Edil  RESIDENT | Current resident | 0.00 | 1,591.00 | 1,591.00 | 919.80 | 856.00 | 0.00 | 1,654.80 | 1,654.80 | 400.00 | 400.00 | 01/31/2024 |
| | SUBSIDY | | (498.00) | 0.00 | (498.00) | 0.00 | 0.00 | (398.00) | 0.00 | (398.00) | 0.00 | 0.00 | |
| | | Sub Totals: | **(498.00)** | **1,591.00** | **1,093.00** | **919.80** | **856.00** | **(398.00)** | **1,654.80** | **1,156.80** | **400.00** | **400.00** | |
| 36-552F | Robinson, Erin Renee  RESIDENT | Current resident | (603.00) | 0.00 | (603.00) | 0.00 | 0.00 | (603.00) | 0.00 | (603.00) | 870.00 | 870.00 | 05/14/2023 |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 896.00 | 0.00 | 0.00 | 896.00 | 896.00 | 0.00 | 0.00 | |

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL.

| BldgUnit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Sub Totals: |  | 0.00 | (603.00) | (603.00) | 896.00 | 0.00 | 0.00 | 293.00 | 293.00 | 870.00 | 870.00 |  |
| 37-563F | Bell, Doniesha R — RESIDENT | Current resident | (603.00) | 11,663.70 | 11,663.70 | 849.45 | 0.00 | (603.00) | 12,513.15 | 12,513.15 | 500.00 | 500.00 | 04/30/2024 |
| 37-565F | Evans, Latoyia — RESIDENT | Current resident | 0.00 | 10,278.60 | 10,278.60 | 643.65 | 0.00 | 0.00 | 10,922.25 | 10,922.25 | 500.00 | 500.00 | 02/21/2024 |
| 40-2000A | Burnette, Betty — RESIDENT | Current resident | 0.00 | 2,056.66 | 2,056.66 | 264.60 | 252.00 | 0.00 | 2,069.26 | 2,069.26 | 400.00 | 400.00 | 07/31/2023 |
|  | SUBSIDY |  | 0.00 | 3,907.00 | 3,907.00 | 708.00 | 0.00 | 0.00 | 4,615.00 | 4,615.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 5,963.66 | 5,963.66 | 972.60 | 252.00 | 0.00 | 6,684.26 | 6,684.26 | 400.00 | 400.00 |  |
| 40-2000B | Franklin, Amanda — RESIDENT | Current resident | 0.00 | 224.75 | 224.75 | 141.75 | 0.00 | 0.00 | 366.50 | 366.50 | 400.00 | 400.00 | 12/31/2023 |
|  | SUBSIDY |  | 0.00 | 800.00 | 800.00 | 709.00 | 0.00 | 0.00 | 1,509.00 | 1,509.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | 1,024.75 | 1,024.75 | 850.75 | 0.00 | 0.00 | 1,875.50 | 1,875.50 | 400.00 | 400.00 |  |
| 41-2040A | Bryant, Monique — RESIDENT | Current resident | 0.00 | 1,478.40 | 1,478.40 | 1,069.95 | 1,017.00 | 0.00 | 1,531.35 | 1,531.35 | 400.00 | 400.00 | 03/31/2024 |
| 41-2040B | McCullough, Brian — RESIDENT | Current resident | 0.00 | 3,035.05 | 3,035.05 | 840.00 | 786.00 | 0.00 | 3,089.05 | 3,089.05 | 0.00 | 0.00 | 01/31/2024 |
| 42-2143N | Walizer, Jessica — RESIDENT | Current resident | 0.00 | 1,243.90 | 1,243.90 | 662.55 | 631.00 | 0.00 | 1,275.45 | 1,275.45 | 400.00 | 400.00 | 09/30/2024 |
| 43-2145.5 | St Fleur, Christnie | Current resident |  |  |  |  |  |  |  |  |  |  | 06/30/2024 |
| 45-535A | McConnell, Ariana — RESIDENT | Current resident | 0.00 | (28.00) | (28.00) | 0.00 | 0.00 | 0.00 | (28.00) | (28.00) | 400.00 | 400.00 | 06/30/2024 |
|  | SUBSIDY |  | 0.00 | 0.00 | 0.00 | 980.00 | 0.00 | 0.00 | 980.00 | 980.00 | 0.00 | 0.00 |  |
|  | Sub Totals: |  | 0.00 | (28.00) | (28.00) | 980.00 | 0.00 | 0.00 | 952.00 | 952.00 | 400.00 | 400.00 |  |
| 45-535B | Brice, Barbara — RESIDENT | Current resident | 0.00 | (403.02) | (403.02) | 734.00 | 786.00 | 0.00 | (455.02) | (455.02) | 400.00 | 400.00 | 08/31/2021 |

**OneSite Reports - Governors Square - 1538**

**RESIDENT BALANCES BY FISCAL PERIOD**

Fiscal Period: 05/20/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47-522F | Burnett, Shyaira Monae RESIDENT | Current resident | (585.25) | 0.00 | (585.25) | 917.00 | 0.00 | 0.00 | 331.75 | 331.75 | 1,105.00 | 1,105.00 | 09/30/2024 |
| 47-524F | Kessler, Jayde RESIDENT | Current resident | 0.00 | 915.75 | 915.75 | 65.00 | 0.00 | 0.00 | 980.75 | 980.75 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 1,847.00 | 1,847.00 | 978.00 | 0.00 | 0.00 | 2,825.00 | 2,825.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **2,762.75** | **2,762.75** | **1,043.00** | **0.00** | **0.00** | **3,805.75** | **3,805.75** | **400.00** | **400.00** | 12/31/2026 |
| 48-2108B | King, Pamela RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 834.00 | 834.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | |
| 50-2001W | Majors Sr., Laron RESIDENT | Current resident | 0.00 | 2,303.39 | 2,303.39 | 849.45 | 0.00 | 0.00 | 3,152.84 | 3,152.84 | 400.00 | 400.00 | 06/30/2024 |
| 50-2003W | Davis, Deborah L RESIDENT | Current resident | 0.00 | 893.50 | 893.50 | 870.00 | 893.50 | 0.00 | 870.00 | 870.00 | 850.00 | 850.00 | 02/01/2024 |
| 50-2005W | Randall, Christina RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 844.20 | 804.00 | 0.00 | 40.20 | 40.20 | 400.00 | 400.00 | 02/29/2024 |
| 50-2007W | Carrasco, Melissa P RESIDENT | Current resident | (661.00) | 0.00 | (661.00) | 661.00 | 661.00 | (661.00) | 0.00 | (661.00) | 917.00 | 917.00 | |
| | SUBSIDY | | (412.00) | 0.00 | (412.00) | 351.00 | 0.00 | (61.00) | 0.00 | (61.00) | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(1,073.00)** | **0.00** | **(1,073.00)** | **1,012.00** | **661.00** | **(722.00)** | **0.00** | **(722.00)** | **917.00** | **917.00** | 06/28/2022 |
| 50-2009W | Rodriguez Mercado, Shirleen RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 0.00 | 0.00 | 1,203.00 | 0.00 | 0.00 | 1,203.00 | 1,203.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **0.00** | **0.00** | **1,203.00** | **0.00** | **0.00** | **1,203.00** | **1,203.00** | **400.00** | **400.00** | 01/31/2024 |
| 50-2011W | Harston, Clara RESIDENT | Current resident | 0.00 | 863.42 | 863.42 | 850.50 | 0.00 | 0.00 | 1,713.92 | 1,713.92 | 400.00 | 400.00 | 07/31/2023 |
| 50-2013W | Rosario Perez, Julissa RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 800.00 | 0.00 | 0.00 | 800.00 | 800.00 | 800.00 | 800.00 | 02/29/2024 |
| 50-2015W | Peterson, Kiana RESIDENT | Current resident | 0.00 | 0.00 | 0.00 | 800.00 | 0.00 | 0.00 | 800.00 | 800.00 | 400.00 | 400.00 | 01/31/2024 |

**OneSite Reports - Governors Square - 1538**

## RESIDENT BALANCES BY FISCAL PERIOD

Fiscal Period:  05/2023 as of 05/10/2023

**Parameters:** Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; *Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Bldg/Unit | Resident Name / SubJournal | Status | Beginning Prepaid Balance | Beginning Delinquent Balance | Beginning Balance | Total Lease Charges | Total Credits | Ending Prepaid Balance | Ending Delinquent Balance | Ending Balance | Deposits Balance Forward | Ending Deposit Balance | Move-Out Date/Lease End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50-2015W | RESIDENT | RESIDENT Current resident - continued - | (653.00) | 0.00 | (653.00) | 850.40 | 0.00 | 0.00 | 197.40 | 197.40 | 400.00 | 400.00 | 01/31/2024 |
| | SUBSIDY | | 0.00 | 708.00 | 708.00 | 0.00 | 0.00 | 0.00 | 708.00 | 708.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(653.00)** | **708.00** | **55.00** | **850.40** | **0.00** | **0.00** | **905.40** | **905.40** | **400.00** | **400.00** | |
| 50-2019W | Fleming, Toshia | Current resident | | | | | | | | | | | 03/27/2024 |
| | RESIDENT | | (25.94) | 0.00 | (25.94) | 306.35 | 0.00 | 0.00 | 280.41 | 280.41 | 400.00 | 400.00 | |
| | SUBSIDY | | 0.00 | 1,358.00 | 1,358.00 | 679.00 | 0.00 | 0.00 | 2,037.00 | 2,037.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **(25.94)** | **1,358.00** | **1,332.06** | **985.35** | **0.00** | **0.00** | **2,317.41** | **2,317.41** | **400.00** | **400.00** | |
| 51-2123M | Cerda, Stephanie M RESIDENT | Current resident | (279.88) | 0.00 | (279.88) | 878.51 | 0.00 | 0.00 | 598.63 | 598.63 | 0.00 | 0.00 | 02/28/2024 |
| | **Sub Totals:** | | **(279.88)** | | **(279.88)** | **878.51** | **0.00** | **0.00** | **598.63** | **598.63** | **0.00** | **0.00** | |
| 51-2125M | Muriel, Jamie L | Current resident | | | | | | | | | | | 07/31/2024 |
| | RESIDENT | | 0.00 | 0.00 | | 704.86 | 0.00 | 0.00 | 1,409.72 | 1,409.72 | 500.00 | 500.00 | |
| | SUBSIDY | | 0.00 | 736.00 | 736.00 | 119.00 | 0.00 | 0.00 | 855.00 | 855.00 | 0.00 | 0.00 | |
| | **Sub Totals:** | | **0.00** | **736.00** | **736.00** | **823.86** | **0.00** | **0.00** | **2,264.72** | **2,264.72** | **500.00** | **500.00** | |
| | | | **0.00** | **1,440.86** | **1,440.86** | | | | **2,264.72** | **2,264.72** | **500.00** | **500.00** | |

OneSite Rents v3.0
05/10/2023 4:37:29PM

OneSite Reports - Governors Square - 1538
RESIDENT BALANCES BY FISCAL PERIOD
Fiscal Period: 05/2023 as of 05/10/2023

Page 17 of 20
120.080.134

**Parameters:** Status selected - Current resident; All SubJournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; *Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL.

| Bldg/Unit | Resident Name / SubJournal — Status | (Beginning) | Beginning Balance | Total Lease Charges Net Amounts | Total Credits Net Amounts | (Ending) | Ending Balance | Deposits Balance Forward Net Amounts | Ending Deposit Date/Lease End Net Amounts |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENT | | Net Prepaid | (16,019.89) | 72,168.94 | 27,820.25 | Net Prepaid | (11,208.97) | 56,034.60 | |
| | | Net Delinquent | 313,695.18 | | | Net Delinquent | 353,232.95 | | |
| | | Total Prepaid | (16,019.89) | | | Total Prepaid | (11,208.97) | | |
| | | Total Delinquent | 313,695.18 | | | Total Delinquent | 353,232.95 | | |
| SUBSIDY | | Net Prepaid | (4,837.00) | 31,640.00 | 0.00 | Net Prepaid | (2,396.00) | 0.00 | 0.00 |
| | | Net Delinquent | 51,046.00 | | | Net Delinquent | 80,245.00 | | |
| | | Total Prepaid | (5,392.00) | | | Total Prepaid | (2,396.00) | | |
| | | Total Delinquent | 51,601.00 | | | Total Delinquent | 80,245.00 | | |
| **Sub-totaled by Subjournal** | | | 343,884.29 | | | | 419,872.98 | | |
| **Totals - 138 Residents:** | Beginning Prepaid Balance (21,411.89) / Beginning Delinquent Balance 365,296.18 | Net Prepaid (20,856.89) / Net Delinquent 364,741.18 / Total Prepaid (21,411.89) / Total Delinquent 365,296.18 | 343,884.29 | 103,808.94 | 27,820.25 | Ending Prepaid Balance (13,604.97) / Ending Delinquent Balance 433,477.95 / Net Prepaid (13,604.97) / Net Delinquent 433,477.95 / Total Prepaid (13,604.97) / Total Delinquent 433,477.95 | 419,872.98 | 56,034.60 | Dep In: 0.00 / Dep Out: 0.00 / Prepaids Moved to Deposit Ledger: 0.00 |
| | | | | | | | | 56,034.60 | |

** **Note:** Delinquent and Prepaid applies only to the Beginning Balance and Ending Balance columns

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

**Summary By Transaction Code**

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; *Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| Description | Delinquent / Prepaid Account | Beginning Prepaid | Current Prepaid | Change in Prepaid | Beginning Delinquent | Current Delinquent | Change in Delinquent | Beginning Balance | Current Balance | Change in Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **RESIDENT** | | | | | | | | | | |
| RENT | 1130-0000 | 0.00 | 0.00 | 0.00 | 289,699.96 | 327,180.70 | 37,480.74 | 289,699.96 | 327,180.70 | 37,480.74 |
| LATEFEE | 1130-0000 | 0.00 | 0.00 | 0.00 | 23,078.66 | 25,135.69 | 2,057.03 | 23,078.66 | 25,135.69 | 2,057.03 |
| NSFFEE | 1130-0000 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 | 0.00 | 140.00 | 140.00 | 0.00 |
| DAMAGES | 1130-0000 | 0.00 | 0.00 | 0.00 | 362.22 | 362.22 | 0.00 | 362.22 | 362.22 | 0.00 |
| LEGALFEE | 1130-0000 | 0.00 | 0.00 | 0.00 | 127.82 | 127.82 | 0.00 | 127.82 | 127.82 | 0.00 |
| VCRELEC | 1130-0000 | 0.00 | 0.00 | 0.00 | 181.52 | 181.52 | 0.00 | 181.52 | 181.52 | 0.00 |
| VCRFEE1 | 1130-0000 | 0.00 | 0.00 | 0.00 | 105.00 | 105.00 | 0.00 | 105.00 | 105.00 | 0.00 |
| VCRELEC | 1130-0000 | 0.00 | 0.00 | 0.00 | 105.00 | 105.00 | 0.00 | 105.00 | 105.00 | 0.00 |
| UTLWS-CREDIT | 2210-0000 | (54.53) | 0.00 | 54.53 | 0.00 | 0.00 | 0.00 | (54.53) | 0.00 | 54.53 |
| FREERENT | 2210-0000 | (250.00) | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | (250.00) | 0.00 | 250.00 |
| PMTCHECK | 2210-0000 | (2,737.00) | (2,643.00) | 94.00 | 0.00 | 0.00 | 0.00 | (2,737.00) | (2,643.00) | 94.00 |
| PMTOPACH | 2210-0000 | (6,645.30) | (4,721.10) | 1,924.20 | 0.00 | 0.00 | 0.00 | (6,645.30) | (4,721.10) | 1,924.20 |
| PMTOPIRD | 2210-0000 | (3,959.11) | (2,978.86) | 980.25 | 0.00 | 0.00 | 0.00 | (3,959.11) | (2,978.86) | 980.25 |
| PMTOPCARD | 2210-0000 | (2,373.95) | (866.01) | 1,507.94 | 0.00 | 0.00 | 0.00 | (2,373.95) | (866.01) | 1,507.94 |
| **Sub Totals:** | | (16,019.89) | (11,208.97) | 4,810.92 | 313,695.18 | 353,232.95 | 39,537.77 | 297,675.29 | 342,023.98 | 44,348.69 |
| **SUBSIDY** | | | | | | | | | | |
| PMTLHA | 2210-0000 | (5,392.00) | (2,396.00) | 2,996.00 | 7,366.00 | 7,366.00 | 0.00 | 1,974.00 | 4,970.00 | 2,996.00 |
| SUBSUSPN | 1134-0001 | 0.00 | 0.00 | 0.00 | 196.00 | 196.00 | 0.00 | 196.00 | 196.00 | 0.00 |
| LHA | 1135-0000 | 0.00 | 0.00 | 0.00 | 44,039.00 | 72,683.00 | 28,644.00 | 44,039.00 | 72,683.00 | 28,644.00 |
| **Sub Totals:** | | (5,392.00) | (2,396.00) | 2,996.00 | 51,601.00 | 80,245.00 | 28,644.00 | 46,209.00 | 77,849.00 | 31,640.00 |
| **Grand Totals:** | | (21,411.89) | (13,604.97) | 7,806.92 | 365,296.18 | 433,477.95 | 68,181.77 | 343,884.29 | 419,872.98 | 75,988.69 |

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period: 05/2023 as of 05/10/2023

Parameters: Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; Warning, there are transactions after the ending date.; Exclude all zero rows - Yes; Summaries - ALL

## Summary by General Ledger Account

| GL Account Code | Transaction Code | Beginning Balance | Ending Balance | Net Change |
|---|---|---|---|---|
| Grand Totals: | | 343,884.29 | 419,872.98 | 75,988.69 |
| 1130-0000 Accounts Receivable -Residents | DAMAGES | 362.22 | 362.22 | 0.00 |
| | LATEFEE | 23,078.66 | 25,135.69 | 2,057.03 |
| | LEGALFEE | 127.82 | 127.82 | 0.00 |
| | NSFFEE | 140.00 | 140.00 | 0.00 |
| | RENT | 289,699.96 | 327,180.70 | 37,480.74 |
| | VCRELEC | 181.52 | 181.52 | 0.00 |
| | VCRFEE1 | 105.00 | 105.00 | 0.00 |
| | Total: | 313,695.18 | 353,232.95 | 39,537.77 |
| 1134-0001 AR Subsidy Suspense Receivable | SUBSUSPN | 196.00 | 196.00 | 0.00 |
| | Total: | 196.00 | 196.00 | 0.00 |
| 1135-0000 Accounts Receivable - Local Housing Authority | LHA | 44,039.00 | 72,683.00 | 28,644.00 |
| | Total: | 44,039.00 | 72,683.00 | 28,644.00 |
| 2210-0000 Prepaid Rent | FREERENT | (250.00) | 0.00 | 250.00 |
| | PMTCHECK | (2,737.00) | (2,643.00) | 94.00 |
| | PMTLHA | 1,974.00 | 4,970.00 | 2,996.00 |
| | PMTOPACH | (6,645.30) | (4,721.10) | 1,924.20 |
| | PMTOPCARD | (2,373.95) | (866.01) | 1,507.94 |
| | Total: | (14,045.89) | (6,238.97) | 7,806.92 |

**OneSite Reports - Governors Square - 1538**
**RESIDENT BALANCES BY FISCAL PERIOD**
Fiscal Period:  05/2023 as of 05/10/2023

**Parameters:** Status selected - Current resident; All Subjournals; Resident Account Balance Status - ALL; Deposit Account Balance Status - ALL; Include Gain & Loss Transactions - No; *Warning: there are transactions after the ending date; Exclude all zero rows - Yes; Summaries - ALL

| | | Beginning Balance | Ending Balance | Net Change |
|---|---|---|---|---|
| 2210-0000 Prepaid Rent | PMTOPIRD | (3,959.11) | (2,978.86) | 980.25 |
| | UTLWS-CREDIT | (54.53) | 0.00 | 54.53 |

43.    **Total of Part 7.**

      Add lines 39 through 42. Copy the total to line 86.            **$2,000.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

      ☑ No

      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

      ☑ No

      ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☑ No. Go to Part 9.

      ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

      ☐ No. Go to Part 10.

      ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Parcel A Containing Tax Parcel Ids. 10-026-064; 10-026-071; 10/026-051; 10-026-91; 10-026-091; 10-026-88; 10-026-93; 11-005-083; 11-004-066; 11-004-068; 11-004-019; 11-011-082; 11-011-082; 11-010-003; 11-010-006; 11-010-129; and 10-026-91**<br><br>**Value is a combined Parcel A and Parcel B Value** | Fee simple | | | **$12,000,000.00** |

55.2.   **Parcel B Containing Tax Ids. 10-033-013 & 10-026-033; 10-033-055; 10-033-030; 10-033-020; 10-033-015; 10-026-048; 10-032-37, 49 & 52; 10-032-045; 10-032-038 & 10-025-072; 10-040-001; 10-040-021, 026, 029, 033, 037, 041 & 045; 10-033-034; 10-033-044; 10-033-056; 10-026-030, 10-040-051**

**Value combined with Parcel A**

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$12,000,000.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $325,986.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $433,477.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $12,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $761,464.18 | + 91b. $12,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $12,761,464.18 |

Debtor name **Uptown Partners, LP**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:23-bk-00988-HWV**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Redevelopment Authority of the** Creditor's Name | Describe debtor's property that is subject to a lien **Parcel A Containing Tax Parcel Ids. 10-026-064; 10-026-071; 10/026-051; 10-026-91; 10-026-091; 10-026-93; 11-005-083; 11-004-066; 11-004-068; 11-004-019; 11-011-082; 11-011-082; 11-010-003; 11-010-006; 11-010-129; and 10-026-91** | **$3,930,000.00** | **$12,000,000.00** |

**City of Harrisburg
10 N Second Street, Suite 405
Harrisburg, PA 17105**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Redevelopment Authority of the** Creditor's Name | Describe debtor's property that is subject to a lien **Parcel B Containing Tax Ids. 10-033-013 & 10-026-033; 10-033-055; 10-033-030; 10-033-020; 10-033-015; 10-026-048; 10-032-37, 49 & 52; 10-032-045; 10-032-038 & 10-025-072; 10-040-001; 10-040-021, 026, 029, 033, 037, 041 & 045; 10-033-034; 10** | **$4,950,000.00** | |

**City of Harrisburg
10 N Second Street, Suite 405
Harrisburg, PA 17105**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$8,880,000.00** |

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wil'Lwin Wallace Chochola**<br>**US Dept of Housing & Urban Develop**<br>**307 W Seventh Street, Suite 1000**<br>**Fort Worth, TX 76102** | Line  **2.1** | |
| **Wil'Lwin Wallace Chochola**<br>**US Dept of Housing & Urban Develop**<br>**307 W Seventh Street, Suite 1000**<br>**Fort Worth, TX 76102** | Line  **2.2** | |

Debtor name **Uptown Partners, LP**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (if known) **1:23-bk-00988-HWV**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.83 |
| **ADT Security Services, Inc.**<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
| **All American Service Company Inc.**<br>P.O. Box 6626<br>Harrisburg, PA 17112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,860.65 |
| **BeMore Staffing LLC**<br>6710-F Ritchie Highway, Suite 446<br>Glen Burnie, MD 21061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
| **Brandon Ballard**<br>501 Maclay Streeet, #34<br>Harrisburg, PA 17102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,137.30 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Capital Region Water**
PO Box 826429
Philadelphia, PA 19182-6429

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,850.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Capitol Insurance Restorations**
801 Mallet Hill lane
Millersville, MD 21108-2163

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,547.27 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Cintas Corporation No 2**
4310 Metro Parkway, Suite 300
Fort Myers, FL 33916

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**City of Harrisburg**
10 N 2nd Street
Harrisburg, PA 17101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,275.53 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**City of Harrisburg, Treasurer**
10 N 2nd Street
Harrisburg, PA 17101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.09 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Comcast**
P.O. Box 70219
Southeastern, PA 19176-0219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.25 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Core Communications LLC**
P.O. Box 531
Suffield, CT 06078-0531

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,187.99 |
|---|---|---|---|
| | **Cornerstone Law Firm LLC**<br>**8500 Allentown Pike, Suite 3**<br>**Blandon, PA 19510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|
| | **Design + AE Inc.**<br>**2 Penn Center W**<br>**Building 2, Suite 201**<br>**Pittsburgh, PA 15276-0102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,206.90 |
|---|---|---|---|
| | **Direct Supplies Warehouse Inc.**<br>**100 Hancock Street**<br>**Lodi, NJ 07644-1913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | **Dirty Dog Hauling LLC**<br>**1316 N 17th Street**<br>**Harrisburg, PA 17103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.00 |
|---|---|---|---|
| | **Esusu Financial Inc.**<br>**P.O. Box 23080**<br>**New York, NY 10087-3080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,370.66 |
|---|---|---|---|
| | **Fair Collections & Outsourcing, Inc**<br>**12304 Baltimore Avenue, #E**<br>**Beltsville, MD 20705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.46 |
|---|---|---|---|
| | **GreenPages Technology Solutions**<br>**P.O. Box 844844**<br>**Boston, MA 02284-4844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,953.25 |
|---|---|---|---|

**H.B. McClure**
**P.O. Box 1745**
**Harrisburg, PA 17105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587.40 |
|---|---|---|---|

**Home Paramount Pest Control Co. Inc**
**P.O. Box 727**
**Forest Hill, MD 21050-0727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.57 |
|---|---|---|---|

**Illustratus**
**8455 Lenexa Drive**
**Overland Park, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,116.25 |
|---|---|---|---|

**Infinity Painting**
**640 W Walnut Street**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,562.16 |
|---|---|---|---|

**Landex Development LLC**
**4030 Rhode Island Avenue**
**Brentwood, MD 20722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,917.65 |
|---|---|---|---|

**Mellon Certified Restoration**
**436 South Lansdowne Avenue**
**Yeadon, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Mid-Atlantic AHMA**
**909 Western Parkway**
**Richmond, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$847.79** |

**New Horizon Communications**
P.O. Box 981073
Boston, MA 02298-1073

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$179.00** |

**Penn/DEI AHMA**
P.O. Box 44
Riverton, NJ 08077

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$477.20** |

**Pennsylvania Apartment Association**
One Bala Plaza, Suite 515
Bala Cynwyd, PA 19004

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$34,767.41** |

**PPL Electric Utilities**
P.O. Box 25222
Lehigh Valley, PA 18002-0522

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$8,368.95** |

**RCC Guar SLP II LP Series A**
1225 17th Street
Suite 1400
Denver, CO 80202

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$2,586.40** |

**Rentokil Pest Control**
P.O. Box 13848
Reading, PA 19612-3848

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | **$22,075.69** |

**RestoreCore, Inc.**
650 Clark Avenue
King of Prussia, PA 19406-1455

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,145.85 |

**RL Snyder Electric Inc.**
**4015 Jonestown Road**
**Harrisburg, PA 17109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,599.78 |

**Rosado Lawn Care co.**
**2307 Green Street**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.00 |

**Rosalia T. Mercado-Martinez**
**501 Maclay Street, #20**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,078.90 |

**Safety Facility Services**
**5 W 37th Street, Room 803**
**New York, NY 10018-5383**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,831.67 |

**Sherwin Williams Company**
**P.O. Box 277499**
**Atlanta, GA 30384-7499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,350.00 |

**Shulls Tree Services Inc.**
**2688 E Harrisburg Pike**
**Middletown, PA 17057-3944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,655.45 |

**Si Restoration Inc.**
**2312 Eskow Avenue**
**Halethorpe, MD 21227-4729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |
|---|---|---|---|

**Solimar Sanchez**
**2130 Moore Street**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.76 |
|---|---|---|---|

**Staples Business Advantage**
**P.O. Box 70242**
**Philadelphia, PA 19176-0242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.49 |
|---|---|---|---|

**Staples Promotional Products**
**Bin 150003**
**P.O. Box 88003**
**Milwaukee, WI 53288-8003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,444.53 |
|---|---|---|---|

**Stephen Schuback LLC**
**288 Georgetown Drive**
**Pawleys Island, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,440.75 |
|---|---|---|---|

**The Home Depot Pro**
**P.O. Box 404284**
**Atlanta, GA 30384-4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,945.00 |
|---|---|---|---|

**Thomas Kroll**
**20 Fort Sumpter Road, Apt F1**
**Pennsville, NJ 08070-2627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,197.25 |
|---|---|---|---|

**Tillett Inc.**
**245 N Lincoln Street**
**Palmyra, PA 17078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,561.60 |
|---|---|---|---|
| | **UGI Gas Service**<br>**P.O. Box 15523**<br>**Wilmington, DE 19886-5523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,082.66 |
|---|---|---|---|
| | **Unifirst Corporation**<br>**P.O. Box 650481**<br>**Dallas, TX 75265-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,342.50 |
|---|---|---|---|
| | **US Housing Consultants LLC**<br>**Dept. 1970**<br>**P.O. Box 986500**<br>**Boston, MA 02298-6500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Winn Managed Properties LLC**<br>**One Washington Mall**<br>**Suite 500**<br>**Boston, MA 02108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.34 |
|---|---|---|---|
| | **WWEX Franchise Holdings LLC**<br>**2323 Victory Avenue, Suite 1600**<br>**Dallas, TX 75219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 812,865.18 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 812,865.18 |

Debtor name **Uptown Partners, LP**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:23-bk-00988-HWV**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Residential Real Estate Lease** <br> **523 Woodbine Street, Harrisburg, Pennsylvania** <br><br><br> **Aleisha Everson** <br> **523 Woodbine Street** <br> **Harrisburg, PA 17110** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Residential Real Estate Lease** <br> **501-31 Maclay Street, Harrisburg, Pennsylvania** <br><br><br> **Alicia Jemmott** <br> **501-31 Maclay Street** <br> **Harrisburg, PA 17110** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Residential Real Estate Lease** <br> **2000-B North 5th Street, Harrisburg, Pennsylvania** <br><br><br> **Amanda Franklin** <br> **2000-B North 5th Street** <br> **Harrisburg, PA 17110** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Residential Real Estate Lease** <br> **2140 North 5th Street, #N4, Harrisburg, Pennsylvania** <br><br><br> **Ana Cortinas Silverio** <br> **2140 North 5th Street, #N4** <br> **Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-7 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anita Hall**<br>**501-7 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-30 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Antwan Dorm**<br>**501-30 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**538 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aqueena Davis**<br>**538 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**535-A Woodbine Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arianna McConnell**<br>**535-A  Woodbine Street**<br>**Harrisburg, PA 17110** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**544 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arielle Moore**<br>**544 Maclay Street**<br>**Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **535-B Woodbine Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Brice** **535-B Woodbine Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2000-A North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Betty Burnette** **2000-A North 5th Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **501-35 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Bobby Glover** **501-35 Maclay Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **501-21 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Brenda Trinidad** **501-21 Maclay Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2128 North 5th Street, #N3, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Brett Archer** **2128 North 5th Street, N3** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2040-B North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Brian McCullough** **2040-B North 5th Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2140 North 5th Street, #N2, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Brianna Chambers** **2140 North 5th Street, #N2** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2128 North 5th Street, #N5, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Bridgette Black** **2128 North 5th Street, #N5** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **1938 North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Calandra Black** **1938 North 5th Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease** **2118 Moore Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Carmen Mendez** **2118 Moore Street** **Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

Case 1:23-bk-00988-HWV    Doc 13    Filed 05/15/23    Entered 05/15/23 14:55:22    Desc
Main Document      Page 42 of 96

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-33 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Celibeth Figueroa**<br>**501-33 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**512 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chanel Burgess**<br>**512 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2005 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christina Randall**<br>**2005 Wood Street**<br>**Harrisburg, PA 17110** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2145 1/2 North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christine St Fleur**<br>**2145 1/2 North 5th Street**<br>**Harrisburg, PA 17110** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2011 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clara Hairston**<br>**2011 Wood Street**<br>**Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-10 Maclay, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Constance Kaylor
501-10 Maclay Street
Harrisburg, PA 17110**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-14 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Coy Thompson
501-14 Maclay Street
Harrisburg, PA 17110**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-43 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Damell Ervin
501-43 Maclay Street
Harrisburg, PA 17110**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
2114 Moore Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Danielle Jenkins
2114 Moore Street
Harrisburg, PA 17110**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-4 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Dasinas Davis
501-4 Maclay Street
Harrisburg, PA 17110**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2003 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Deborah Davis 2003 Wood Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-6 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Deborah Taylor 501-6 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-3 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Debra Taylor 501-3 Maclay Street Philadelphia, PA 19110** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-1 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Delissa Stanley 501-1 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-32 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Denisha Outen 501-32 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease<br>2122 North 5th Street, #N1, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Dominique Bradley<br>2122 North 5th Street, #N1<br>Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease<br>563 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Doniesha Bell<br>563 Forrest Street<br>Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease<br>2153-B North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Donyelle Brown<br>2153-B North 5th Street<br>Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease<br>550 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Edil Muniz Ayala<br>550 Forrest Street<br>Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease<br>2156 North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Elaina Green<br>2156 North 5th Street<br>Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 554 Woodbine Street, #2, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eric Pinckney 554 Woodbine Street, #2 Harrisburg, PA 17110** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-44 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Erica Crosson 501-44 Maclay Street Harrisburg, PA 17110** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 531 Woodbine Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Erica Washington 531 Woodbine Street Harrisburg, PA 17110** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 552 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Erin Robinson 552 Forrest Street Harrisburg, PA 17110** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2149 North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eugenia Purvis 2149 North 5th Street Harrisburg, PA 17110** |

Case 1:23-bk-00988-HWV    Doc 13    Filed 05/15/23    Entered 05/15/23 14:55:22    Desc
Main Document        Page 47 of 96

| | |
|---|---|
| **Additional Page if You Have More Contracts or Leases** | |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2136 Moore Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Evelyn Vigo**<br>**2136 Moore Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-12 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Faith Lowe**<br>**501-12 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-47 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Fermandus Moffitt**<br>**501-47 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-53 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Harlene Chisholm**<br>**501-53 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-25 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Harold Reichert**<br>**501-25 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

Case 1:23-bk-00988-HWV    Doc 13    Filed 05/15/23    Entered 05/15/23 14:55:22    Desc
Main Document      Page 48 of 96

<table>
<tr><td style="background:#4a0a3a">    </td><td><strong>Additional Page if You Have More Contracts or Leases</strong></td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 508 Woodbine Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Harriet Cam 508 Woodbine Street Harrisburg, PA 17110** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-26 Maclay Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Howard Davis 501-26 Maclay Street Harrisburg, PA 17110** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2153-A North 5th Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ieesha Artis 2153-A North 5th Street Harrisburg, PA 17110** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2122 North 5th Street, #N5, Harrisburg, Pennsylvania** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jada Fells 2122 North 5th Street, #N5 Harrisburg, PA 17110** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2125 Moore Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jaimie Muriel 2125 Moore Street Harrisburg, PA 17110** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-8 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James Etheridge**<br>**501-8 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-28 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James Lewis**<br>**501-28 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2116 North 5th Street, #N6, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jane Shumate**<br>**2116 North 5th Street, #N6**<br>**Harrisburg, PA 17110** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2140 North 5th Street, #N5, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jassmyn Melendez**<br>**2140 North 5th Street, #N5**<br>**Harrisburg, PA 17110** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**524 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jayde Kessler**<br>**524 Forrest Street**<br>**Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**501-46 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Jazmine Burnett**
**501-46 Maclay Street**
**Harrisburg, PA 17110**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2143 North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Jessica Walizer**
**2143 North 5th Street**
**Harrisburg, PA 17110**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**518 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Jilleslie McCoy**
**518 Maclay Street**
**Harrisburg, PA 17110**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2147 North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Jimmesha Bowman**
**2147 North 5th Street**
**Harrisburg, PA 17110**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**532 Forrest Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Jordanna Bradley**
**532 Forrest Street**
**Harrisburg, PA 17110**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 536 Maclay Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | **Joseph Wright 536 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 530 Woodbine Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | **Judith Hurtt 530 Woodbine Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2013 Wood Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | **Julissa Rosario Perez 2013 Wood Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-49 Maclay Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | **Karen Allen 501-49 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 1934 North 5th Street, Harrisburg, Pennsylvania** | |
| | State the term remaining | | **Kathryn Munson 1934 North 5th Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 540 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Adcox 540 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-27 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Towles 501-27 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 554 Woodbine Street, #4, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Kenya Pitts Jacobs 554 Woodbine Street, #4 Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 538 Woodbine Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Holmes 538 Woodbine Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-13 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Keyuonva Middleton 501-13 Maclay Street Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2015 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kiana Peterson 2015 Wiood Street Harrisburg, PA 17110** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-51 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kimberly Jackson 501-51 Maclay Street Harrisburg, PA 17110** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2133 Moore Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lakeisha Burnett 2133 Moore Street Harrisburg, PA 17110** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2001 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laron Majors, Sr. 2001 Wood Street Harrisburg, PA 17110** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 565 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Latoyia Evans 565 Forrest Street Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.80.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-2 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Laura Cottom
501-2 Maclay Street
Harrisburg, PA 17110**

---

**2.81.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
2152 North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Lenora McWhite
2152 North 5th Street
Harrisburg, PA 17110**

---

**2.82.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
2116 Moore Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Leroy Charles, Jr.
2116 Moore Street
Harrisburg, PA 17110**

---

**2.83.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
548 Forrest Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Linda Manigault
548 Forrest Street
Harrisburg, PA 17110**

---

**2.84.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease
501-9 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Lisa Wilkins
501-9 Maclay Street
Harrisburg, PA 17110**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-16 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Lisa Wright**<br>**501-16 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**500 Woodbine Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Lorraine Brown**<br>**500 Woodbine Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-11 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Lydia Montalvo**<br>**501-11 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2116 North 5th Street, #N5, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Malaka Green**<br>**2116 North 5th Street, #N5**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2110 Moore Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Mariah Lockette**<br>**2110 Moore Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

Case 1:23-bk-00988-HWV    Doc 13    Filed 05/15/23    Entered 05/15/23 14:55:22    Desc
Main Document    Page 56 of 96

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**542 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Marilyn Gregory**<br>**542 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2134 North 5th Street, #N6, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Maritza Gonzalez**<br>**2134 North 5th Street, #N6**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-34 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Mark Madden**<br>**501-34 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2007 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Carrasco**<br>**2007 Wood Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2116 North 5th Street, #N1, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Robinson**<br>**2116 North 5th Street #N1**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.95.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2139 Moore Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Mia Tate**
**2139 Moore Street**
**Harrisburg, PA 17110**

---

**2.96.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**554 Woodbine Street, #5, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Michelle Ford**
**554 Woodbine Street, #5**
**Harrisburg, PA 17110**

---

**2.97.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**413 Woodbine Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Michelle Watlington**
**413 Woodbine Street**
**Harrisburg, PA 17110**

---

**2.98.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2040-A North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Monique Bryant**
**2040-A North 5th Street**
**Harrisburg, PA 17110**

---

**2.99.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**524 Woodbine Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Nadine Tatum**
**524 Woodbine Street**
**Harrisburg, PA 17110**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.**  State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**510 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Naiym Craighead**
**510 Maclay Street**
**Harrisburg, PA 17110**

---

**2.101.**  State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2128 North 5th Street, #N6, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Natasha Yarde**
**2128 North 5th Street, #N6**
**Harrisburg, PA 17110**

---

**2.102.**  State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**409 Woodbine Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Natisha Tisinger**
**409 Woodbine Street**
**Harrisburg, PA 17110**

---

**2.103.**  State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**514 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Niasia Pinckney**
**514 Maclay Street**
**Harrisburg, PA 17110**

---

**2.104.**  State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**532 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Niyesha Giles**
**532 Maclay Street**
**Harrisburg, PA 17110**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**546 Woodbine Street, #4, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Noemis Dejesus**
**546 Woodbine Street, #4**
**Harrisburg, PA 17110**

---

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**522 Woodbine Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Olga Veles**
**522 Woodbine Street**
**Harrisburg, PA 17110**

---

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2108-B Moore Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Pamela King**
**2108 B Moore Street**
**Harrisburg, PA 17110**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**1936 North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Patrice Curry**
**1936 North 5th Street**
**Harrisburg, PA 17110**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2131 Moore Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Precious Payton**
**2131 Moore Street**
**Harrisburg, PA 17110**

---

Case 1:23-bk-00988-HWV    Doc 13    Filed 05/15/23    Entered 05/15/23 14:55:22    Desc
Main Document    Page 60 of 96

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-18 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Ramon Felix**<br>**501-18 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-19 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Ronald Ushery**<br>**501-19 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2134 North 5th Street, #N4, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Ronnie Tilghman**<br>**2134 North 5th Street, #N4**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-36 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Rosanne Anderson**<br>**501-36 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-17 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Sandra Montes**<br>**501-17 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.115.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2151 North 5th Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Sandra Washington**
**2151 North 5th Street**
**Harrisburg, PA 17110**

---

**2.116.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**534 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Shanice Balkcom**
**534 Maclay Street**
**Harrisburg, PA 17110**

---

**2.117.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**527 Woodbine Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Sharae Badgett**
**527 Woodbine Street**
**Harrisburg, PA 17110**

---

**2.118.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**516 Maclay Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Sharon Cam**
**516 Maclay Street**
**Harrisburg, PA 17110**

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Real Estate Lease**
**2009 Wood Street, Harrisburg, Pennsylvania**

State the term remaining

List the contract number of any government contract

**Shirleen Rodriguez Mercado**
**2009 Wood Street**
**Harrisburg, PA 17110**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-20 Maclay Street, Harrisburg, Pennsylvania** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Shirley Folkes**<br>**501-20 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-15 Maclay Street, Harrisburg, Pennsylvania** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Shirley McGraw**<br>**501-15 Maclay Street**<br>**Harrisburg, PA 17110** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**522 Forrest Street, Harrisburg, Pennsylvania** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Shyaira Burnnett**<br>**522 Forrest Street**<br>**Harrisburg, PA 17110** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**528 Forrest Street, Harrisburg, Pennsylvania** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Sohnotta Thomas**<br>**528 Forrest Street**<br>**Harrisburg, PA 17110** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2123 Moore Street, Harrisburg, Pennsylvania** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Stephanie Cerda**<br>**2123 Moore Street**<br>**Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2122 North 5th Street, #N4, Harrisburg, Pennsylvania** |
| State the term remaining | |
| List the contract number of any government contract | **Stephanie Posey**<br>**2122 North 5th Street, #N4**<br>**Harrisburg, PA 17110** |
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2014 North 5th Street, Harrisburg, Pennsylvania** |
| State the term remaining | |
| List the contract number of any government contract | **Suheily Rodriquez**<br>**2014 North 5th Street**<br>**Harrisburg, PA 17110** |
| **2.127.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2116 North 5th Street, #N4, Harrisburg, Pennsylvania** |
| State the term remaining | |
| List the contract number of any government contract | **Tamara Whitley**<br>**2116 North 5th Street, #N4**<br>**Harrisburg, PA 17110** |
| **2.128.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**2010 North 5th Street, Harrisburg, Pennsylvania** |
| State the term remaining | |
| List the contract number of any government contract | **Taneisha Ballard**<br>**2010 North 5th Street**<br>**Harrisburg, PA 17110** |
| **2.129.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**521 Woodbine Street, Harrisburg, Pennsylvania** |
| State the term remaining | |
| List the contract number of any government contract | **Tara Roland**<br>**521 Woodbine Street**<br>**Harrisburg, PA 17110** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-50 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Terra Searcy**<br>**501-50 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**1944 North 5th Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Theresa Ramos**<br>**1944 North 5th Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**529 Woodbine Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Tiarra Johnson**<br>**529 Woodbine Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**501-48 Maclay Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Tiaunna Banks**<br>**501-48 Maclay Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease**<br>**405 Woodbine Street,**<br>**Harrisburg,**<br>**Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | **Tina Coble**<br>**405 Woodbine Street**<br>**Harrisburg, PA 17110** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2019 Wood Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Toshia Fleming 2019 Wood Street Harrisburg, PA 17110** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 2012 North 5th Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vandretiss Black 2012 North 5th Street Harrisburg, PA 17110** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 546 Woodbine Street, #1, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vickie Jackson 546 Woodbine Street #1 Harrisburg, PA 17110** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 501-29 Maclay Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zuleyka Ruiz-Perez 501-29 Maclay Street Harrisburg, PA 17110** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease 530 Forrest Street, Harrisburg, Pennsylvania** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zulma March-Vazquez 530 Forrest Street Harrisburg, PA 17110** |

**Fill in this information to identify the case:**

Debtor name   **Uptown Partners, LP**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **1:23-bk-00988-HWV**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☑ Operating a business ☐ Other _____ | **$439,167.10** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ☑ Operating a business ☐ Other _____ | **$1,738,678.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ☑ Operating a business ☐ Other _____ | **$1,691,190.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Listing** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Uptown Partners LP v. Canella N. Bellamy, Jermileth Bellamy and G.W. Wilson Plumbing & Heating Contractors, Inc.**<br>**2017-CV-3640-CV** | **Disturbance of Property** | **Dauphin County Court of Common Pleas**<br>**Front & Market Streets**<br>**Harrisburg, PA 17101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Company Name:** Governors Square (Uptown Partners, LP)
**Report Name:** Check Register
**Created On:** 5/5/2023
**Property:** 1538--Governors Square - 1538

**Bank/Bank GL Account**
**1538OPER - Bank of America**
**1110-0000--Cash Operating**    Account No. 4637733940

| Date | Vendor | Document No | Amount | Cleared |
|---|---|---|---|---|
| 2/2/2023 | 3001981--Grace Hill Inc | 424493 | 11.37 | In Transit |
| 2/2/2023 | 3026266--Capital Region Water | 1560256517 | 71.20 | In Transit |
| 2/2/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560257298 | 18.94 | In Transit |
| 2/2/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560257297 | 93.94 | In Transit |
| 2/2/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560257224 | 2.99 | In Transit |
| 2/2/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560257223 | 23.67 | In Transit |
| 2/2/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560256518 | 18.11 | In Transit |
| 2/2/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560257222 | 157.47 | In Transit |
| 2/2/2023 | 3013943--Landex Management LLC | 423569 | 8,748.56 | In Transit |
| 2/7/2023 | 3019558--Winn Managed Properties LLC (nonta | 427365 | 8.88 | In Transit |
| 2/14/2023 | 3019558--Winn Managed Properties LLC (nonta | 431261 | 940.73 | In Transit |
| 2/14/2023 | TEMP43012649--Correa, Ashley | 100000137 | 379.00 | In Transit |
| 2/14/2023 | TEMP43012648--Ocasio, Angel | 100000136 | 823.00 | In Transit |
| 2/14/2023 | TEMP43012637--Reid, Cleo | 100000135 | 1,135.08 | In Transit |
| 2/14/2023 | TEMP43012636--Nunez-Gonzalez, Franshelys M | 100000134 | 1,512.00 | In Transit |
| 2/14/2023 | TEMP43012634--Horner, Jessica | 100000132 | 157.60 | In Transit |
| 2/14/2023 | TEMP43012633--Colbert, Allena | 100000131 | 300.00 | In Transit |
| 2/14/2023 | TEMP43012632--Fletcher, Cha´Nisha | 100000130 | 500.00 | In Transit |
| 2/14/2023 | TEMP43012635--Bello, Paola A | 100000133 | 494.00 | In Transit |
| 2/14/2023 | TEMP43012631--Harris-Speller, Jayquan T | 100000129 | 33.45 | In Transit |
| 2/14/2023 | TEMP43012630--White, Dominique | 100000128 | 500.00 | In Transit |
| 2/14/2023 | TEMP43012629--Torres, Reneysha | 100000127 | 500.00 | In Transit |
| 2/14/2023 | EE954026--Yasmin Diaz | 100000139 | 60.00 | In Transit |
| 2/14/2023 | TEMP43012625--Cintron Cardona, Catalina | 100000126 | 661.70 | In Transit |
| 2/14/2023 | TEMP43012618--Foster, Rosemary | 100000125 | 358.00 | In Transit |
| 2/14/2023 | TEMP43012648--Matthews-Perez, Jonathan | 100000138 | 43.00 | In Transit |
| 2/16/2023 | 3019558--Winn Managed Properties LLC (nonta | 432677 | 351.64 | In Transit |
| 2/21/2023 | 3034248--WWEX Franchise Holdings, LLC | 434504 | 65.58 | In Transit |
| 2/23/2023 | 3019558--Winn Managed Properties LLC (nonta | 434503 | 1.20 | In Transit |
| 2/23/2023 | 3026266--Capital Region Water | 1560265799 | 390.00 | In Transit |
| 2/23/2023 | 3026266--Capital Region Water | 1560265757 | 596.10 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265737 | 126.50 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265778 | 3.50 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265709 | 208.42 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265734 | 100.09 | In Transit |

| Date | Description | Number | Amount | Status |
|---|---|---|---|---|
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265678 | 354.57 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265735 | 15.88 | In Transit |
| 2/23/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560265736 | 15.67 | In Transit |
| 2/23/2023 | 3003201--Comcast | 1.56027E+13 | 228.80 | In Transit |
| 2/23/2023 | 3003201--Comcast | 1560265822 | 101.14 | In Transit |
| 2/23/2023 | 3003201--Comcast | 1560265606 | 111.14 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265671 | 25.60 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1.5602E+13 | 38.40 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265767 | 33.08 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265777 | 25.21 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265774 | 111.63 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265704 | 22.15 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265768 | 26.58 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265770 | 16.89 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265776 | 28.17 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265773 | 35.34 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265769 | 69.46 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265825 | 23.36 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265775 | 16.48 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265708 | 22.15 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265772 | 143.82 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265706 | 23.59 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265771 | 37.36 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265670 | 60.89 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265707 | 20.89 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265823 | 134.97 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265705 | 22.15 | In Transit |
| 2/23/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560265766 | 26.58 | In Transit |
| 2/23/2023 | 3034248--WWEX Franchise Holdings, LLC | 435960 | 24.37 | In Transit |
| 2/28/2023 | 3026063--Kingsley Associates | 438271 | 52.42 | In Transit |
| 2/28/2023 | 3019558--Winn Managed Properties LLC (nonta | 438270 | 1,400.00 | In Transit |
| 3/2/2023 | 3013943--Landex Management LLC | 439879 | 8,089.82 | In Transit |
| 3/2/2023 | TEMP430126442--Bates, Da' Naysha | 100000142 | 379.00 | In Transit |
| 3/2/2023 | TEMP430126440--Ballard, Brandon | 100000140 | 400.00 | In Transit |
| 3/2/2023 | TEMP430126441--Mercado-martinez, Rosalia T | 100000141 | 443.00 | In Transit |
| 3/9/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560272436 | 265.01 | In Transit |
| 3/9/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560272435 | 201.09 | In Transit |
| 3/9/2023 | 3003201--Comcast | 1.5602E+13 | 930.11 | In Transit |
| 3/9/2023 | 3002240--NEW HORIZON COMMUNICATIONS | 1.5602E+13 | 862.06 | In Transit |
| 3/9/2023 | 3002240--NEW HORIZON COMMUNICATIONS | 100000144 | 241.00 | In Transit |
| 3/9/2023 | TEMP430126443--Wade, Janelle | 100000143 | 310.00 | In Transit |
| 3/9/2023 | TEMP430126421--Jordan, James | 1560273630 | 5.00 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | | | In Transit |

| Date | Payee | Check No. | Amount | Status |
|---|---|---|---|---|
| 3/10/2023 | 3026266--Capital Region Water | 1560273621 | 168.23 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273622 | 182.66 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273623 | 146.04 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273624 | 66.76 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273628 | 134.61 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273629 | 88.82 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273625 | 37.73 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273626 | 119.90 | In Transit |
| 3/10/2023 | 3026266--Capital Region Water | 1560273627 | 116.72 | In Transit |
| 3/10/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560273402 | 15.89 | In Transit |
| 3/10/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560273413 | 334.71 | In Transit |
| 3/10/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560273412 | 401.18 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273632 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273655 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273650 | 355.74 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273647 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273642 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273660 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273656 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273648 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273635 | 64.68 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273639 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273631 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273638 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273643 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273644 | 258.72 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273658 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273659 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273652 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273640 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273661 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273653 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273646 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273887 | 35.25 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273654 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273649 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273651 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273645 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273665 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273663 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273662 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273657 | 32.34 | In Transit |

| Date | Payee | Check/Reference | Amount | Status |
|---|---|---|---|---|
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273667 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273641 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273637 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273633 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273636 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273634 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273666 | 32.34 | In Transit |
| 3/10/2023 | 3012278--CITY of HARRISBURG TREASURER | 1560273664 | 32.34 | In Transit |
| 3/10/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560273393 | 77.66 | In Transit |
| 3/16/2023 | 3001981--Grace Hill Inc | 448551 | 11.37 | In Transit |
| 3/16/2023 | 3023706--SOCi Inc | 448550 | 116.60 | In Transit |
| 3/16/2023 | 3019558--Winn Managed Properties LLC (nonta | 448549 | 805.72 | In Transit |
| 3/16/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560276942 | 308.31 | In Transit |
| 3/20/2023 | 3003201--Comcast | 1.56028E+13 | 236.40 | In Transit |
| 3/20/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560276912 | 70.79 | In Transit |
| 3/20/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560276910 | 26.58 | In Transit |
| 3/20/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560276911 | 26.58 | In Transit |
| 3/20/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560276913 | 29.55 | In Transit |
| 3/21/2023 | TEMP430126428--Brown, Kierra | Voided - 1000000117 | -242.75 | In Transit |
| 3/21/2023 | TEMP430126427--Smith, Malik | Voided - 1000000116 | -355.69 | In Transit |
| 3/21/2023 | 6157--Pennsylvania Apartment Association East | Voided - 1000000113 | -545.71 | In Transit |
| 3/21/2023 | 3019558--Winn Managed Properties LLC (nonta | 451083 | 53.28 | In Transit |
| 3/28/2023 | 3026063--Kingsley Associates | 451189 | 52.41 | In Transit |
| 3/28/2023 | 3009543--RealPage Inc | 451188 | 2,335.16 | In Transit |
| 3/28/2023 | 6157--Pennsylvania Apartment Association East | 100000000145 | 545.71 | In Transit |
| 3/30/2023 | 3009543--RealPage Inc | 456815 | 1,142.67 | In Transit |
| 4/4/2023 | 3013943--Landex Management LLC | 458386 | 8,013.98 | In Transit |
| 4/5/2023 | 3017477--RestoreCore Inc | 459736 | 28,531.70 | In Transit |
| 4/6/2023 | 3019558--Winn Managed Properties LLC (nonta | 460347 | 450.00 | In Transit |
| 4/11/2023 | 3023706--SOCi Inc | 462984 | 58.30 | In Transit |
| 4/11/2023 | 3001981--Grace Hill Inc | 462983 | 11.44 | In Transit |
| 4/11/2023 | 3019558--Winn Managed Properties LLC (nonta | 462982 | 202.82 | In Transit |
| 4/18/2023 | 3019558--Winn Managed Properties LLC (nonta | 467295 | 53.28 | In Transit |
| 4/18/2023 | TEMP430126445--Rivera, Rosta | 100000000146 | 229.90 | In Transit |
| 4/19/2023 | 3026266--Capital Region Water | 1560289893 | 40.18 | In Transit |
| 4/19/2023 | 3026266--Capital Region Water | 1560289894 | 73.40 | In Transit |
| 4/19/2023 | 3026266--Capital Region Water | 1560289892 | 55.80 | In Transit |
| 4/19/2023 | 3026266--Capital Region Water | 1560289918 | 71.20 | In Transit |
| 4/19/2023 | 3026266--Capital Region Water | 1560289919 | 294.71 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290066 | 8.09 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290046 | 53.00 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290058 | 6.74 | In Transit |

| Date | Vendor | Number | Amount | Status |
|---|---|---|---|---|
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290070 | 27.77 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290056 | 16.35 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290027 | 108.42 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290061 | 107.84 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290054 | 16.35 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560289868 | 16.56 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290048 | 273.01 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290055 | 15.44 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290067 | 15.99 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290049 | 16.35 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290059 | 56.20 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560289302 | 80.62 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290050 | 25.45 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290065 | 20.97 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290063 | 22.03 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290062 | 16.35 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290053 | 47.44 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290045 | 30.38 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290071 | 16.27 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290068 | 32.39 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290072 | 23.82 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290064 | 99.40 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290051 | 20.85 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290060 | 24.14 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290057 | 108.45 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290047 | 25.59 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290069 | 69.37 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290052 | 29.97 | In Transit |
| 4/19/2023 | 3013725--UGI GAS SERVICE PO BOX 15523 | 1560290026 | 16.49 | In Transit |
| 4/19/2023 | 3003201--Comcast | 1.56029E+13 | 228.80 | In Transit |
| 4/19/2023 | 3003201--Comcast | 1560290098 | 101.14 | In Transit |
| 4/19/2023 | 3003201--Comcast | 1560289561 | 111.14 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289862 | 125.54 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289301 | 26.54 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289920 | 140.60 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289858 | 75.23 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289796 | 17.96 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289791 | 17.68 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289788 | 44.01 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289565 | 95.08 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289563 | 148.43 | In Transit |
| 4/19/2023 | 3006608--PPL ELECTRIC UTILITIES | 1560289860 | 29.13 | In Transit |

| Date | Vendor | Reference | Amount | Status |
|---|---|---|---|---|
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289300 | 26.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289864 | 141.27 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289859 | 24.75 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289296 | 26.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289785 | 50.02 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289798 | 17.97 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289793 | 26.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289865 | 73.48 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289799 | 26.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289790 | 18.19 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289857 | 16.81 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289867 | 28.32 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289298 | 24.90 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289800 | 16.81 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289792 | 26.58 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289795 | 34.01 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289782 | 28.15 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289789 | 17.62 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560290037 | 33.71 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289562 | 68.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289863 | 38.35 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289299 | 25.04 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289797 | 115.21 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289787 | 248.26 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289784 | 31.34 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289783 | 74.02 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289922 | 21.14 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289921 | 92.77 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289564 | 122.05 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289861 | 23.42 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289297 | 26.54 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289786 | 25.22 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289794 | 29.39 | In Transit |
| 4/19/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560289866 | 16.81 | In Transit |
| 4/20/2023 | 3001981--Grace Hill Inc | 469686 | 11.36 | In Transit |
| 4/19/2023 | 3001981--Grace Hill Inc | 1.56029E+13 | 842.94 | In Transit |
| 4/25/2023 | 3002240--NEW HORIZON COMMUNICATIONS | 1.56029E+13 | 904.76 | In Transit |
| 4/25/2023 | 3002240--NEW HORIZON COMMUNICATIONS | 1560292681 | 27.62 | In Transit |
| 4/25/2023 | 3000608--PPL ELECTRIC UTILITIES | 1560292680 | 31.92 | In Transit |
| 4/25/2023 | 3023706--SOCI Inc | 471789 | 58.45 | In Transit |
| 4/25/2023 | 3026063--Kingsley Associates | 471788 | 52.41 | In Transit |
| 4/27/2023 | 3019558--Winn Managed Properties LLC (nonta | 473579 | 1,075.82 | In Transit |

**Total for 1110-0000--Cash Operating**

**Total for 15380PER**

4/27/2023

3009543--RealPage Inc    473578    1,752.92    In Transit

| Description | Amount |
|---|---|
| Payroll Billing 2/3/23 | 551.88 |
| Payroll 2/10/23 | 8724.94 |
| Payroll Billing 2/21/23 | 98.11 |
| Payroll 2/24/23 | 11604.52 |
| Payroll Billing 2/27/23 | 297.36 |
| Payroll 3/10/23 | 10609.67 |
| Payroll Billing 3/13/23 | 62.52 |
| Payroll 3/24/23 | 10592.74 |
| Payroll Billing 3/27/23 | 114.45 |
| Payroll 4/7/23 | 10459.24 |
| Payroll Billing 4/14/23 | 119.21 |
| Payroll 4/21/23 | 10245.99 |
| Payroll Billing 4/26/23 | 82.53 |
| **Total Payroll 2/1/23-4/30/23** | **63563.16** |

**Total:** 90,183.52

**Grand Total:** 90,183.52

90,183.52

90,183.52

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Charles Hawkins, Jr. v. Landex  Corporation, Redevelopment Authority of the City of Harrisburg, Uptown Partners, LP, Uptown Realty Co., LP, Landex Development LLC, Governor's Square, Maclay Street Apartments 2018-CV-3277-CV** | **Premises Liability** | **Dauphin County Court of Common Pleas Front & Market Streets Harrisburg, PA 17101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. **Angel Ocasio v. Uptown Partners LP 2023-CV-2080** | **Landlord/Tenant** | **Dauphin County Court of Common Pleas Front & Market Streets Harrisburg, PA 17101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Cunningham, Chernicoff & Warshawsky Po Box 60457 Harrisburg, PA 17106-0457** | | | **See Attached** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Rider to Statement Pursuant to 2016(b)
Uptown Partners, LP
Chapter 7

Debtor has agreed to be billed and has paid $14,717.00, to Cunningham, Chernicoff & Warshawsky, P.C. the retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rate then in effect at the time of billing. Upon the retainer fee being utilized in full, any services not paid by the retainer fee will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on supplemental statements as necessary. In the year prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $4,945.00, for current services in connection with current financial problems.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | | **See Attached List** | **$54,886.00** |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

# SOFA 21

# Tenant Security Deposits

Tenant Deposits

| Tenant Name | Unit | Deposit |
|---|---|---|
| Tina Coble | 405 Woodbine Street | $ 400.00 |
| Natisha Tisinger | 409 Woodbine Street | $ 290.00 |
| Michelle Watlington | 413 Woodbine Street | $ 290.00 |
| Lorraine Brown | 500 Woodbine Street | $ 400.00 |
| Tara Roland | 521 Woodbine Street | $ 400.00 |
| Shyaira Burnnett | 522 Forrest Street | $ 1,105.00 |
| Olga Veles | 522 Woodbine Street | $ 400.00 |
| Aleisha Everson | 523 Woodbine Street | $ 400.00 |
| Jayde Kessler | 524 Forrest Street | $ 400.00 |
| Nadine Tatum | 524 Woodbine Street | $ 400.00 |
| Sohnotta Thomas | 528 Forrest Street | $ 500.00 |
| Tiarra Johnson | 529 Woodbine Street | $ 500.00 |
| Zulma March-Vazquez | 530 Forrest Street | $ 500.00 |
| Judith Hurtt | 530 Woodbine Street | $ 400.00 |
| Erica Washington | 531 Woodbine Street | $ 209.00 |
| Jordanna Bradley | 532 Forrest Street | $ 400.00 |
| Arianna McConnell | 535-A Woodbine Street | $ 400.00 |
| Barbara Brice | 535-B Woodbine Street | $ 400.00 |
| Kevin Holmes | 538 Woodbine Street | $ 500.00 |
| Linda Manigault | 548 Forrest Street | $ 400.00 |
| Edil Muniz Ayala | 550 Forrest Street | $ 400.00 |
| Erin Robinson | 552 Forrest Street | $ 870.00 |
| Doniesha Bell | 563 Forrest Street | $ 500.00 |
| Patrice Curry | 1936 North 5th Street | $ 400.00 |
| Calandra Black | 1938 North 5th Street | $ 230.00 |
| Theresa Ramos | 1944 North 5th Street | $ 327.00 |
| Betty Burnette | 2000-A North 5th Street | $ 400.00 |
| Amanda Franklin | 2000-B North 5th Street | $ 400.00 |
| Laron Majors, Sr. | 2001 Wood Street | $ 400.00 |
| Christina Randall | 2005 Wood Street | $ 400.00 |
| Melissa Carrasco | 2007 Wood Street | $ 917.00 |
| Shirleen Rodriguez Meercado | 2009 Wood Street | $ 400.00 |
| Clara Hairston | 2011 Wood Street | $ 400.00 |
| Vandretiss Black | 2012 North 5th Street | $ 400.00 |
| Julissa Rosario Perez | 2013 Wood Street | $ 400.00 |
| Suheily Rodriquez | 2014 North 5th Street | $ 400.00 |
| Kiana Peterson | 2015 Wood Street | $ 400.00 |
| Toshia Fleming | 2019 Wood Street | $ 400.00 |
| Monique Bryant | 2040-A North 5th Street | $ 400.00 |
| Pamela King | 2108-B Moore Street | $ 500.00 |
| Mariah Lockette | 2110 Moore Street | $ 500.00 |
| Danielle Jenkins | 2114 Moore Street | $ 400.00 |
| Leroy Charles, Jr. | 2116 Moore Street | $ 400.00 |
| Carmen Mendez | 2118 Moore Street | $ 500.00 |

| Tenant Name | Unit | Deposit |
|---|---|---|
| Jaimie Muriel | 2125 Moore Street | $ 500.00 |
| Precious Payton | 2131 Moore Street | $ 400.00 |
| Lakeisha Burnett | 2133 Moore Street | $ 400.00 |
| Evelyn Vigo | 2136 Moore Street | $ 917.00 |
| Jessica Walizer | 2143 North 5th Street | $ 400.00 |
| Jimmesha Bowman | 2147 North 5th Street | $ 400.00 |
| Eugenie Purvis | 2149 North 5th Street | $ 400.00 |
| Sandra Washington | 2151 North 5th Street | $ 400.00 |
| Lenora McWhite | 2152 North 5th Street | $ 400.00 |
| Donyelle Brown | 2153-B North 5th Street | $ 500.00 |
| Elaina Green | 2156 North 5th Street | $ 1,300.00 |
| Laura Cottom | 501-2 Maclay Street | $ 400.00 |
| Debra Taylor | 501-3 Maclay Street | $ 500.00 |
| Dasinas Davis | 501-4 Maclay Street | $ 400.00 |
| Deborah Taylor | 501-6 Maclay Street | $ 400.00 |
| Anita Hall | 501-7 Maclay Street | $ 400.00 |
| James Etheridge | 501-8 Maclay Street | $ 1,098.00 |
| Naiym Craighead | 510 Maclay Street | $ 400.00 |
| Chanel Burgess | 512 Maclay Street | $ 400.00 |
| Niasia Pinckney | 514 Maclay Street | $ 400.00 |
| Sharon Cam | 516 Maclay Street | $ 400.00 |
| Jilleslie McCoy | 518 Maclay Street | $ 400.00 |
| Shanice Balkcom | 534 Maclay Street | $ 917.00 |
| Joseph Wright | 536 Maclay Street | $ 500.00 |
| Marilyn Gregory | 542 Maclay Street | $ 400.00 |
| Arielle Moore | 544 Maclay Street | $ 400.00 |
| Vickie Jackson | 546 Woodbine Street #1 | $ 400.00 |
| Delissa Stanley | 546 Woodbine Street #8 | $ 400.00 |
| Eric Pinckney | 554 Woodbine Street #2 | $ 400.00 |
| Kenya Pitts Jacobs | 554 Woodbine Street #4 | $ 400.00 |
| Michelle Ford | 554 Woodbine Street #5 | $ 500.00 |
| Melissa Robinson | 2116 North 5th Street #N1 | $ 400.00 |
| Tamara Whitley | 2116 North 5th Street #N4 | $ 500.00 |
| Malaka Green | 2116 North 5th Street #N5 | $ 400.00 |
| Jane Shumate | 2116 North 5th Street #N6 | $ 400.00 |
| Dominique Bradley | 2122 North 5th Street #N1 | $ 500.00 |
| Stephanie Posey | 2122 North 5th Street #N4 | $ 400.00 |
| Jada Fells | 2122 North 5th Street #N5 | $ 400.00 |
| Brett Archer | 2128 North 5th Street #N3 | $ 293.00 |
| Bridgette Black | 2128 North 5th Street #N5 | $ 405.00 |
| Natasha Yarde | 2128 North 5th Street #N6 | $ 400.00 |
| Ronnie Tilghman | 2134 North 5th Street #N4 | $ 400.00 |
| Maritza Gonzalez | 2134 North 5th Street #N6 | $ 400.00 |
| Brianna Chambers | 2140 North 5th Street #N2 | $ 1,392.00 |
| Ana Cortinas Silverio | 2140 North 5th Street #N4 | $ 400.00 |
| Jassmyn Melendez | 2140 North 5th Street #N5 | $ 500.00 |

| Tenant Name | Unit | Deposit |
|---|---|---|
| Christine St Fleur | 2145 1/2 North 5th Street | $ 400.00 |
| Constance Kaylor | 501-10 Maclay Street | $ 400.00 |
| Lydia Montalvo | 501-11 Maclay Street | $ 500.00 |
| Keyuonva Middleton | 501-13 Maclay Street | $ 400.00 |
| Coy Thompson | 501-14 Maclay Street | $ 400.00 |
| Shirley McGraw | 501-15 Maclay Street | $ 400.00 |
| Lisa Wright | 501-16 Maclay Street | $ 400.00 |
| Sandra Montes | 501-17 Maclay Street | $ 680.00 |
| Ronald Ushery | 501-19 Maclay Street | $ 400.00 |
| Shirley Folkes | 501-20 Maclay Street | $ 400.00 |
| Brenda Trinidad | 501-21 Maclay Street | $ 775.00 |
| Kenneth Towles | 501-27 Maclay Street | $ 400.00 |
| Zuleyka Ruiz-Perez | 501-29 Maclay Street | $ 100.00 |
| Antwan Dorm | 501-30 Maclay Street | $ 1,000.00 |
| Alicia Jemmott | 501-31 Maclay Street | $ 400.00 |
| Denisha Outen | 501-32 Maclay Street | $ 500.00 |
| Mark Madden | 501-34 Maclay Street | $ 669.00 |
| Bobby Glover | 501-35 Maclay Street | $ 153.00 |
| Rosanne Anderson | 501-36 Maclay Street | $ 400.00 |
| Damell Ervin | 501-43 Maclay Street | $ 500.00 |
| Erica Crosson | 501-44 Maclay Street | $ 400.00 |
| Jazmine Burnett | 501-46 Maclay Street | $ 400.00 |
| Femandus Moffitt | 501-47 Maclay Street | $ 149.00 |
| Tiaunna Banks | 501-48 Maclay Street | $ 400.00 |
| Karen Allen | 501-49 Maclay Street | $ 400.00 |
| Terra Searcy | 501-50 Maclay Street | $ 400.00 |
| Kimberly Jackson | 501-51 Maclay Street | $ 400.00 |
| Harlene Chisholm | 501-53 Maclay Street | $ 400.00 |
| Latoyia Evans | 565 Forrest Street | $ 500.00 |

$ 54,886.00

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Winn Residential**<br>**126 John Street, Suite 10**<br>**Lowell, MA 01850** | **2012 to present** |
| 26a.2. | **MN Blum, LLC**<br>**1395 Piccard Drive, #240**<br>**Rockville, MD 20850** | **2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **MN Blum LLC**<br>**1395 Piccard Drive, #240**<br>**Rockville, MD 20850** | **2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **Alden Torch**
**17th Street Plaza**
**1225 17th Street**
**Denver, CO 80202**

26d.2. **Harrisburg Redevelopment Authority**
**10 N Second Street, Suite 405**
**Harrisburg, PA 17105**

26d.3. **PHFA**
**211 N Front Street**
**Harrisburg, PA 17101**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Landex of Maryland, Inc.** | **4030 Rhode Island Avenue Brentwood, MD 20722** | **General Partner** | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/15/23_____

_____              **Peter Siegel**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Uptown Partners, LP**                                   Case No.   **1:23-bk-00988-HWV**

_____            Chapter    **7**
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                           $           **See Attached**

    Prior to the filing of this statement I have received                 $           **See Attached**

    Balance Due                                                           $           **See Attached**

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_5/15/23_
Date

Robert E. Chernicoff, Esquire #3380
Signature of Attorney
Cunningham, Chernicoff & Warshawsky PC
2320 N. Second St.
Harrisburg, PA 17110
(717) 238-6570  Fax: (717) 238-4809
Name of law firm

Rider to Statement Pursuant to 2016(b)
Uptown Partners, LP
Chapter 7

Debtor has agreed to be billed and has paid $14,717.00, to Cunningham, Chernicoff & Warshawsky, P.C. the retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rate then in effect at the time of billing. Upon the retainer fee being utilized in full, any services not paid by the retainer fee will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on supplemental statements as necessary. In the year prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $4,945.00, for current services in connection with current financial problems.

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re **Uptown Partners, LP**
_____
Debtor(s)

Case No. **1:23-bk-00988-HWV**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _5/15/23_

_____
**Peter Siegel/CEO**
Signer/Title

UPTOWN PARTNERS, LP
4030 RHODE ISLAND AVENUE
BRENTWOOD, MD 20722

.

ROBERT E. CHERNICOFF, ESQUIRE
CUNNINGHAM, CHERNICOFF & WARSHAWSKY PC
2320 N. SECOND ST.
HARRISBURG, PA 17110

ADT SECURITY SERVICES, INC.
P.O. BOX 371878
PITTSBURGH, PA 15250-7956

ALEISHA EVERSON
523 WOODBINE STREET
HARRISBURG, PA 17110

ALICIA JEMMOTT
501-31 MACLAY STREET
HARRISBURG, PA 17110

ALL AMERICAN SERVICE COMPANY INC
P.O. BOX 6626
HARRISBURG, PA 17112

AMANDA FRANKLIN
2000-B NORTH 5TH STREET
HARRISBURG, PA 17110

ANA CORTINAS SILVERIO
2140 NORTH 5TH STREET, #N4
HARRISBURG, PA 17110

ANITA HALL
501-7 MACLAY STREET
HARRISBURG, PA 17110

ANTWAN DORM
501-30 MACLAY STREET
HARRISBURG, PA 17110

AQUEENA DAVIS
538 MACLAY STREET
HARRISBURG, PA 17110

ARIANNA MCCONNELL
535-A WOODBINE STREET
HARRISBURG, PA 17110

ARIELLE MOORE
544 MACLAY STREET
HARRISBURG, PA 17110

ASSISTANT UNITED STATES ATTORNEY
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

BARBARA BRICE
535-B WOODBINE STREET
HARRISBURG, PA 17110

BEMORE STAFFING LLC
6710-F RITCHIE HIGHWAY, SUITE 446
GLEN BURNIE, MD 21061

BETTY BURNETTE
2000-A NORTH 5TH STREET
HARRISBURG, PA 17110

BOBBY GLOVER
501-35 MACLAY STREET
HARRISBURG, PA 17110

BRANDON BALLARD
501 MACLAY STREEET, #34
HARRISBURG, PA 17102

BRENDA TRINIDAD
501-21 MACLAY STREET
HARRISBURG, PA 17110

BRETT ARCHER
2128 NORTH 5TH STREET, N3
HARRISBURG, PA 17110

BRIAN MCCULLOUGH
2040-B NORTH 5TH STREET
HARRISBURG, PA 17110

BRIANNA CHAMBERS
2140 NORTH 5TH STREET, #N2
HARRISBURG, PA 17110

BRIDGETTE BLACK
2128 NORTH 5TH STREET, #N5
HARRISBURG, PA 17110

BUREAU OF EMPLOYER TAX OP
LABOR & INDUSTRY BUILDING
651 BOAS STREET, ROOM 702
HARRISBURG, PA 17106

CALANDRA BLACK
1938 NORTH 5TH STREET
HARRISBURG, PA 17110

CAPITAL REGION WATER
PO BOX 826429
PHILADELPHIA, PA 19182-6429

CAPITOL INSURANCE RESTORAT
801 MALLET HILL LANE
MILLERSVILLE, MD 21108-2163

CARMEN MENDEZ
2118 MOORE STREET
HARRISBURG, PA 17110

CELIBETH FIGUEROA
501-33 MACLAY STREET
HARRISBURG, PA 17110

CHANEL BURGESS
512 MACLAY STREET
HARRISBURG, PA 17110

CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, SUITE 3
BLANDON, PA 19510

DESIGN + AE INC.
2 PENN CENTER W
BUILDING 2, SUITE 201
PITTSBURGH, PA 15276-0102

CHRISTINA RANDALL
2005 WOOD STREET
HARRISBURG, PA 17110

COY THOMPSON
501-14 MACLAY STREET
HARRISBURG, PA 17110

DIRECT SUPPLIES WAREHOUSE IN
100 HANCOCK STREET
LODI, NJ 07644-1913

CHRISTINE ST FLEUR
2145 1/2 NORTH 5TH STREET
HARRISBURG, PA 17110

DAMELL ERVIN
501-43 MACLAY STREET
HARRISBURG, PA 17110

DIRTY DOG HAULING LLC
1316 N 17TH STREET
HARRISBURG, PA 17103

CINTAS CORPORATION NO 2
4310 METRO PARKWAY, SUITE 300
FORT MYERS, FL 33916

DANIELLE JENKINS
2114 MOORE STREET
HARRISBURG, PA 17110

DOMINIQUE BRADLEY
2122 NORTH 5TH STREET, #N1
HARRISBURG, PA 17110

CITY OF HARRISBURG
10 N 2ND STREET
HARRISBURG, PA 17101

DASINAS DAVIS
501-4 MACLAY STREET
HARRISBURG, PA 17110

DONIESHA BELL
563 FORREST STREET
HARRISBURG, PA 17110

CITY OF HARRISBURG, TREASURER
10 N 2ND STREET
HARRISBURG, PA 17101

DEBORAH DAVIS
2003 WOOD STREET
HARRISBURG, PA 17110

DONYELLE BROWN
2153-B NORTH 5TH STREET
HARRISBURG, PA 17110

CLARA HAIRSTON
2011 WOOD STREET
HARRISBURG, PA 17110

DEBORAH TAYLOR
501-6 MACLAY STREET
HARRISBURG, PA 17110

EDIL MUNIZ AYALA
550 FORREST STREET
HARRISBURG, PA 17110

COMCAST
P.O. BOX 70219
SOUTHEASTERN, PA 19176-0219

DEBRA TAYLOR
501-3 MACLAY STREET
PHILADELPHIA, PA 19110

ELAINA GREEN
2156 NORTH 5TH STREET
HARRISBURG, PA 17110

CONSTANCE KAYLOR
501-10 MACLAY STREET
HARRISBURG, PA 17110

DELISSA STANLEY
501-1 MACLAY STREET
HARRISBURG, PA 17110

ERIC PINCKNEY
554 WOODBINE STREET, #2
HARRISBURG, PA 17110

CORE COMMUNICATIONS LLC
P.O. BOX 531
SUFFIELD, CT 06078-0531

DENISHA OUTEN
501-32 MACLAY STREET
HARRISBURG, PA 17110

ERICA CROSSON
501-44 MACLAY STREET
HARRISBURG, PA 17110

ERICA WASHINGTON
531 WOODBINE STREET
HARRISBURG, PA 17110

HARLENE CHISHOLM
501-53 MACLAY STREET
HARRISBURG, PA 17110

JADA FELLS
2122 NORTH 5TH STREET, #N5
HARRISBURG, PA 17110

ERIN ROBINSON
552 FORREST STREET
HARRISBURG, PA 17110

HAROLD REICHERT
501-25 MACLAY STREET
HARRISBURG, PA 17110

JAIMIE MURIEL
2125 MOORE STREET
HARRISBURG, PA 17110

ESUSU FINANCIAL INC.
P.O. BOX 23080
NEW YORK, NY 10087-3080

HARRIET CAM
508 WOODBINE STREET
HARRISBURG, PA 17110

JAMES ETHERIDGE
501-8 MACLAY STREET
HARRISBURG, PA 17110

EUGENIA PURVIS
2149 NORTH 5TH STREET
HARRISBURG, PA 17110

HARRISBURG REDEVELOPMENT AUTHORITY
10 N SECOND STREET, SUITE 405
HARRISBURG, PA 17105

JAMES LEWIS
501-28 MACLAY STREET
HARRISBURG, PA 17110

EVELYN VIGO
2136 MOORE STREET
HARRISBURG, PA 17110

HOME PARAMOUNT PEST CONTROL COMPANY
P.O. BOX 727
FOREST HILL, MD 21050-0727

JANE SHUMATE
2116 NORTH 5TH STREET, #N6
HARRISBURG, PA 17110

FAIR COLLECTIONS & OUTSOURCING, INC.
12304 BALTIMORE AVENUE, #E
BELTSVILLE, MD 20705

HOWARD DAVIS
501-26 MACLAY STREET
HARRISBURG, PA 17110

JASSMYN MELENDEZ
2140 NORTH 5TH STREET, #N5
HARRISBURG, PA 17110

FAITH LOWE
501-12 MACLAY STREET
HARRISBURG, PA 17110

IEESHA ARTIS
2153-A NORTH 5TH STREET
HARRISBURG, PA 17110

JAYDE KESSLER
524 FORREST STREET
HARRISBURG, PA 17110

FERMANDUS MOFFITT
501-47 MACLAY STREET
HARRISBURG, PA 17110

ILLUSTRATUS
8455 LENEXA DRIVE
OVERLAND PARK, KS 66214

JAZMINE BURNETT
501-46 MACLAY STREET
HARRISBURG, PA 17110

GREENPAGES TECHNOLOGY SOLUTIONS
P.O. BOX 844844
BOSTON, MA 02284-4844

INFINITY PAINTING
640 W WALNUT STREET
LANCASTER, PA 17603

JESSICA WALIZER
2143 NORTH 5TH STREET
HARRISBURG, PA 17110

H.B. MCCLURE
P.O. BOX 1745
HARRISBURG, PA 17105

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JILLESLIE MCCOY
518 MACLAY STREET
HARRISBURG, PA 17110

JIMMESHA BOWMAN
2147 NORTH 5TH STREET
HARRISBURG, PA 17110

KEVIN HOLMES
538 WOODBINE STREET
HARRISBURG, PA 17110

LEROY CHARLES, JR.
2116 MOORE STREET
HARRISBURG, PA 17110

JORDANNA BRADLEY
532 FORREST STREET
HARRISBURG, PA 17110

KEYUONVA MIDDLETON
501-13 MACLAY STREET
HARRISBURG, PA 17110

LINDA MANIGAULT
548 FORREST STREET
HARRISBURG, PA 17110

JOSEPH WRIGHT
536 MACLAY STREET
HARRISBURG, PA 17110

KIANA PETERSON
2015 WIOOD STREET
HARRISBURG, PA 17110

LISA WILKINS
501-9 MACLAY STREET
HARRISBURG, PA 17110

JUDITH HURTT
530 WOODBINE STREET
HARRISBURG, PA 17110

KIMBERLY JACKSON
501-51 MACLAY STREET
HARRISBURG, PA 17110

LISA WRIGHT
501-16 MACLAY STREET
HARRISBURG, PA 17110

JULISSA ROSARIO PEREZ
2013 WOOD STREET
HARRISBURG, PA 17110

LAKEISHA BURNETT
2133 MOORE STREET
HARRISBURG, PA 17110

LORRAINE BROWN
500 WOODBINE STREET
HARRISBURG, PA 17110

KAREN ALLEN
501-49 MACLAY STREET
HARRISBURG, PA 17110

LANDEX DEVELOPMENT LLC
4030 RHODE ISLAND AVENUE
BRENTWOOD, MD 20722

LYDIA MONTALVO
501-11 MACLAY STREET
HARRISBURG, PA 17110

KATHRYN MUNSON
1934 NORTH 5TH STREET
HARRISBURG, PA 17110

LARON MAJORS, SR.
2001 WOOD STREET
HARRISBURG, PA 17110

MALAKA GREEN
2116 NORTH 5TH STREET, #N5
HARRISBURG, PA 17110

KENNETH ADCOX
540 MACLAY STREET
HARRISBURG, PA 17110

LATOYIA EVANS
565 FORREST STREET
HARRISBURG, PA 17110

MARIAH LOCKETTE
2110 MOORE STREET
HARRISBURG, PA 17110

KENNETH TOWLES
501-27 MACLAY STREET
HARRISBURG, PA 17110

LAURA COTTOM
501-2 MACLAY STREET
HARRISBURG, PA 17110

MARILYN GREGORY
542 MACLAY STREET
HARRISBURG, PA 17110

KENYA PITTS JACOBS
554 WOODBINE STREET, #4
HARRISBURG, PA 17110

LENORA MCWHITE
2152 NORTH 5TH STREET
HARRISBURG, PA 17110

MARITZA GONZALEZ
2134 NORTH 5TH STREET, #N6
HARRISBURG, PA 17110

MARK MADDEN
501-34 MACLAY STREET
HARRISBURG, PA 17110

NAIYM CRAIGHEAD
510 MACLAY STREET
HARRISBURG, PA 17110

PA DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

MELISSA CARRASCO
2007 WOOD STREET
HARRISBURG, PA 17110

NATASHA YARDE
2128 NORTH 5TH STREET, #N6
HARRISBURG, PA 17110

PAMELA KING
2108 B MOORE STREET
HARRISBURG, PA 17110

MELISSA ROBINSON
2116 NORTH 5TH STREET #N1
HARRISBURG, PA 17110

NATISHA TISINGER
409 WOODBINE STREET
HARRISBURG, PA 17110

PATRICE CURRY
1936 NORTH 5TH STREET
HARRISBURG, PA 17110

MELLON CERTIFIED RESTORATION
436 SOUTH LANSDOWNE AVENUE
YEADON, PA 19050

NEW HORIZON COMMUNICATIONS
P.O. BOX 981073
BOSTON, MA 02298-1073

PENN/DEL AHMA
P.O. BOX 44
RIVERTON, NJ 08077

MIA TATE
2139 MOORE STREET
HARRISBURG, PA 17110

NIASIA PINCKNEY
514 MACLAY STREET
HARRISBURG, PA 17110

PENNSYLVANIA APARTMENT ASS
ONE BALA PLAZA, SUITE 515
BALA CYNWYD, PA 19004

MICHELLE FORD
554 WOODBINE STREET, #5
HARRISBURG, PA 17110

NIYESHA GILES
532 MACLAY STREET
HARRISBURG, PA 17110

PPL ELECTRIC UTILITIES
P.O. BOX 25222
LEHIGH VALLEY, PA 18002-0522

MICHELLE WATLINGTON
413 WOODBINE STREET
HARRISBURG, PA 17110

NOEMIS DEJESUS
546 WOODBINE STREET, #4
HARRISBURG, PA 17110

PRECIOUS PAYTON
2131 MOORE STREET
HARRISBURG, PA 17110

MID-ATLANTIC AHMA
909 WESTERN PARKWAY
RICHMOND, VA 23229

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERY SQUARE, 15TH FLOOR
HARRISBURG, PA 17120

RAMON FELIX
501-18 MACLAY STREET
HARRISBURG, PA 17110

MONIQUE BRYANT
2040-A NORTH 5TH STREET
HARRISBURG, PA 17110

OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

REC GUAR SLP II LP SERIES A
1225 17TH STREET
SUITE 1400
DENVER, CO 80202

NADINE TATUM
524 WOODBINE STREET
HARRISBURG, PA 17110

OLGA VELES
522 WOODBINE STREET
HARRISBURG, PA 17110

REDEVELOPMENT AUTHORITY OF THE
CITY OF HARRISBURG
10 N SECOND STREET, SUITE 405
HARRISBURG, PA 17105

RENTOKIL PEST CONTROL
P.O. BOX 13848
READING, PA 19612-3848

SANDRA WASHINGTON
2151 NORTH 5TH STREET
HARRISBURG, PA 17110

SHYAIRA BURNNETT
522 FORREST STREET
HARRISBURG, PA 17110

RESTORECORE, INC.
650 CLARK AVENUE
KING OF PRUSSIA, PA 19406-1455

SECURITIES & EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON, DC 20549

SI RESTORATION INC.
2312 ESKOW AVENUE
HALETHORPE, MD 21227-4729

RL SNYDER ELECTRIC INC.
4015 JONESTOWN ROAD
HARRISBURG, PA 17109

SHANICE BALKCOM
534 MACLAY STREET
HARRISBURG, PA 17110

SOHNOTTA THOMAS
528 FORREST STREET
HARRISBURG, PA 17110

RONALD USHERY
501-19 MACLAY STREET
HARRISBURG, PA 17110

SHARAE BADGETT
527 WOODBINE STREET
HARRISBURG, PA 17110

SOLIMAR SANCHEZ
2130 MOORE STREET
HARRISBURG, PA 17110

RONNIE TILGHMAN
2134 NORTH 5TH STREET, #N4
HARRISBURG, PA 17110

SHARON CAM
516 MACLAY STREET
HARRISBURG, PA 17110

STAPLES BUSINESS ADVANTAGE
P.O. BOX 70242
PHILADELPHIA, PA 19176-0242

ROSADO LAWN CARE CO.
2307 GREEN STREET
HARRISBURG, PA 17110

SHERWIN WILLIAMS COMPANY
P.O. BOX 277499
ATLANTA, GA 30384-7499

STAPLES PROMOTIONAL PRODUC
BIN 150003
P.O. BOX 88003
MILWAUKEE, WI 53288-8003

ROSALIA T. MERCADO-MARTINEZ
501 MACLAY STREET, #20
HARRISBURG, PA 17110

SHIRLEEN RODRIGUEZ MERCADO
2009 WOOD STREET
HARRISBURG, PA 17110

STEPHANIE CERDA
2123 MOORE STREET
HARRISBURG, PA 17110

ROSANNE ANDERSON
501-36 MACLAY STREET
HARRISBURG, PA 17110

SHIRLEY FOLKES
501-20 MACLAY STREET
HARRISBURG, PA 17110

STEPHANIE POSEY
2122 NORTH 5TH STREET, #N4
HARRISBURG, PA 17110

SAFETY FACILITY SERVICES
5 W 37TH STREET, ROOM 803
NEW YORK, NY 10018-5383

SHIRLEY MCGRAW
501-15 MACLAY STREET
HARRISBURG, PA 17110

STEPHEN SCHUBACK LLC
288 GEORGETOWN DRIVE
PAWLEYS ISLAND, SC 29585

SANDRA MONTES
501-17 MACLAY STREET
HARRISBURG, PA 17110

SHULLS TREE SERVICES INC.
2688 E HARRISBURG PIKE
MIDDLETOWN, PA 17057-3944

SUHEILY RODRIQUEZ
2014 NORTH 5TH STREET
HARRISBURG, PA 17110

TAMARA WHITLEY
2116 NORTH 5TH STREET, #N4
HARRISBURG, PA 17110

TINA COBLE
405 WOODBINE STREET
HARRISBURG, PA 17110

WWEX FRANCHISE HOLDINGS LL
2323 VICTORY AVENUE, SUITE 16
DALLAS, TX 75219

TANEISHA BALLARD
2010 NORTH 5TH STREET
HARRISBURG, PA 17110

TOSHIA FLEMING
2019 WOOD STREET
HARRISBURG, PA 17110

ZULEYKA RUIZ-PEREZ
501-29 MACLAY STREET
HARRISBURG, PA 17110

TARA ROLAND
521 WOODBINE STREET
HARRISBURG, PA 17110

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 277
BEN FRANKLIN STATION
WASHINGTON, DC 20044

ZULMA MARCH-VAZQUEZ
530 FORREST STREET
HARRISBURG, PA 17110

TERRA SEARCY
501-50 MACLAY STREET
HARRISBURG, PA 17110

UGI GAS SERVICE
P.O. BOX 15523
WILMINGTON, DE 19886-5523

THE HOME DEPOT PRO
P.O. BOX 404284
ATLANTA, GA 30384-4284

UNIFIRST CORPORATION
P.O. BOX 650481
DALLAS, TX 75265-0481

THERESA RAMOS
1944 NORTH 5TH STREET
HARRISBURG, PA 17110

US HOUSING CONSULTANTS LLC
DEPT. 1970
P.O. BOX 986500
BOSTON, MA 02298-6500

THOMAS KROLL
20 FORT SUMPTER ROAD, APT F1
PENNSVILLE, NJ 08070-2627

VANDRETISS BLACK
2012 NORTH 5TH STREET
HARRISBURG, PA 17110

TIARRA JOHNSON
529 WOODBINE STREET
HARRISBURG, PA 17110

VICKIE JACKSON
546 WOODBINE STREET #1
HARRISBURG, PA 17110

TIAUNNA BANKS
501-48 MACLAY STREET
HARRISBURG, PA 17110

WIL'LWIN WALLACE CHOCHOLA
US DEPT OF HOUSING & URBAN DEVELOP
307 W SEVENTH STREET, SUITE 1000
FORT WORTH, TX 76102

TILLETT INC.
245 N LINCOLN STREET
PALMYRA, PA 17078

WINN MANAGED PROPERTIES LLC
ONE WASHINGTON MALL
SUITE 500
BOSTON, MA 02108