UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

UPTOWN PARTNERS, LP

Chapter 7

Bankruptcy No.: 1:23-bk-00988

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter my appearance as counsel on behalf of Monique Bryant in the above-

referenced matter and serve all notices, motions, and other papers to:

Marielle Macher, Esq.
Community Justice Project
118 Locust Street
Harrisburg, PA 17101
Telephone: 717-236-9486 ext. 214
Fax: 717-233-4088
mmacher@cjplaw.org

Date:  May 17, 2023

/s/ Marielle Macher
MARIELLE MACHER
COMMUNITY JUSTICE PROJECT
Pa. ID # 318142
118 Locust Street
Harrisburg, PA 17101
Phone: (717) 236-9486, ext. 214
mmacher@cjplaw.org