IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Uptown Partners, LP | : | Bankruptcy No. 1:23−bk−00988−HWV |
| aka Governor's Square Apartments, | : | |
| dba Residences at Governor's Square, | : | |
| | : | |
| Debtor(s) | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Jenna A. Ratica, Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other

DATE: May 25, 2023

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Tel: (717) 787-8106
Fax: (717) 772-4526
E-mail: jratica@attorneygeneral.gov

BY: */s/ Jenna A. Ratica*
JENNA A. RATICA
Deputy Attorney General
PA Attorney No. 326424

MELISSA VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Uptown Partners, LP | : | Bankruptcy No. 1:23−bk−00988−HWV |
| aka Governor's Square Apartments, | : | |
| dba Residences at Governor's Square, | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Jenna A. Ratica, hereby certify that Entry of Appearance and Request for Notice has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: May 25, 2023

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Tel: (717) 787-8106
Fax: (717) 772-4526
E-mail: jratica@attorneygeneral.gov

BY: */s/ Jenna A. Ratica*
JENNA A. RATICA
Deputy Attorney General
PA Attorney No. 326424

MELISSA VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section