UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                )   Case No. 1:23-bk-00988-HWV
                                      )
                                      )   Chapter 7
Uptown Partners, LP                   )
            Debtor.                   )   Judge Henry W. Van Eck
                                      )
                                      )
                                      )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorneys enter their appearances as counsel for Landex Management ("Creditor") in the above-referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                    **SAXTON & STUMP**

Date: May 30, 2023                       By: */s/ Barry A. Solodky*
                                                        Barry A. Solodky, Esquire
                                                        Attorney I.D. No. 19529
                                                        Anthony J. Foschi, Esquire
                                                        Attorney I.D. No. 55895
                                                        280 Granite Run Drive, Suite 300
                                                        Lancaster, PA 17601
                                                        Telephone:   (717) 556-1000
                                                        Facsimile:    (717) 441-3810
                                                        Email:         bso@saxtonstump.com
                                                                              ajf@saxtonstump.com

                                                *Attorneys for Creditor, Landex Management*

# CERTIFICATE OF SERVICE

      I, Barry A. Solodky, Esquire, of Saxton & Stump, hereby certify that a true and correct copy of *Notice of Appearance and Request for Notices*, upon the counsel of record via the CM/ECF system.

Date: May 30, 2023                    */s/ Barry A. Solodky*
                                                   Barry A. Solodky, Esquire