UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 1:23-bk-00988-HWV |
| | ) | |
| Uptown Partners, LP | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Henry W. Van Eck |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorneys enter their appearances as counsel for Landex Management ("Creditor") in the above-referenced case. Please send all notices issued in this case to the undersigned at the address below.

**SAXTON & STUMP**

Date: May 30, 2023

By: */s/ Barry A. Solodky*
Barry A. Solodky, Esquire
Attorney I.D. No. 19529
Anthony J. Foschi, Esquire
Attorney I.D. No. 55895
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: (717) 556-1000
Facsimile: (717) 441-3810
Email: bso@saxtonstump.com
ajf@saxtonstump.com

*Attorneys for Creditor, Landex Management*

# CERTIFICATE OF SERVICE

I, Barry A. Solodky, Esquire, of Saxton & Stump, hereby certify that a true and correct copy of *Notice of Appearance and Request for Notices*, upon the counsel of record via the CM/ECF system.

Date: May 30, 2023

*/s/ Barry A. Solodky*
Barry A. Solodky, Esquire