IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| UPTOWN PARTNERS, LP | : | Case No. 1:23-bk-00988-HWV |
|           DEBTOR | : | |
| | : | |
| | : | |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPTS OF NOTICES
AND INCLUSION OF NOTICE LISTS AND MAILING MATRICES**

To the Clerk of the Bankruptcy Court, the Debtors, All Trustees, All Creditors, and All Other Parties in Interest:

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 4001, 9001 and 9010 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2002-2 and 9010-2, the undersigned hereby appears in the above-captioned chapter 7 case on behalf of City of Harrisburg ("Harrisburg City"), and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtors are to be served upon:

Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 260-1678
cdavidson@mcneeslaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as a consent to the jurisdiction of the Bankruptcy Court over Harrisburg City in any matter, including, but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* reviewed by a judged of the District Court, (ii) the right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Harrisburg City is or may be entitled to under any agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which Harrisburg City hereby expressly reserves.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

Date: June 1, 2023

By: /s/Clayton W. Davidson
Clayton W. Davidson, Esquire
Attorney I.D. 79139
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 260-1678
cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

                                       McNEES WALLACE & NURICK LLC

Date: June 1, 2023                 By: /s/Clayton W. Davidson
                                               Clayton W. Davidson, Esquire
                                               Attorney I.D. 79139
                                               100 Pine Street
                                               P.O. Box 1166
                                               Harrisburg, PA 17108-1166
                                               Phone: (717) 232-8000
                                               Fax: (717) 260-1678
                                               cdavidson@mcneeslaw.com

                                     *Attorneys for City of Harrisburg*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Entry of Appearance and Request For Service was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Pennsylvania using the CM/ECF system with electronic notice upon all attorneys of record.

                                              McNEES WALLACE & NURICK LLC

Date: June 1, 2023                     By: /s/Clayton W. Davidson
                                                   Clayton W. Davidson, Esquire
                                                   Attorney I.D. 79139
                                                 100 Pine Street
                                                 P.O. Box 1166
                                                 Harrisburg, PA 17108-1166
                                                 Phone: (717) 232-8000
                                                 Fax: (717) 260-1678
                                                 cdavidson@mcneeslaw.com

                                          *Attorneys for City of Harrisburg*