## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 1:23-bk-00988-HWV |
| UPTOWN PARTNERS, LP, | : | |
| Debtor | : | Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST
### FOR ALL NOTICES, DOCUMENTS AND PAPERS

TO:    Clerk, United States Bankruptcy Court

    PLEASE NOTE that we represent Home for the Friendless d/b/a Homeland Center ("Homeland Center"), a party in interest in this case within the intent of the United States Bankruptcy Code. Pursuant to Bankruptcy Rule 2002(g) and 2002(i), we request that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon us at the office, address and telephone number set forth below, and that we be added to the service and distribution lists maintained in this proceeding:

Bradford Dorrance, Esquire
KEEFER WOOD ALLEN & RAHAL, LLP
417 Walnut Street, 3rd Floor
P.O. Box 11963
Harrisburg, PA 17108-1963
Phone: 717-255-8014
Fax: 717-255-8042
Email: bdorrance@keeferwood.com

    It is further requested that, in furtherance of the right of Homeland Center to be heard, we be served with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of Homeland Center.

                                                           Respectfully submitted,

                                                           KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 11/06/2023                                      By    s/ Bradford Dorrance
                                                                     Bradford Dorrance
                                                                     417 Walnut Street, 3rd Floor
                                                                     P. O. Box 11963
                                                                     Harrisburg, PA 17108-1963
                                                                     Direct: 717-255-8014
                                                                     Fax: 727-255-8042
                                                                     bdorrance@keeferwood.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the persons and in the manner indicated below:

**VIA ECF**

Robert E. Chernicoff, Esquire
Cunningham, Chernicoff & Warshawsky, P.C.
2320 North Second Street
Harrisburg, PA   17110
rec@cclawpc.com

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA   17101
karagendron@gmail.com

Gregory Benjamin Schiller
U.S. Department of Justice
Office of the U.S. Trustee
228 Walnut Street, Room 1190
Harrisburg, PA   17101
Gregory.B.Schiller@usdoj.gov


Dated:   11/06/2023                                    s/ Bradford Dorrance
                                                       Bradford Dorrance