IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| UPTOWN PARTNERS, LP | : Case No. 1:23-bk-00988-HWV |
| DEBTOR | : |

**ORDER GRANTING THE CITY OF HARRISBURG AND THE HARRISBURG REDEVELOPMENT AUTHORITY'S JOINT OBJECTION TO THE DEBTOR'S MOTION TO SET SALE PROCEDURES AND TO APPROVE THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

UPON CONSIDERATION of the City of Harrisburg and the Harrisburg Redevelopment Authority's Joing Objection to the Debtor's motion to set sale procedures and to approve the sale of real property free and clear of liens said objection is GRANTED.

_____