| Robert E. Chernicoff | **CUNNINGHAM, CHERNICOFF** | Jordan D. Cunningham |
| Bruce J. Warshawsky | **& WARSHAWSKY, P.C.** | (1951-2022) |
| David B. Dowling | ATTORNEYS AT LAW | |
| James K. Jones | P.O. BOX 60457 | IRS No. 23-2274135 |
| Amanda M. Slezak | HARRISBURG, PA 17106-0457 | |
| | | Street Address: |
| | TELEPHONE: (717) 238-6570 | 2320 North Second Street |
| | FAX: (717) 238-4809 | Harrisburg, PA 17110 |
| | | Sender's Email: |
| | | rec@cclawpc.com |

November 8, 2023

**VIA ELECTRONIC FILING**
The Honorable Henry W. Van Eck
United States Bankruptcy Court
for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

      **RE:**    Uptown Partners, LP d/b/a Governor's Square
             Case Nos. 23-00988
             Motion to Approve Sale Procedures Revised Order
             Our File No. 910823

Dear Judge Van Eck:

      Enclosed is a revised order for the **Motion to Approve Sale Procedures and Set Final Hearing Date** for the hearing scheduled for November 9, 2023 at 9:30 a.m.. This revised order was prepared after discussions with the City of Harrisburg, Redevelopment Authority of the City of Harrisburg and the U.S. Department of Housing and Urban Development and each of those parties has consented to the form of the Order.

      We would request that the revised Order be entered, if so approved by the Court.

      Thank you.

                                          Sincerely yours,

                                          CUNNINGHAM, CHERNICOFF
                                          & WARSHAWSKY, P.C.

                                          */s/ Robert E. Chernicoff*

                                          Robert E. Chernicoff

REC/jjl
Enclosure
cc:    Peter Siegel
        Gregory B. Schiller, Esquire
        Clayton W. Davidson, Esquire
        Neil Grover, Esquire
        Jenna A. Ratica, Esquire
        Marielle Macher, Esquire