1-23-00988

17 Nov 2023

To whom it may concern, I Brenda Trinidad Sanchez am contacting you because I am currently living in an apartment in the facilities of Governors Square apartments and the reason I am telling you is because on Nov 28th I moved from Apt 21 to 420 Wiconisco St Apt 2, Harrisburg, PA 17110 and when I contacted Governors Square they cannot give me the $775 deposit that the Dec 1, 2022 because they are bankrupt. They told me to contact you. Please, upon receiving this letter, I await news.
Thank you

att Brenda E Trinidad Sanchez