UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| UPTOWN PARTNERS, LP, | : | CASE NO.: 1:23-bk-00988-HWV |
| | : | |
| DEBTOR-IN-POSSESSION | : | |

**STATEMENT THAT AN OFFICIAL COMMITTEE OF
<u>UNSECURED CREDITORS HAS NOT BEEN APPOINTED</u>**

TO: THE CLERK OF THE BANKRUPTCY COURT

As of the date of this Statement, an official committee of unsecured creditors has not been appointed by the United States Trustee in the above-captioned case for the following reason(s):

(   ) Debtor's list of twenty largest unsecured creditors reflects less than three unsecured creditors (excluding tort claimants, insiders and governmental agencies).

( X ) Insufficient response to the United States Trustee's solicitation for service on the committee.

(   ) No unsecured creditor interest to serve.

(   ) Non-operating debtor-in-possession — No creditor interest.

(   ) Application to convert to Chapter 7 or to dismiss pending.

(   ) Converted or dismissed.

        Respectfully submitted,

        ANDREW R. VARA

        UNITED STATES TRUSTEE
        REGIONS 3 AND 9

        D. Troy Sellars, Esq.
        Assistant United States Trustee

By: <u>/s/ Gregory B. Schiller</u>
       Gregory B. Schiller, Esq.
       Trial Attorney
       United States Department of Justice

Office of the United States Trustee
Middle District of Pennsylvania
The Sylvia H. Rambo US Courthouse
1501 North 6th Street
Box 302
Harrisburg, PA 17102
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov

Dated: November 30, 2023