IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|    UPTOWN PARTNERS, LP | : | |
| | : | Chapter 7 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

     I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on January 17, 2024, a true and correct copy of the attached **MOTION TO APPROVE AUCTION PURCHASER OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS** was served via electronic means through the Court's ECF filing system and/or by first- class mail, postage prepaid, unless otherwise noted, as follows:

Office of the United States Trustee
1501 North 6th Street
Harrisburg, PA 17102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Assistant U.S. Attorney
P. O. Box 11754
Harrisburg, PA 17108-1754

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Building
651 Boas Street
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

United States Attorney
1501 North 6th Street
Harrisburg, PA 17102

Barry A. Solodky, Esquire
Anthony J. Foschi, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601

Redevelopment Authority
of the City of Harrisburg
10 North Second Street, Unit 405
Harrisburg, PA 17105

Suzanne Conaboy Scanlon
Assistant United States Attorney
Middle District of Pennsylvania
235 N. Washington Ave.
PO Box 309
Scranton, PA 18501

Lauren A. Michaels, Esquire
Commonwealth of Pennsylvania
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

M Arielle M Acher, Esquire
Community Justice Project
118 Locust Street
Harrisburg, PA 17101

Marielle Macher, Esquire
Community Justice Project
118 Locust  Street
Harrisburg, PA  17101

Bradford Dorrance, Esquire
Keefer Wood Allen & Rahal, LLP
417 Walnut Street, 3rd Floor
P.O. Box 11963
Harrisburg, PA 17108-1963

Capital Region Water
3003 North Front Street
Harrisburg, PA  17110

City of Harrisburg
10 North Second Street
Harrisburg, PA  17101

Dauphin County Tax Claim Bureau
2 South Second Street, #1
Harrisburg, PA  17101

Harrisburg Area School District
1601 State Street
Harrisburg, PA  17103


 s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire