# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

UPTOWN PARTNERS, LP

**Debtor(s)**

**Plaintiff(s)/Movant(s)**
vs.

**Defendant(s)/Respondent(s)**

CHAPTER 11

CASE NO. 1-23-bk-00988

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Sale Motion;
Motion to Approve Purchaser

Document #: 79, 85; 106, 110

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

U.S. Housing and Urban Development requires additional time to review the documents submitted by the Successful Bidder and evaluate same. It is, therefore, requested that the hearing be continued until Thursday, February 29, 2024, at 11:00 a.m.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____    _____
                                Attorney for_____
                                Name: _____
                                Phone Number: _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.