# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: UPTOWN PARTNERS, LP

**Debtor(s)**

**Plaintiff(s)/Movant(s)**
vs.

**Defendant(s)/Respondent(s)**

CHAPTER: 11

CASE NO. 1-23-bk-00988

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: Motion to Reject Executory Contract

Document #: 144, 147

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties desire to have this matter heard in conjunction with the hearing to approve the final Sale on July 9, 2024 at 11:00 a.m.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 05/30/2024

s/ Robert E. Chernicoff

Attorney for Debtor

Name: Robert E. Chernicoff

Phone Number: 717 238 6570

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.