# Notice Recipients

District/Off: 0314–1   User: AutoDocketer   Date Created: 7/8/2024
Case: 1:23–bk–00988–HWV   Form ID: pdf010   Total: 17

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Barry A. Solodky | bso@saxtonstump.com |
| aty | Bradford Dorrance | bdorrance@keeferwood.com |
| aty | Clayton W Davidson | cdavidson@mwn.com |
| aty | Lauren A. Michaels | lmichaels@attorneygeneral.gov |
| aty | Marielle Macher | mmacher@cjplaw.org |
| aty | Robert E Chernicoff | rec@cclawpc.com |
| aty | Suzanne P. Conaboy | Suzanne.Scanlon@usdoj.gov |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg   Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101–7346
      Office of Attorney General   Financial Enforcement Section   Strawberry Square, 15th Floor   Fourth & Walnut Streets   Harrisburg, PA 17120
      Assistant U.S. Attorney   P. O. Box 11754   Harrisburg, PA 17108–1754
      Securities Exchange Commission   100 Pearl Street, Suite 20–100   New York, NY 10004–2616
      PA Department of Revenue   Bureau of Compliance   Bankruptcy Division   P.O. Box 280946   Harrisburg, PA 17128–0946
      Bureau of Employer Tax Operations   Labor & Industry Building   651 Boas Street   Harrisburg, PA 17106–8568
      U.S. Department of Justice   P.O. Box 227   Ben Franklin Station   Washington, DC 20044
      United States Attorney   1501 North 6th Street   Harrisburg, PA 17102
      Jenna A. Ratica   Comm of PA Office of AG   1251 Waterfront Place   Mezzanine Level PA   Pittsburgh, PA 15222

TOTAL: 9