UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:23-bk-00988-HWV
    UPTOWN PARTNERS, LP :
    Debtor : Chapter 11

**ORDER**

Upon consideration of the Debtor's Motion for 2004 Examination and the record, as a whole, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. A representative from the City of Harrisburg is directed to appear, along with counsel, on August 8, 2024, at 1:30 p.m., for a 2004 Examination; and

3. The City of Harrisburg must produce the documents requested by the Debtor/Movant.