UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:23-bk-00988-HWV
    UPTOWN PARTNERS, LP :
        Debtor : Chapter 11

I, Jacob Laughman, a paralegal with the law firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on July 22, 2024, a true and correct copy of the foregoing Motion for Order Authorizing Examination of a Representative for the City of Harrisburg and Directing the Production of Documents Pursuant to Bankruptcy Rule 2004 was served by electronic means and/or first-class mail, postage prepaid on the following:

Landex Management
Barry A. Solodky, Esquire
280 Granite Run Drive, Suite 300
Lancaster, PA 17601

City of Harrisburg
Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166

City of Harrisburg
Neil Grover, Esquire
City of Harrisburg
Martin Luther King, Jr. City Government Center
10 North Second Street, Suite 402
Harrisburg, PA 17101

Peter Siegel
Landex Development
4030 Rhode Island Avenue
Brentwood, MD 20722

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 North 6th Street, Box 302
Harrisburg, PA 17102

CUNNINGHAM, CHERNICOFF &
WARSHAWSKY, P.C.

By: /s/ Jacob Laughman
Jacob Laughman, Paralegal