# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Uptown Partners, LP
aka Governor's Square Apartments, dba Residences at Governor's Square

**Debtor 1**

Chapter: 11

Case number: 1:23–bk–00988–HWV

Document Number: 163, 164

Matter: Debtor's Motion for 2004 Examination and Creditor's Objection thereto

Uptown Partners, LP
**Movant(s)**

vs.

The City of Harrisburg
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 2, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 8/20/24** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901–2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristopherGambini, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: August 5, 2024

nthrgreq(02/19)