# Notice Recipients

District/Off: 0314–1　　　User: AutoDocketer　　　Date Created: 8/5/2024
Case: 1:23–bk–00988–HWV　　　Form ID: nthrgreq　　　Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
aty　　Clayton W Davidson　　cdavidson@mwn.com
aty　　Gregory Benjamin Schiller　　Gregory.B.Schiller@usdoj.gov
aty　　Robert E Chernicoff　　rec@cclawpc.com

TOTAL: 4