LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: UPTOWN PARTNERS, LP

Debtor(s)

Plaintiff(s)/Movant(s)
vs.

Defendant(s)/Respondent(s)

CHAPTER 11

CASE NO. 1-23-bk-00988

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: MOTION FOR ORDER PURSUANT TO RULE 2004

Document #: 163

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties desire to reschedule date for matter to be heard to August 27, 2024 at 9:30 a.m. due to scheduling conflicts.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 12, 2024

/s/ Clayton W. Davidson

Attorney for City of Harrisburg

Name: Clayton W. Davidson

Phone Number: 717-232-8000

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.