# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Uptown Partners, LP
aka Governor's Square Apartments, dba Residences at Governor's Square

**Debtor 1**

Chapter: 11

Case number: 1:23−bk−00988−HWV

Document Number: 166

Matter: Debtor's Motion to Employ Special Counsel and Allow Administrative Claim

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 2, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 8/27/24<br>Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristopherGambini, Deputy Clerk

Date: August 13, 2024

nthrgreq(02/19)