# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 8/13/2024
Case: 1:23−bk−00988-HWV  Form ID: nthrgreq  Total: 2

**Recipients of Notice of Electronic Filing:**
aty  Gregory Benjamin Schiller  Gregory.B.Schiller@usdoj.gov
aty  Robert E Chernicoff  rec@cclawpc.com

TOTAL: 2