IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| UPTOWN PARTNERS, LP | : Case No. 1:23-bk-00988-HWV |
|     DEBTOR | : |

## ORDER GRANTING THE CITY OF HARRISBURG'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

UPON CONSIDERATION of the Motion to Dismiss Debtor's Chapter 11 Bankruptcy Case by the City of Harrisburg (the "City" or "Movant"), it is hereby ORDERED AND DECREEED that the Motion is GRANTED and Debtor's Chapter 11 Bankruptcy Case is DISMISSED.

                                                    BY THE COURT:

                                                  _____