IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| UPTOWN PARTNERS, LP, | : | |
| DEBTOR, | : | CASE NO. 1:23-BK-00988-HWV |
| THE CITY OF HARRISBURG, | : | |
| MOVANT, | : | RELATED TO DOC. NO. 171 |
| v. | : | |
| NO RESPONDENT. | : | HEARING DATE AND TIME: SEPTEMBER 17, 2024 AT 9:30 AM |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE CITY OF HARRISBURG'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY CASE**

**TO THE RESPNDENT(S):**

You are hereby notified that the Movant seeks an order affecting your rights or property. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 30, 2024, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pamb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on September 17, 2024, at 9:30 AM before Judge Henry W. Van Eck at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA. In accordance with Judge Van Eck's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by

submitting a registration form via the link published on the Court's website (which can be found at https://www.pamb.uscourts.gov/node/add/remote-hearing-vaneck-multi) by no later than 5:00 p.m. on the business day prior to the schedule hearing.

All parties participating remotely shall comply with Judge Van Eck's Remote Appearance Guide (which can be found at

https://www.pamb.uscourts.gov/sites/default/files/Misc/video_hearing_guide_for_participants.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be schedule by the Court for a later date.

McNEES WALLACE & NURICK LLC

Date: August 19, 2024

By: /s/Clayton W. Davidson
Clayton W. Davidson
Attorney I.D. 79139
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 260-1678
cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was electronically filed with the Clerk of Court of the United States Bankruptcy Court for the Middle District of Pennsylvania using the CM/ECF system with electronic notice upon all attorneys of record.

McNEES WALLACE & NURICK LLC

Date:  August 19, 2024    By:  /s/Clayton W. Davidson
              Clayton W. Davidson
              Attorney I.D. 79139
              100 Pine Street
              P.O. Box 1166
              Harrisburg, PA  17108-1166
              Phone: (717) 232-8000
              Fax: (717) 260-1678
              cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*