IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| UPTOWN PARTNERS, LP, | : | |
| DEBTOR, | : | CASE NO. 1:23-BK-00988-HWV |
| THE CITY OF HARRISBURG, | : | |
| MOVANT, | : | RELATED TO DOC. NOS. 171 AND 173 |
| v. | : | |
| NO RESPONDENT. | : | HEARING DATE AND TIME: SEPTEMBER 17, 2024 AT 9:30 AM |

## AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE CITY OF HARRISBURG'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

**TO THE RESPONDENT(S):**

You are hereby notified that the Movant seeks an order affecting your rights or property. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 10, 2024, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pamb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on September 17, 2024, at 9:30 AM before Judge Henry W. Van Eck at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA. In accordance with Judge Van Eck's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by

submitting a registration form via the link published on the Court's website (which can be found at https://www.pamb.uscourts.gov/node/add/remote-hearing-vaneck-multi) by no later than 5:00 p.m. on the business day prior to the schedule hearing.

All parties participating remotely shall comply with Judge Van Eck's Remote Appearance Guide (which can be found at

https://www.pamb.uscourts.gov/sites/default/files/Misc/video_hearing_guide_for_participants.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

                              McNEES WALLACE & NURICK LLC

Date: August 20, 2024          By: /s/Clayton W. Davidson
                                          Clayton W. Davidson
                                          Attorney I.D. 79139
                                          100 Pine Street
                                          P.O. Box 1166
                                          Harrisburg, PA 17108-1166
                                          Phone: (717) 232-8000
                                          Fax: (717) 260-1678
                                          cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*