**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was electronically filed with the Clerk of Court of the United States Bankruptcy Court for the Middle District of Pennsylvania using the CM/ECF system with notice by first class mail upon all creditors of record:

| | | |
|---|---|---|
| | City of Harrisburg<br>MLK Jr. City Government Building<br>10 N 2nd Street<br>Harrisburg, PA 17101-1677 | Commonwealth of Pennsylvania, Office of Atto<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Homeland Center<br>1901 N. Fifth Street<br>Harrisburg, PA 17102-1598 | Landex Management<br>c/o Barry A. Solodky, Esquire<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA 17601-6814 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Uptown Partners, LP<br>4030 Rhode Island Avenue<br>Brentwood, MD 20722-1492 | Woda Cooper Companies, Inc.<br>Ice Miller LLP<br>Attn: John C. Cannizzaro<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| ADT Security Services, Inc.<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7956 | Aleisha Everson<br>523 Woodbine Street<br>Harrisburg, PA 17110-2351 | Alicia Jemmott<br>501-31 Maclay Street<br>Harrisburg, PA 17110-2395 |
| All American Service Company Inc.<br>P.O. Box 6626<br>Harrisburg, PA 17112-0626 | Amanda Franklin<br>2000-B North 5th Street<br>Harrisburg, PA 17102-1511 | Ana Cortinas Silverio<br>2140 North 5th Street, #N4<br>Harrisburg, PA 17110-2342 |
| Angel Ocasio<br>Statt Law, P.L.L.C.<br>915 North Mountain Road, Ste. D<br>Harrisburg, PA 17112-1793 | Anita Hall<br>501-7 Maclay Street<br>Harrisburg, PA 17110-2392 | Antwan Dorm<br>501-30 Maclay Street<br>Harrisburg, PA 17110-2356 |
| Aqueena Davis<br>538 Maclay Street<br>Harrisburg, PA 17110-2332 | Arianna McConnell<br>535-A Woodbine Street<br>Harrisburg, PA 17110-2351 | Arielle Moore<br>544 Maclay Street<br>Harrisburg, PA 17110-2332 |
| Assistant United States Attorney<br>1501 North 6th Street<br>Harrisburg, PA 17102-1104 | Barbara Brice<br>535-B Woodbine Street<br>Harrisburg, PA 17110-2351 | BeMore Staffing LLC<br>6710-F Ritchie Highway, Suite 446<br>Glen Burnie, MD 21061-2319 |
| Betty Burnette<br>2000-A North 5th Street<br>Harrisburg, PA 17102-1511 | Bobby Glover<br>501-35 Maclay Street<br>Harrisburg, PA 17110-2395 | Brandon Ballard<br>501 Maclay Streeet, #34<br>Harrisburg, PA 17110-2395 |
| Brenda Trindad Sanchez<br>501 Maclay Street Apt 21<br>Harrisburg, PA 17110-2394 | Brett ARcher<br>2128 North 5th Street, N3<br>Harrisburg, PA 17110-2333 | Brian McCullough<br>2040-B North 5th Street<br>Harrisburg, PA 17102-1555 |

| | | |
|---|---|---|
| Brianna Chambers<br>2140 North 5th Street, #N2<br>Harrisburg, PA 17110-2342 | Bridgette Black<br>2128 North 5th Street, #N5<br>Harrisburg, PA 17110-2333 | Bureau of Employer Tax Operations<br>Labor & Industry Building<br>651 Boas Street, Room 702<br>Harrisburg, PA 17106 |
| Calandra Black<br>1938 North 5th Street<br>Harrisburg, PA 17102-1509 | (p)CAPITAL REGION WATER<br>ATTN AR MANAGER<br>3003 N FRONT STREET<br>HARRISBURG PA 17110-1224 | Capital Region Water<br>PO Box 826429<br>Philadelphia, PA 19182-6429 |
| Capitol Insurance Restorations<br>801 Mallet Hill lane<br>Millersville, MD 21108-2163 | Capitol Insurance Restorations Commercial Di<br>801 Mallet Hill Ln.<br>Millersville, MD 21108-2163 | Carmen Mendez<br>2118 Moore Street<br>Harrisburg, PA 17110-2334 |
| Celibeth Figueroa<br>501-33 Maclay Street<br>Harrisburg, PA 17110-2395 | Chanel Burgess<br>512 Maclay Street<br>Harrisburg, PA 17110-2330 | Christina Randall<br>2005 Wood Street<br>Harrisburg, PA 17102-1528 |
| Christine St Fleur<br>2145 1/2 North 5th Street<br>Harrisburg, PA 17110-2366 | Cintas Corporation No 2<br>4310 Metro Parkway, Suite 300<br>Fort Myers, FL 33916-9417 | City of Harrisburg<br>10 N 2nd Street<br>Harrisburg, PA 17101-1677 |
| City of Harrisburg<br>MLK Jr. City Government Center<br>10 N 2nd Street<br>Harrisburg, PA 17101-1677 | City of Harrisburg, Tax & Enforcement Office<br>10 N. 2nd Street, Suite 305A<br>Harrisburg, PA 17101-1677 | City of Harrisburg, Treasurer<br>10 N 2nd Street<br>Harrisburg, PA 17101-1677 |
| Clara Hairston<br>2011 Wood Street<br>Harrisburg, PA 17102-1528 | Comcast<br>P.O. Box 70219<br>Southeastern, PA 19176-0219 | Commonwealth of Pennsylvania, OAG<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Community Justice Project<br>c/o Marielle Macher Esq<br>118 Locust Street<br>Harrisburg, PA 17101-1414 | Constance Kaylor<br>501-10 Maclay Street<br>Harrisburg, PA 17110-2354 | Core Communications LLC<br>P.O. Box 531<br>Suffield, CT 06078-0531 |
| Cornerstone Law Firm LLC<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510-9101 | Coy Thompson<br>501-14 Maclay Street<br>Harrisburg, PA 17110-2393 | Craig J. Fleischmann<br>PO BOX 798<br>3900 SKIPPACK PIKE - SUITE A8<br>Skippack, PA 19474-0798 |
| Damell Ervin<br>501-43 Maclay Street<br>Harrisburg, PA 17110-2357 | Danielle Jenkins<br>2114 Moore Street<br>Harrisburg, PA 17110-2334 | Dasinas Davis<br>501-4 Maclay Street<br>Harrisburg, PA 17110-2353 |

| | | |
|---|---|---|
| Deborah Davis<br>2003 Wood Street<br>Harrisburg, PA 17102-1528 | Deborah Taylor<br>501-6 Maclay Street<br>Harrisburg, PA 17110-2392 | Debra Taylor<br>501-3 Maclay Street<br>Philadelphia, PA 19110 |
| Delissa Stanley<br>501-1 Maclay Street<br>Harrisburg, PA 17110-2353 | Denisha Outen<br>501-32 Maclay Street<br>Harrisburg, PA 17110-2395 | Design + AE Inc.<br>2 Penn Center Blvd.<br>No. 201<br>Pittsburgh, PA 15276 |
| Direct Supplies Warehouse Inc.<br>100 Hancock Street<br>Lodi, NJ 07644-1913 | Dirty Dog Hauling LLC<br>1316 N 17th Street<br>Harrisburg, PA 17103-1248 | Dominique Bradley<br>2122 North 5th Street, #N1<br>Harrisburg, PA 17110-2340 |
| Doniesha Bell<br>563 Forrest Street<br>Harrisburg, PA 17110-2327 | Donyelle Brown<br>2153-B North 5th Street<br>Harrisburg, PA 17110-2366 | Edil Muniz Ayala<br>550 Forrest Street<br>Harrisburg, PA 17110-2326 |
| Elaina Green<br>2156 North 5th Street<br>Harrisburg, PA 17110-2307 | Eric Pickney<br>554 Woodbine Street, #2<br>Harrisburg, PA 17110-2390 | Erica Crosson<br>501-44 Maclay Street<br>Harrisburg, PA 17110-2357 |
| Erica Washington<br>531 Woodbine Street<br>Harrisburg, PA 17110-2351 | Erin Robinson<br>552 Forrest Street<br>Harrisburg, PA 17110-2326 | Esusu Financial Inc.<br>P.O. Box 23080<br>New York, NY 10087-3080 |
| Eugenia Purvis<br>2149 North 5th Street<br>Harrisburg, PA 17110-2366 | Evelyn Vigo<br>2136 Moore Street<br>Harrisburg, PA 17110-2334 | Fair Collections & Outsourcing, Inc<br>12304 Baltimore Avenue, #E<br>Beltsville, MD 20705-1314 |
| Faith Lowe<br>501-12 Maclay Street<br>Harrisburg, PA 17110-2354 | Gemandus Moffitt<br>501-47 Maclay Street<br>Harrisburg, PA 17110-2357 | GreenPages Technology Solutions<br>P.O. Box 844844<br>Boston, MA 02284-4844 |
| H.B. McClure<br>P.O. Box 1745<br>Harrisburg, PA 17105-1745 | HB Home Services<br>4660 Trindle Road<br>Camp Hill, PA 17011-5610 | HD Supply Facilities Maintenance Ltd<br>c/o Jill Hinman Supervisor<br>1511 East Common St<br>New Braunfels, TX 78130-3154 |
| Harlene Chisholm<br>501-53 Maclay Street<br>Harrisburg, PA 17110-2357 | Harold Reichert<br>501-25 Maclay Street<br>Harrisburg, PA 17110-2356 | Harriet Cam<br>508 Woodbine Street<br>Harrisburg, PA 17110-2350 |

Harrisburg Redevelopment Authority
10 N Second Street, Suite 405
Harrisburg, PA 17101-1677

Home Paramount Pest Control Co. Inc
P.O. Box 727
Forest Hill, MD 21050-0727

Home for the Friendless d/b/a Homeland Cente
1901 N. Fifth Street
Harrisburg, PA 17102-1510

Home for the Friendless d/b/a Homeland Cente
c/o Bradford Dorrance Esq
417 Walnut St 3rd Floor
PO Box 11963
Harrisburg, PA  17107-1963

Howard Davis
501-26 Maclay Street
Harrisburg, PA 17110-2356

Ieesha Artis
2153-A North 5th Street
Harrisburg, PA 17110-2366

Illustratus
8455 Lenexa Drive
Overland Park, KS 66214-1550

Infinity Painting
640 W Walnut Street
Lancaster, PA 17603-3335

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jada Fells
2122 North 5th Street, #N5
Harrisburg, PA 17110-2340

Jaimie Muriel
2125 Moore Street
Harrisburg, PA 17110-2335

James Etheridge
501-8 Maclay Street
Harrisburg, PA 17110-2392

James Lewis
501-28 Maclay Street
Harrisburg, PA 17110-2356

Jane Shumate
2116 North 5th Street, #N6
Harrisburg, PA 17110-2341

Jassmyn Melendez
2140 North 5th Street, #N5
Harrisburg, PA 17110-2342

Jayde Kessler
524 Forrest Street
Harrisburg, PA 17110-2326

Jazmine Burnett
501-46 Maclay Street
Harrisburg, PA 17110-2357

Jessica Walizer
2143 North 5th Street
Harrisburg, PA 17110-2366

Jilleslie McCoy
518 Maclay Street
Harrisburg, PA 17110-2330

Jimmesha Bowman
2147 North 5th Street
Harrisburg, PA 17110-2366

Jordanna Bradley
532 Forrest Street
Harrisburg, PA 17110-2326

Joseph Wright
536 Maclay Street
Harrisburg, PA 17110-2332

Judith Hurtt
530 Woodbine Street
Harrisburg, PA 17110-2350

Julissa Rosario Perez
2013 Wood Street
Harrisburg, PA 17102-1528

Karen Allen
501-49 Maclay Street
Harrisburg, PA 17110-2357

Kathryn Munson
1934 North 5th Street
Harrisburg, PA 17102-1509

Kenneth Adcox
540 Maclay Street
Harrisburg, PA 17110-2332

Kenneth Towles
501-27 Maclay Street
Harrisburg, PA 17110-2356

Kenya Pitts Jacobs
554 Woodbine Street, #4
Harrisburg, PA 17110-2390

Kevin Holmes
538 Woodbine Street
Harrisburg, PA 17110-2350

| | | |
|---|---|---|
| Keyuonva Middleton<br>501-13 Maclay Street<br>Harrisburg, PA 17110-2393 | Kiana Peterson<br>2015 Wiood Street<br>Harrisburg, PA 17102-1528 | Kimberly Jackson<br>501-51 Maclay Street<br>Harrisburg, PA 17110-2357 |
| Lakeisha Burnett<br>2133 Moore Street<br>Harrisburg, PA 17110-2335 | Landex Development LLC<br>4030 Rhode Island Avenue<br>Brentwood, MD 20722-1492 | Laron Majors, Sr.<br>2001 Wood Street<br>Harrisburg, PA 17102-1528 |
| Latoyia Evans<br>565 Forrest Street<br>Harrisburg, PA 17110-2327 | Laura Cottom<br>501-2 Maclay Street<br>Harrisburg, PA 17110-2353 | Lenora McWhite<br>2152 North 5th Street<br>Harrisburg, PA 17110-2307 |
| Leroy Charles, Jr.<br>2116 Moore Street<br>Harrisburg, PA 17110-2334 | Linda Manigault<br>548 Forrest Street<br>Harrisburg, PA 17110-2326 | Lisa Wilkins<br>501-9 Maclay Street<br>Harrisburg, PA 17110-2354 |
| Lisa Wright<br>501-16 Maclay Street<br>Harrisburg, PA 17110-2393 | Lorraine Brown<br>500 Woodbine Street<br>Harrisburg, PA 17110-2350 | Lydia Montalvo<br>501-11 Maclay Street<br>Harrisburg, PA 17110-2354 |
| Malaka Green<br>2116 North 5th Street, #N5<br>Harrisburg, PA 17110-2341 | Mariah Lockette<br>2110 Moore Street<br>Harrisburg, PA 17110-2334 | Marilyn Gregory<br>542 Maclay Street<br>Harrisburg, PA 17110-2332 |
| Maritza Gonzalez<br>2134 North 5th Street, #N6<br>Harrisburg, PA 17110-2343 | Mark Madden<br>501-34 Maclay Street<br>Harrisburg, PA 17110-2395 | Melissa Carrasco<br>2007 Wood Street<br>Harrisburg, PA 17102-1528 |
| Melissa Robinson<br>2116 North 5th Street #N1<br>Harrisburg, PA 17110-2341 | Mellon Certified Restoration<br>436 South Lansdowne Avenue<br>Yeadon, PA 19050-2493 | Mia Tate<br>2139 Moore Street<br>Harrisburg, PA 17110-2335 |
| Michelle Ford<br>554 Woodbine Street, #5<br>Harrisburg, PA 17110-2391 | Michelle Watlington<br>413 Woodbine Street<br>Harrisburg, PA 17110-2347 | Mid-Atlantic AHMA<br>909 Western Parkway<br>Richmond, VA 23229 |
| Monique Bryant<br>2040-A North 5th Street<br>Harrisburg, PA 17102-1555 | Nadine Tatum<br>524 Woodbine Street<br>Harrisburg, PA 17110-2350 | Naiym Craighead<br>510 Maclay Street<br>Harrisburg, PA 17110-2330 |

| | | |
|---|---|---|
| Natasha Yarde<br>2128 North 5th Street, #N6<br>Harrisburg, PA 17110-2333 | Natisha Tisinger<br>409 Woodbine Street<br>Harrisburg, PA 17110-2347 | New Horizon Communications<br>P.O. Box 981073<br>Boston, MA 02298-1073 |
| Niasia Pinckney<br>514 Maclay Street<br>Harrisburg, PA 17110-2330 | Niyesha Giles<br>532 Maclay Street<br>Harrisburg, PA 17110-2332 | Noemis Dejesus<br>546 Woodbine Street, #4<br>Harrisburg, PA 17110-2388 |
| (p)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | Office of the United States Trustee<br>1501 North 6th Street<br>Harrisburg, PA 17102-1104 | Olga Veles<br>522 Woodbine Street<br>Harrisburg, PA 17110-2350 |
| PA Department of Revenue<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PPL Electric Utilities<br>P.O. Box 25222<br>Lehigh Valley, PA 18002-5222 | Pamela King<br>2108 B Moore Street<br>Harrisburg, PA 17110-2334 |
| Patrice Curry<br>1936 North 5th Street<br>Harrisburg, PA 17102-1509 | Penn/DEl AHMA<br>535 Rt 38 E<br>Suite 123 L<br>Cherry Hill, NJ 08002-2971 | Pennsylvania Apartment Association<br>One Bala Plaza, Suite 515<br>Bala Cynwyd, PA 19004-1418 |
| Precious Payton<br>2131 Moore Street<br>Harrisburg, PA 17110-2335 | RCC Guar SLP II LP Series A<br>1225 17th Street<br>Suite 1400<br>Denver, CO 80202-5506 | RL Snyder Electric Inc.<br>4015 Jonestown Road<br>Harrisburg, PA 17109-2212 |
| Ramon Felix<br>501-18 Maclay Street<br>Harrisburg, PA 17110-2355 | Redevelopment Authority of the City of Harri<br>10 N Second Street, Suite 405<br>Harrisburg, PA 17101-1677 | Rentokil Pest Control<br>P.O. Box 13848<br>Reading, PA 19612-3848 |
| RestoreCore Inc<br>650 Clark Avenue<br>King of Prussia, PA 19406-1455 | Ronald Ushery<br>501-19 Maclay Street<br>Harrisburg, PA 17110-2355 | Ronnie Tilghman<br>2134 North 5th Street, #N4<br>Harrisburg, PA 17110-2343 |
| Rony Rosado<br>2307 Green St<br>Harrisburg, PA 17110-1035 | Rosado Lawn Care co.<br>2307 Green Street<br>Harrisburg, PA 17110-1035 | Rosalia T. Mercado-Martinez<br>501 Maclay Street, #20<br>Harrisburg, PA 17110-2355 |
| Rosanne Anderson<br>501-36 Maclay Street<br>Harrisburg, PA 17110-2395 | Safety Facility Services<br>5 W 37th Street, Room 803<br>New York, NY 10018-5383 | Sandra Montes<br>501-17 Maclay Street<br>Harrisburg, PA 17110-2355 |

| | | |
|---|---|---|
| Sandra Washington<br>2151 North 5th Street<br>Harrisburg, PA 17110-2366 | Securities & Exchange Commission<br>100 F Street NE<br>Washington, DC 20549-2001 | Shanice Balkcom<br>534 Maclay Street<br>Harrisburg, PA 17110-2332 |
| Sharae Badgett<br>527 Woodbine Street<br>Harrisburg, PA 17110-2351 | Sharon Cam<br>516 Maclay Street<br>Harrisburg, PA 17110-2330 | Sherwin Williams Company<br>P.O. Box 277499<br>Atlanta, GA 30384-7499 |
| Shirleen Rodriguez Meercado<br>2009 Wood Street<br>Harrisburg, PA 17102-1528 | Shirley Folkes<br>501-20 Maclay Street<br>Harrisburg, PA 17110-2355 | Shirley McGraw<br>501-15 Maclay Street<br>Harrisburg, PA 17110-2393 |
| Shulls Tree Services Inc.<br>2688 E Harrisburg Pike<br>Middletown, PA 17057-3944 | Shyaira Burnnett<br>522 Forrest Street<br>Harrisburg, PA 17110-2326 | Si Restoration Inc.<br>2312 Eskow Avenue<br>Halethorpe, MD 21227-4728 |
| Sohnotta Thomas<br>528 Forrest Street<br>Harrisburg, PA 17110-2326 | Solimar Sanchez<br>2130 Moore Street<br>Harrisburg, PA 17110-2334 | Staples Business Advantage<br>P.O. Box 70242<br>Philadelphia, PA 19176-0242 |
| Staples Promotional Products<br>Bin 150003<br>P.O. Box 88003<br>Milwaukee, WI 53288-8003 | Stephanie Cerda<br>2123 Moore Street<br>Harrisburg, PA 17110-2335 | Stephanie Posey<br>2122 North 5th Street, #N4<br>Harrisburg, PA 17110-2340 |
| Stephen Schuback LLC<br>288 Georgetown Drive<br>Pawleys Island, SC 29585-7868 | Steven Carr<br>119 E market st<br>York, PA 17401-1221 | Suheily Rodriquez<br>2014 North 5th Street<br>Harrisburg, PA 17102-1511 |
| Tamara Whitley<br>2116 North 5th Street, #N4<br>Harrisburg, PA 17110-2341 | Taneisha Ballard<br>2010 North 5th Street<br>Harrisburg, PA 17102-1511 | Tara Roland<br>521 Woodbine Street<br>Harrisburg, PA 17110-2351 |
| Terra Searcy<br>501-50 Maclay Street<br>Harrisburg, PA 17110-2357 | The Home Depot Pro<br>P.O. Box 404284<br>Atlanta, GA 30384-4284 | Theresa Ramos<br>1944 North 5th Street<br>Harrisburg, PA 17102-1509 |
| Thomas Kroll<br>20 Fort Sumpter Road, Apt F1<br>Pennsville, NJ 08070-2627 | Tiarra Johnson<br>529 Woodbine Street<br>Harrisburg, PA 17110-2351 | Tiaunna Banks<br>501-48 Maclay Street<br>Harrisburg, PA 17110-2357 |

| | | |
|---|---|---|
| Tillett Inc.<br>245 N Lincoln Street<br>Palmyra, PA 17078-1322 | Tina Coble<br>405 Woodbine Street<br>Harrisburg, PA 17110-2347 | Toshia Fleming<br>2019 Wood Street<br>Harrisburg, PA 17102-1528 |
| U.S. Department of Housing and Urban Develop<br>Suzanne Conaboy Scanlon - DOJ AUSA<br>235 N. Washington Ave. PO Box 309<br>Scranton, PA 18501-0309 | U.S. Department of Justice<br>P.O. Box 277<br>Ben Franklin Station<br>Washington, DC 20044-0277 | UGI Gas Service<br>P.O. Box 15523<br>Wilmington, DE 19886-5523 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | US Dept of Housing & Urban Development<br>c/o Suzanne P Conaboy Esq<br>PO Box 309<br>Scranton, PA 18501-0309 | US Housing Consultants LLC<br>Dept. 1970<br>P.O. Box 986500<br>Boston, MA 02298-6500 |
| Unifirst Corporation<br>P.O. Box 650481<br>Dallas, TX 75265-0481 | United States Department of Housing & Urban<br>Office of General Counsel, Region VI<br>307 W. 7th Street, Suite 1000<br>Fort Worth, Texas 76102-5108 | Vandretiss Black<br>2012 North 5th Street<br>Harrisburg, PA 17102-1511 |
| Vickie Jackson<br>546 Woodbine Street #1<br>Harrisburg, PA 17110-2388 | WWEX Franchise Holdings LLC<br>2323 Victory Avenue, Suite 1600<br>Dallas, TX 75219-7696 | Wil'Lwin Wallace Chochola<br>US Dept of Housing & Urban Develop<br>307 W Seventh Street, Suite 1000<br>Fort Worth, TX 76102-5108 |
| Winn Managed Properties LLC<br>One Washington Mall<br>Suite 500<br>Boston, MA 02108-2603 | Zuleyka Ruiz-Perez<br>501-29 Maclay Street<br>Harrisburg, PA 17110-2356 | Zulma March-Vazquez<br>530 Forrest Street<br>Harrisburg, PA 17110-2326 |
| Brenda Trinidad | Brenda E Trinidad Sanchez | Robert E Chernicoff<br>Cunningham and Chernicoff PC<br>2320 North Second Street<br>Harrisburg, PA 17110-1008 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital Region Water<br>3003 North Front Street<br>Harrisburg, PA 17110 | (d)Capital Region Water<br>Attn: AR Manager<br>3003 N Front Street<br>Harrisburg, PA 17110 | Office of Attorney General<br>Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120 |
| UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | | |

McNEES WALLACE & NURICK LLC

Date: August 20, 2024	By: /s/Clayton W. Davidson
Clayton W. Davidson
Attorney I.D. 79139
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 260-1678
cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*