IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| UPTOWN PARTNERS, LP, | : | |
| DEBTOR, | : | CASE NO. 1:23-BK-00988-HWV |
| THE CITY OF HARRISBURG, | : | |
| MOVANT, | : | RELATED TO DOC. NOS. 163 AND 171 |

## JOINT MOTION TO CONTINUE HEARINGS ON DEBTOR'S MOTION FOR A 2004 EXAM OF THE CITY OF HARRISBURG AND THE CITY OF HARRISBURG'S MOTION TO DISMISS DEBTOR'S CASE

Debtor and Movant, by and through their undersigned attorneys, hereby jointly move for continuance of the scheduled hearings in this matter, and in support thereof, state:

1. A hearing is scheduled for August 27, 2024 at 9:30 AM to adjudicate the Debtor's Motion for a 2004 Exam of the City of Harrisburg (the "2004 Exam").

2. The parties agree that testimony is necessary for the Court to adjudicate the 2004 Exam and the current hearing should be rescheduled for October 10, 2024 at 9:30 AM to allow sufficient time for testimony.

3. A hearing is scheduled for September 17, 2024 at 9:30 AM on the City of Harrisburg's Motin to Dismiss the Debtor's bankruptcy case (the "Motion to Dismiss")

4. The parties agree that testimony is necessary for the Court to adjudicate the Motion to Dismiss and the hearing should be rescheduled for October 24, 2024 at 9:30 AM to allow sufficient time for testimony.

5. Postponement of these hearings will not prejudice any party and is in the interest of justice and judicial economy.

WHEREFORE, for the reasons stated herein, the parties respectfully jointly request that this Joint Motion to Continue Hearings be GRANTED along with such other relief that is just and proper.

Respectfully submitted,

By: */s/Clayton W. Davidson*
Clayton W. Davidson
Attorney I.D. 79139
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
cdavidson@mcneeslaw.com
*Attorneys for City of Harrisburg*

By: */s/Robert E. Chernicoff*
Robert E. Chernicoff, Esquire
Attorney I.D. 23380
Cunningham, Chernicoff & Warshawsky, P.C.
2320 North Second Street
P.O. Box 60458
Harrisburg, PA 17106-0457
(717) 238-6570
rec@cclawpc.com
*Attorneys for Uptown Partners, LP*

Date: August 21, 2024