**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was electronically filed with the Clerk of Court of the United States Bankruptcy Court for the Middle District of Pennsylvania using the CM/ECF system with notice upon all parties of record.

McNEES WALLACE & NURICK LLC

Date: August 22, 2024      By: /s/Clayton W. Davidson
      Clayton W. Davidson
      Attorney I.D. 79139
      100 Pine Street
      P.O. Box 1166
      Harrisburg, PA 17108-1166
      Phone: (717) 232-8000
      Fax: (717) 260-1678
      cdavidson@mcneeslaw.com

*Attorneys for City of Harrisburg*