IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| UPTOWN PARTNERS, LP, | : | |
| DEBTOR, | : | CASE NO. 1:23-BK-00988-HWV |
| THE CITY OF HARRISBURG, | : | |
| MOVANT, | : | RELATED TO DOC. NOS. 163 AND 171 |

### **ORDER GRANTING THE JOINT MOTION TO CONTINUE HEARINGS**

UPON CONSIDERATION of the Joint Motion to Continue Hearings by the City of Harrisburg ("Movant") and Uptown Partners, LP ("Debtor") it is hereby:

ORDERED, that the Joint Motion to Continue Hearings is GRANTED; and it is further

ORDERED, that the hearing on Debtor's Motion for a 2004 Exam of the City of Harrisburg is rescheduled to October 10, 2024; and it is further

ORDERED, that the hearing on Movant's Motion to Dismiss is rescheduled for October 24, 2024.

BY THE COURT:

_____