IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| UPTOWN PARTNERS, LP, | : | |
| DEBTOR, | : | CASE NO. 1:23-bk-00988-HWV |
| THE CITY OF HARRISBURG, | : | |
| MOVANT. | : | RELATED TO DOC. NOS. 163 AND 171 |

### ORDER

Upon consideration of the Joint Motion to Continue Hearings filed by the City of Harrisburg ("Movant") and Uptown Partners, LP ("Debtor"), Doc. 176, it is

**ORDERED** that the Joint Motion to Continue Hearings is **GRANTED**. It is further

**ORDERED** that the hearing on Debtor's Motion for a 2004 Exam of the City of Harrisburg, Doc. 163, is rescheduled to October 10, 2024 at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. It is further

**ORDERED** that the hearing on Movant's Motion to Dismiss, Doc. 171, is rescheduled for October 24, 2024 at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 22, 2024