# Notice Recipients

District/Off: 0314–1        User: AutoDocketer        Date Created: 8/22/2024
Case: 1:23–bk–00988-HWV     Form ID: pdf010           Total: 4

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Clayton W Davidson | cdavidson@mwn.com |
| aty | Gregory Benjamin Schiller | Gregory.B.Schiller@usdoj.gov |
| aty | Robert E Chernicoff | rec@cclawpc.com |

TOTAL: 4