IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:23-bk-00988-HWV
    UPTOWN PARTNERS, LP d/b/a :
    Residences at Governor's Square, : Chapter 11
    a/k/a Governor's Square Apartments :
                                   Debtor :

### ORDER

    Upon consideration of the Application of Uptown Partners, LP, the above-named Debtor, for approval of its employment of Joel A. Ready, Esquire and Cornerstone Law Firm, as special counsel to represent it with respect to matters regarding criminal citations in the Dauphin County Court of Common Pleas, and related matters, and Allowance of Administrative Claim, Doc. 166, and it appearing that Joel A. Ready, Esquire and Cornerstone Law Firm are attorneys qualified to practice in the Dauphin County Court of Common Pleas, and the Court being satisfied that Joel A. Ready, Esquire and Cornerstone Law Firm represents no interest adverse to the Debtor, Debtor-in-Possession or to his estate, in the matters in which it is engaged, and it appearing that the employment of Joel A. Ready, Esquire and Cornerstone Law Firm, as Special Counsel is necessary and would be in the best interests of the estate, it is

    **ORDERED** that the employment by the Debtor of Joel A. Ready, Esquire and Cornerstone Law Firm, as Special Counsel to represent it concerning matters involving criminal citations in the Dauphin County Court of Common Pleas, and related matters, in the within proceeding under Chapter 11 of the Bankruptcy Code, is approved, on the matters set forth in the Application, subject to the provisions of 11 U.S.C. § 330 and Rule 2016 of the Rules of Bankruptcy Procedure regarding payments to counsel for services performed, and any and all fees due and owing to Joel A. Ready, Esquire and Cornerstone Law Firm, shall not be paid until any underlying fees are approved by the Court. It is further

    **ORDERED** that Joel A. Ready, Esquire and Cornerstone Law Firm shall be permitted to submit an Application for Allowance of Compensation for Professional Services and Reimbursement of Expenses for the period of May 3, 2023 to the date of this Order, for consideration by the Court as an Administrative Claim.

                                          By the Court,

                                          */s/ Henry W. Van Eck*
                                          Henry W. Van Eck, Chief Bankruptcy Judge
                                          Dated: August 27, 2024