# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 8/27/2024
Case: 1:23−bk−00988-HWV     Form ID: pdf010     Total: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Gregory Benjamin Schiller | Gregory.B.Schiller@usdoj.gov |
| aty | Robert E Chernicoff | rec@cclawpc.com |

TOTAL: 3