IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
| UPTOWN PARTNERS, LP | : | |
| | : | Chapter 11 |
| Debtor | : | |
| | : | |

**ORDER**

Upon consideration of the Answer of Uptown Partners, LP to the City of Harrisburg's Motion to Dismiss Debtor's Chapter 11 Bankruptcy Case, it is

**HEREBY ORDERED** that such Motion is DENIED.