IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|    UPTOWN PARTNERS, LP d/b/a | : | |
|    RESIDENCES AT GOVERNOR'S | : | Chapter 11 |
|    SQUARE, a/k/a GOVERNOR'S | : | |
|    SQUARE APARTMENTS | : | |
| | : | |
|             Debtor | : | |
| | | |
| UPTOWN PARTNERS, LP | : | |
|             Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| REDEVELOPMENT AUTHORITY | : | |
| OF THE CITY OF HARRISBURG, | : | |
| CAPITAL REGION WATER, CITY | : | |
| OF HARRISBURG, DAUPHIN | : | |
| COUNTY TAX CLAIM BUREUA | : | |
| and HARRISBURG AREA SCHOOL | : | |
| DISTRICT | : | |
|            Respondents | : | |

**ORDER**

Upon consideration of the Motion of Uptown Partners, LP, d/b/a Residences at Governor's Square, a/k/a Governor's Square Apartments ("Debtor') to Continue the Final Sale Hearing and the hearing on the Debtor's Motion to Approve Auction Purchaser, currently scheduled for September 10, 2024 at 11:00 a.m., it is:

**HEREBY ORDERED** that the hearing currently scheduled for September 10, 2024 at 11:00 a.m. is continued until November 5, 2024 at _____ a.m., in the United States Bankruptcy Court, 4th Floor, Courtroom 8, 1501 North 6th Street, Harrisburg, Pennsylvania.