IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|   UPTOWN PARTNERS, LP d/b/a | : | |
|   RESIDENCES AT GOVERNOR'S | : | Chapter 11 |
|   SQUARE, a/k/a GOVERNOR'S | : | |
|   SQUARE APARTMENTS | : | |
| | : | |
|         Debtor | : | |
| | | |
| UPTOWN PARTNERS, LP | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
| REDEVELOPMENT AUTHORITY | : | |
| OF THE CITY OF HARRISBURG, | : | |
| CAPITAL REGION WATER, CITY | : | |
| OF HARRISBURG, DAUPHIN | : | |
| COUNTY TAX CLAIM BUREUA | : | |
| and HARRISBURG AREA SCHOOL | : | |
| DISTRICT | : | |
|         Respondents | : | |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that counsel for the objectors, the City of Harrisburg, The U.S. Trustee and the Department of Housing and Urban Development has been contacted regarding the Debtor's Motion to Continue Confirmation Hearing and they concur with such continuance.

                                                                By: /s/ Robert E. Chernicoff
                                                                  Robert E. Chernicoff, Esquire
                                                                  Attorney I.D. No. 23380
                                                                  2320 North Second Street
                                                                  P. O. Box 60457
                                                                  Harrisburg, PA 17106-0457
                                                                  (717) 238-6570
                                                                  rec@cclawpc.com

Date: September 4, 2024