IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
| UPTOWN PARTNERS, LP | : | |
| Debtor | : | Chapter 11 |
| | : | |

**ORDER**

Upon consideration of the Motion of Uptown Partners, LP, ("Debtor') to Continue the Hearing and the hearing on the Motion of Landex Management, LLC Requesting Order Compelling Debtor to Assume or Reject Executory Contract Pursuant to 11 U.S.C.A Section 365(d)(2) and for Other Relief, currently scheduled for September 10, 2024 at 11:00 a.m., it is:

**HEREBY ORDERED** that the hearing currently scheduled for September 10, 2024 at 11:00 a.m is continued until November 5, 2024 at _____ a.m., in the United States Bankruptcy Court, 4th Floor, Courtroom 8, 1501 North 6th Street, Harrisburg, Pennsylvania.