IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|   UPTOWN PARTNERS, LP | : | |
|     Debtor | : | Chapter 11 |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that counsel for the Movant has been contacted regarding the Debtor's Motion to Continue Confirmation Hearing and they concur with such continuance.

                                                By:   /s/ Robert E. Chernicoff
                                                         Robert E. Chernicoff, Esquire
                                                         Attorney I.D. No. 23380
                                                         2320 North Second Street
                                                         P. O. Box 60457
                                                         Harrisburg, PA 17106-0457
                                                         (717) 238-6570
                                                         rec@cclawpc.com

Date: September 4, 2024