IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|   UPTOWN PARTNERS, LP | : | |
| | : | Chapter 7 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, Jacob Laughman, paralegal with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on September 4, 2024, a true and correct copy of the attached **MOTION TO CONTINUE HEARING ON MOTION OF LANDEX MANAGEMENT, LLC REQUESTING ORDER COMPELLING DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT PURSUANT TO 11 U.S.C.A. SECTION 365(d)(2) AND FOR OTHER RELIEF** was served via electronic means through the Court's ECF filing system and/or by first- class mail, postage prepaid, unless otherwise noted, as follows:

                            Barry A. Solodky, Esquire
                            Anthony J. Foschi, Esquire
                            280 Granite Run Drive, Suite 300
                            Lancaster, PA 17601


                            /s/ *Jacob Laughman*
                            Jacob Laughman