IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|    UPTOWN PARTNERS, LP d/b/a RESIDENCES AT GOVERNOR'S SQUARE, a/k/a GOVERNOR'S SQUARE APARTMENTS | : | Chapter 11 |
|              Debtor | : | |
| UPTOWN PARTNERS, LP | : | |
|             Movant | : | |
| v. | : | |
| REDEVELOPMENT AUTHORITY OF THE CITY OF HARRISBURG, CAPITAL REGION WATER, CITY OF HARRISBURG, DAUPHIN COUNTY TAX CLAIM BUREUA and HARRISBURG AREA SCHOOL DISTRICT | : | |
|             Respondents | : | |

## **ORDER**

Upon consideration of the Motion of Uptown Partners, LP, d/b/a Residences at Governor's Square, a/k/a Governor's Square Apartments ("Debtor') to Continue the Final Sale Hearing and the hearing on the Debtor's Motion to Approve Auction Purchaser, currently scheduled for September 10, 2024 at 11:00 a.m., Doc. 181, it is

**ORDERED** that the hearing currently scheduled for September 10, 2024 at 11:00 a.m. is continued until November 5, 2024 at 11:00 a.m., in the United States Bankruptcy Court, 4th Floor, Courtroom 8, 1501 North 6th Street, Harrisburg, Pennsylvania.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 5, 2024