# Notice Recipients

District/Off: 0314−1          User: AutoDocketer          Date Created: 9/5/2024

Case: 1:23−bk−00988−HWV          Form ID: pdf010          Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Clayton W Davidson | cdavidson@mwn.com |
| aty | Gregory Benjamin Schiller | Gregory.B.Schiller@usdoj.gov |
| aty | Robert E Chernicoff | rec@cclawpc.com |
| aty | Suzanne P. Conaboy | Suzanne.Scanlon@usdoj.gov |

TOTAL: 5