IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OR PENNSYLVANIA

IN RE: : No. 1:23-bk-00988-HWV
    UPTOWN PARTNERS, LP :
: Chapter 11
Debtor :

## CERTIFICATE OF SERVICE

    I, Robert W. Pontz, Esquire, hereby certify that I caused a true and correct copy of the foregoing document to be served via United States Mail, postage prepaid, upon the following parties:

Robert E. Chernicoff, Esquire
Cunningham & Chernicoff, PC
2320 North Second Street
Harrisburg, PA 17110

Office of the United States Trustee
1501 North 6th Street
Harrisburg, PA 17102

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108-1754

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Bureau of Employer Tax Operations
Labor & Industry Building
651 Boas Street
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

United States Attorney
1501 North 6th Street
Harrisburg, PA 17102

Redevelopment Authority of the City of Harrisburg
10 North Second Street, Unit 405
Harrisburg, PA 17105

Suzanne Conaboy Scanlon
Assistant United States Attorney
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 309
Scranton, PA 18501

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Lauren A. Michaels, Esquire
Commonwealth of Pennsylvania
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166

Marielle Macher, Esquire
Community Justice Project
118 Locust Street
Harrisburg, PA 17101

Harrisburg Area School District
1601 State Street
Harrisburg, PA 17103

Gregory Benjamin Schiller, Esquire
US Department of Justice
Office of the US Trustee
228 Walnut Street, Room 1190
Harrisburg, PA 17101

Bradford Dorrance, Esquire
Keefer Wood Allen & Rahal, LLP
417 Walnut Street, 3rd Floor
P.O. Box 11963
Harrisburg, PA 17108-1963

Capital Region Water
3003 North Front Street
Harrisburg, PA 17110

City of Harrisburg
10 North Second Street
Harrisburg, PA 17101

Dauphin County Tax Claim Bureau
2 South Second Street, #1
Harrisburg, PA 17101

John Cannizzaro, Esquire
Ice Miller LLP
250 West Street
Columbus, OH 43215

Elizabeth Smith, Esquire
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

Dated: 9/10/2024

SAXTON & STUMP, LLC
Attorneys for Landex Management, LLC

By: _____
Barry A. Solodky, Esquire
PA Attorney I.D. No. 19259
bso@saxtonstump.com
Robert W. Pontz, Esquire
PA Attorney I.D. No. 56554
bpontz@saxtonstump.com
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1000