# EXHIBIT A



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN

# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| Mag. Dist. No: | MDJ-12-2-04 |
|---|---|
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS TH LP

UPTOWN PARTNERS TH LP
2320 N. 2nd Street
Harrisburg, PA 17110

Docket No: MJ-12204-NT-0000688-2024
Case Filed: 5/31/2024

### Charge(s)

| LO § 3-363 §§ 2 (Lead) | PREMISES & PROP W/I CITY KEPT FREE OF WEEDS 18"+ |
|---|---|

**FINE AND COSTS:** Fine: 125.00  Costs/Fees: 126.75  Server Fees:  Restitution:  Total Due: 251.75

+8.00
259.75

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial, OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04". You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".

(DETACH HERE)

### MAIL IN PLEA

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

Docket No: MJ-12204-NT-0000688-2024   Citation No: R 3825442-5   Defendant: UPTOWN PARTNERS TH LP

1. I PLEAD NOT GUILTY  _____
(Signature)

2. I PLEAD GUILTY  _____
(Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 06/20/2024 7:51:06AM
Case 1:23-bk-00988-HWV   Doc 188-1   Filed 10/08/24   Entered 10/08/24 15:42:53   Desc Exhibit A   Page 2 of 13
FREE INTERPRETER
pacourts.us/language-rights
717-780-6640

# COMMONWEALTH OF PENNSYLVANIA
## NON-TRAFFIC SUMMONS

**CITATION NO.** R 3825442-5

| Field | Value |
|---|---|
| 1. Magisterial District Number | |
| 2. Docket Number | NT-688-2024 |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | 1705 North Ross St |
| 5. Driver's Number | |
| 6. State | ☑ PA |
| 7. Defendant's Name - First / Middle / Last | |
| 8. Defendant's Address (Street-City-State-Zip Code) | Rhode Island |

**9. Race/Ethnicity:** (W) ☐ White  (A) ☐ Asian  (B) ☐ Black  (H) ☐ Hispanic  (I) ☐ Native American  (U) ☐ Unknown
**10. Sex:** (M) ☐ Male  (F) ☐ Female
**11. Date of Birth (MM/DD/YY):**
**12. Resident Status:** (R) ☐ Resident  (N) ☐ Non-Resident  (U) ☐ Unknown
**13. Case Instituted by:** (O) ☐ On-View Arrest  (C) ☐ Citation/Summons

**14. JUVENILE** ☐ Yes
**15. Parents Notified** ☐ Yes
**16. Parent's Name**
**17. Date Notified**
**18. Time**

**19. Charge:**
☐ Disorderly Conduct  ☐ Criminal Trespass  ☐ Theft of Services  ☐ Criminal Mischief
☐ Harassment  ☐ Public Drunkenness  ☐ Scattering Rubbish
☐ Retail Theft  ☐ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
☑ Other

**20. Nature of Offense:**
**21. Pa. Code:**
**22. ☐ CRIMES CODE TITLE 18**
**23. SECTION**
**24. SUB SEC**
**25. FINE:** 135.
**26. COSTS:** 86.50
**27. JCP/ATJ /CJEA/OAG:** $ 40.25
**28. TOTAL DUE:** $ 257.75

**29.** ☐ Military Service
**30.** ☐ Lab Services Requested

| 31. Date | 32. Time | 33. Day | 34. City-Twp-Boro | 35. Code | 36. Zone |
|---|---|---|---|---|---|
| 05/16/24 | 1051 | Thursd. | Harrisburg | 501 | |

**37. Location:** 2003 Vine St
**38. County:** Dauphin
**39. County Code:** 22

**40. Defendant's Signature - Acknowledges Receipt of Citation:** X
**41. Date:**
☐ Issued  ☐ Filed  **42.** ☐ Filed on Info. received

43. I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

**OFFICER'S SIGNATURE** | **BADGE NUMBER** | **ORI NUMBER**

**44. Station Address:** Harrisburg

| 45. Offense Code | 46. Property Record No. | 47. Systems Code | 48. ☐ Initial Report | 49. ☐ Attention LCE | 50. Incident No. |
|---|---|---|---|---|---|

**51. Victim's Name**
**52. Date of Birth (MM/DD/YY)**
**53. Sex**
**54. Race/Ethnicity**

**57. Confidential Information Section**

**58. Remarks/Subpoena List**

R3825442-5

**59. Supv Int** | **Badge No.**

AOPC 407-95 (Rev. 11/2022)   DEFENDANT - CERTIFIED MAIL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-2-04 |
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

UPTOWN PARTNERS LP
2320 N. 2nd Street
Harrisburg, PA 17110

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS LP

Docket No: MJ-12204-NT-0000673-2024
Case Filed: 5/31/2024

| Charge(s) | |
|---|---|
| LO § 8-107 §§ 2 (Lead) | PROPERTY MAINTENANCE -- CODE ADOPTION |

**FINE AND COSTS:** Fine: 125.00  Costs/Fees: 126.75  Server Fees: ___  Restitution: ___  Total Due: 251.75
+8.00
259.75

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial; OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04" You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".

(DETACH HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAIL IN PLEA**

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

Docket No: MJ-12204-NT-0000673-2024   Citation No: R 3825016-6   Defendant: UPTOWN PARTNERS LP

1. I PLEAD NOT GUILTY   _____
(Signature)

2. I PLEAD GUILTY   _____
(Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 06/20/2024 7:48:24AM
Case 1:23-bk-00988-HWV   Doc 188-1   Filed 10/08/24   Entered 10/08/24 15:42:53   Desc Exhibit A   Page 4 of 13
FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640

# COMMONWEALTH OF PENNSYLVANIA NON-TRAFFIC SUMMONS

**CITATION NO. R3825016-6**

| Field | Value |
|---|---|
| 1. Magisterial District Number | |
| 2. Docket Number | NT-673-2024 |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | North [illegible] St |
| 5. Driver's Number | |
| 6. State | PA |
| 7. Defendant's Name - First / Middle / Last | |
| 8. Defendant's Address | |
| 9. Race/Ethnicity | |
| 10. Sex | |
| 11. Date of Birth | |
| 12. Resident Status | |
| 13. Case Instituted by | (C) Citation/Summons |
| 14. JUVENILE | |
| 15. Parents Notified | |
| 19. Charge | ☒ Theft of Services |
| 20. Nature of Offense | [illegible] |
| 21. Pa. Code | |
| 22. Crimes Code Title 18 | |
| 23. Section | |
| 24. Sub Sec | |
| 25. Fine | 125. |
| 26. Costs | 86.50 |
| 27. JCP/ATJ/CJEA/OAG | $ 40.25 |
| 28. TOTAL DUE | $ 251.75 |
| 31. Date | |
| 32. Time | 14:30 |
| 33. Day | |
| 34. City-Twp-Boro | |
| 35. Code | |
| 37. Location | |
| 38. County | |

58. Remarks/Subpoena List: 125[?]

**R3825016-6**

AOPC 407-95 (Rev. 11/2022) — DEFENDANT - CERTIFIED MAIL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-2-04 |
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS LP

UPTOWN PARTNERS LP
4030 Rhode Island Ave
Brentwood, MD 20722

Docket No: MJ-12204-NT-0000252-2024
Case Filed: 2/23/2024

| Charge(s) | | | | |
|---|---|---|---|---|
| LO § 8-511§§ 1 (Lead) | RESIDENTIAL RENTAL UNIT REGISTRATION PROGRAM | | | 426.75 |
| FINE AND COSTS: | Fine: 300.00  Costs/Fees: 126.75  Server Fees:  Restitution: | | | Total Due: |

78.00
434.75

WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial, OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04". You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

IF YOU INTEND TO RESPOND BY MAIL:
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".
(DETACH HERE)

## MAIL IN PLEA

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

Docket No: MJ-12204-NT-0000252-2024    Citation No: R 3826120-4    Defendant: UPTOWN PARTNERS LP

1. I PLEAD NOT GUILTY    _____
                          (Signature)

2. I PLEAD GUILTY    _____
                      (Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 04/02/2024
Case 1:23-bk-00988-HWV    Doc 188-1    Filed 10/08/24    Entered 10/08/24 15:42:53    Desc Exhibit A    Page 6 of 13

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640

# COMMONWEALTH OF PENNSYLVANIA
## NON-TRAFFIC SUMMONS

**CITATION NO.** R3826120-4

| Field | Value |
|---|---|
| 1. Magisterial District Number | [illegible] |
| 2. Docket Number | NT-252-2024 |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | [illegible] North [illegible] |
| 5. Driver's Number | |
| 6. State | ☒ PA |
| 7. Defendant's Name - First / Middle / Last | [illegible] / [illegible] Siegel |
| 8. Defendant's Address | 1130 [illegible] Island Ave, Brentwood, MD [illegible] |

**9. Race/Ethnicity:** ☐ White ☐ Asian ☐ Black ☐ Hispanic ☐ Native American ☒ Unknown
**10. Sex:** ☐ Male ☐ Female
**11. Date of Birth:** [illegible]
**12. Resident Status:** ☐ Resident ☐ Non-Resident ☒ Unknown
**13. Case Instituted by:** ☐ On-View Arrest ☒ Citation/Summons

**14. JUVENILE:** ☐ Yes **15. Parents Notified:** ☐ Yes

**19. Charge:**
- ☐ Disorderly Conduct
- ☐ Criminal Trespass
- ☐ Theft of Services
- ☐ Criminal Mischief
- ☐ Harassment
- ☐ Public Drunkenness
- ☐ Scattering Rubbish
- ☐ Retail Theft
- ☒ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
- ☐ Other

**20. Nature of Offense:** [illegible handwriting] unregistered [illegible]

**21. Pa. Code:** [illegible] 2024
**22. CRIMES CODE TITLE 18**
**23. SECTION:** 117
**24. SUB SEC.**
**25. FINE:** [illegible]
**26. COSTS:** 86.50
**27. JCP/ATJ/CJEA/OAG:** $40.25
**28. TOTAL DUE:** $ 465.75

**31. Date:** [illegible] **32. Time:** 0:30 **33. Day:** Thurs **34. City/Twp/Boro:** Harrisburg
**35. Code:** 501 **36. Zone:**
**37. Location:** 501 M[illegible] St
**38. County:** Dauphin
**39. County Code:** 22

**40. Defendant's Signature:** X
**41. Date:** ☐ Issued ☐ Filed ☐ Filed on info. received

**OFFICER'S SIGNATURE** [signature] **BADGE NUMBER:** 376 **ORI NUMBER:** [illegible]

**44. Station Address:** [illegible] N 3rd St, Harrisburg, PA [illegible]

**45. Offense Code:** [illegible] **46. Property Record No.:** **47. Systems Code:**
**48.** ☐ Initial Report **49.** ☐ Attention LCE **50. Incident No.:** [illegible]

**58. Remarks/Subpoena List:** H2S [illegible]

R3826120-4

AOPC 407-95 (Rev. 11/2022) — DEFENDANT - CERTIFIED MAIL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| Mag. Dist. No: | MDJ-12-2-04 |
|---|---|
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

UPTOWN PARTNERS LP
4030 Rhode Island Ave
Brentwood, MD 20722

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS LP

Docket No: MJ-12204-NT-0000018-2024
Case Filed: 1/4/2024

### Charge(s)

| LO § 8-107 §§ 2 (Lead) | PROPERTY MAINTENANCE -- CODE ADOPTION |
|---|---|

**FINE AND COSTS:** Fine: 75.00  Costs/Fees: 126.75  Server Fees:  Restitution:  Total Due: 201.75
+ 8.00
209.75

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial, OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04" You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".
(DETACH HERE)

---

**MAIL IN PLEA**

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)
Docket No: MJ-12204-NT-0000018-2024   Citation No: R 3824259-5   Defendant: UPTOWN PARTNERS LP

1. I PLEAD NOT GUILTY  _____
   (Signature)

2. I PLEAD GUILTY  _____
   (Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 01/23/2024 9:58:10AM
1
FREE INTERPRETER
www.pacourts.us/language-rights

Case 1:23-bk-00988-HWV   Doc 188-1   Filed 10/08/24   Entered 10/08/24 15:42:53
Desc Exhibit A   Page 8 of 13

# COMMONWEALTH OF PENNSYLVANIA
## NON-TRAFFIC SUMMONS

**CITATION NO.** R3824259-5

| Field | Value |
|---|---|
| 1. Magisterial District Number | |
| 2. Docket Number | |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | |
| 5. Driver's Number | |
| 6. State | ☐ PA |
| 7. Defendant's Name - First / Middle / Last | |
| 8. Defendant's Address (Street-City-State-Zip Code) | |

9. Race/Ethnicity: (W) White, (B) Black, (I) Native American, (A) Asian, (H) Hispanic, (U) Unknown
10. Sex: (M) Male, (F) Female
11. Date of Birth (MM/DD/YY)
12. Resident Status: (R) Resident, (N) Non-Resident, (U) Unknown
13. Case Instituted by: (O) On-View Arrest, (C) Citation/Summons

14. JUVENILE ☐ Yes
15. Parents Notified ☐ Yes
16. Parent's Name
17. Date Notified
18. Time

19. Charge:
☐ Disorderly Conduct
☐ Criminal Trespass
☐ Theft of Services
☐ Criminal Mischief
☐ Harassment
☐ Public Drunkenness
☐ Scattering Rubbish
☐ Retail Theft
☑ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
☐ Other

20. Nature of Offense
21. Pa. Code
22. CRIMES CODE TITLE 18
23. SECTION
24. SUB SEC
25. FINE
26. COSTS 86.50
27. JCP/ATJ CJEA/OAG $40.25
28. TOTAL DUE $
29. ☐ Military Service
30. ☐ Lab Services Requested
31. Date
32. Time
33. Day
34. City-Twp-Boro
35. Code
36. Zone
37. Location
38. County
39. County Code

40. Defendant's Signature - Acknowledges Receipt of Citation
X
41. Date
42. ☐ Issued ☐ Filed ☐ Filed on Info. Received

43. I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

OFFICER'S SIGNATURE / BADGE NUMBER / ORI NUMBER

44. Station Address
45. Offense Code
46. Property Record No.
47. Systems Code
48. ☐ Initial Report
49. ☐ Attention LCE
50. Incident No.
51. Victim's Name
52. Date of Birth (MM/DD/YY)
53. Sex
54. Race/Ethnicity

57. Confidential Information Section
58. Remarks/Subpoena List

R3824259-5

58. Supv. Init. / Badge No.

AOPC 407-95 (Rev. 11/2022) — DEFENDANT - CERTIFIED MAIL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-2-04 |
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS LP

UPTOWN PARTNERS LP
4030 Rhode Island Ave
Brentwood, MD 20722

Docket No: MJ-12204-NT-0000048-2024
Case Filed: 1/9/2024

### Charge(s)

| | |
|---|---|
| LO § 3-363 §§ 2 (Lead) | PREMISES & PROP W/I CITY KEPT FREE OF WEEDS 18"+ |

**FINE AND COSTS:** Fine: 100.00  Costs/Fees: 126.75  Server Fees:  Restitution:  Total Due: 226.75
+ 8.00
234.75

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**
1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial, OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea.
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S Section 1543(b) (Driving while operating privilege is suspended or revoked)
- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04". You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2)
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".
(DETACH HERE)

**MAIL IN PLEA**

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)
Docket No: MJ-12204-NT-0000048-2024     Citation No: R 3824278-3     Defendant: UPTOWN PARTNERS LP

1. I PLEAD NOT GUILTY _____
                              (Signature)

2. I PLEAD GUILTY _____
                              (Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 01/25/2024 8:48:20AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640



# COMMONWEALTH OF PENNSYLVANIA
## NON-TRAFFIC SUMMONS

**CITATION NO.** R3824278-3

| Field | Value |
|---|---|
| 1. Magisterial District Number | |
| 2. Docket Number | |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | |
| 5. Driver's Number | |
| 6. State | ☐ PA |
| 7. Defendant's Name - First / Middle / Last | |
| 8. Defendant's Address (Street-City-State-Zip Code) | |

**9. Race/Ethnicity:** (W) ☑ White  (A) ☐ Asian  (B) ☐ Black  (H) ☐ Hispanic  (I) ☐ Native American  (U) ☐ Unknown
**10. Sex:** (M) ☐ Male  (F) ☐ Female
**11. Date of Birth (MM/DD/YY):**
**12. Resident Status:** (R) ☐ Resident  (N) ☐ Non-Resident  (U) ☐ Unknown
**13. Case Instituted by:** (O) ☐ On-View Arrest  (C) ☐ Citation/Summons
**14. JUVENILE:** ☐ Yes  **15. Parents Notified:** ☐ Yes  **16. Parent's Name:**  **17. Date Notified:**  **18. Time**

**19. Charge:**
- ☐ Disorderly Conduct
- ☐ Criminal Trespass
- ☐ Theft of Services
- ☐ Criminal Mischief
- ☐ Harassment
- ☐ Public Drunkenness
- ☐ Scattering Rubbish
- ☐ Retail Theft
- ☐ Purchase, Consumption, Possession or Transportation of Liquor or Malt or Brewed Beverages
- ☑ Other

**20. Nature of Offense:**
**21. Pa. Code:**
**22. CRIMES CODE TITLE 18**
**23. SECTION** | **24. SUB SEC**
**25. FINE** 100.00
**26. COSTS** 86.50
**27. JCP/ATJ/CJEA/OAG** $ 40.25
**28. TOTAL DUE** $
**29.** ☐ Military Service
**30.** ☐ Lab Services Requested
**31. Date** | **32. Time** | **33. Day** | **34. City/Twp/Boro** | **35. Code** | **36. Zone**
**37. Location**
**38. County**
**39. County Code**
**40. Defendant's Signature - Acknowledges Receipt of Citation:** X
**41. Date**
**42.** ☐ Issued ☐ Filed ☐ Filed on Info. received

43. I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

**OFFICER'S SIGNATURE** | **BADGE NUMBER** | **ORI NUMBER**

**44. Station Address:**
**45. Offense Code** | **46. Property Record No.** | **47. Systems Code** | **48.** ☐ Initial Report | **49.** ☐ Attention LCE | **50. Incident No.**
**51. Victim's Name** | **52. Date of Birth (MM/DD/YY)** | **53. Sex** | **54. Race/Ethnicity**
**57. Confidential Information Section**
**58. Remarks/Subpoena List**

R3824278-3
**59. Supv. Init** | **Badge No.**

AOPC 407-95 (Rev. 11/2022)  DEFENDANT - CERTIFIED MAIL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# SUMMONS FOR SUMMARY CASE NON-TRAFFIC

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-2-04 |
| MDJ Name: | Honorable Sonya M. McKnight |
| Address: | 1805 N Cameron St<br>Harrisburg, PA 17103 |
| Telephone: | 717-233-3599 |

Commonwealth of Pennsylvania
v.
UPTOWN PARTNERS LP

UPTOWN PARTNERS LP
4030 Rhode Island Ave
Brentwood, MD 20722

Docket No: MJ-12204-NT-0000023-2024
Case Filed: 1/4/2024

### Charge(s)

| | |
|---|---|
| LO § 8-107 §§ 2 (Lead) | PROPERTY MAINTENANCE -- CODE ADOPTION |

**FINE AND COSTS:** Fine: 200.00 Costs/Fees: 126.75 Server Fees: Restitution: Total Due: 326.75
+ 8.00
334.75

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above, or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance at trial; OR,
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require, or if you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea;
3. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR
4. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE OR YOU PLEAD GUILTY AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-12-2-04". You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/PAePayFCR* to make a payment.
- IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST WILL BE ISSUED.

**IF YOU INTEND TO RESPOND BY MAIL:**
Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).
If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.
If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees will result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-12-2-04".
(DETACH HERE)

### MAIL IN PLEA

I understand my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

Docket No: MJ-12204-NT-0000023-2024   Citation No: R 3824279-4   Defendant: UPTOWN PARTNERS LP

1. I PLEAD NOT GUILTY  _____
(Signature)

2. I PLEAD GUILTY  _____
(Signature)

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 617
Printed: 01/23/2024 9:58:10AM

1

FREE INTERPRETER
www.pacourts.us/language-rights

# COMMONWEALTH OF PENNSYLVANIA
## NON-TRAFFIC SUMMONS

**CITATION NO.** R3824279-4

| Field | Value |
|---|---|
| 1. Magisterial District Number | 2201 |
| 2. Docket Number | MT-23-2024 |
| 3. Social Security Number | |
| 4. Address of Magisterial District Office | 1705 North (Cameron) St |
| 5. Driver's Number | |
| 6. State | PA |
| 7. Defendant's Name - First / Middle / Last | Uptown Parkross LP |
| 8. Defendant's Address | 1530 Rhode Island Ave, Brentwood MD 20722 |

**9. Race/Ethnicity:** (U) Unknown
**10. Sex:** (M) Male
**11. Date of Birth:** unknown
**12. Resident Status:** (U) Unknown
**13. Case Instituted by:** (C) Citation/Summons

**14. JUVENILE:** No
**15. Parents Notified:** No

**19. Charge:** ☑ Other — Violation

**20. Nature of Offense:** Failure ...
Inoperable carbon monoxide ...

| | |
|---|---|
| 21. Pa. Code | |
| 22. CRIMES CODE TITLE 18 | |
| 23. SECTION | 7012 |
| 24. SUB SEC | |
| 25. FINE | 200.00 |
| 26. COSTS | 86.50 |
| 27. JCP/ATJ ICJEA/OAG | $40.25 |
| 28. TOTAL DUE | $ |

**31. Date:** 09/26/2024
**32. Time:** 11:13
**34. City/Twp/Boro:** Harrisburg
**35. Code:** 301

**37. Location:** 555-569 (Forester) St
**38. County:** Dauphin
**39. County Code:** 22

**40. Defendant's Signature:** X
**41. Date:** — ☐ Issued ☐ Filed ☐ Filed on Info. received

**43.** I verify that the facts set forth in this citation are true to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

**OFFICER'S SIGNATURE**
**BADGE NUMBER:** 876
**ORI NUMBER:** 2655

**44. Station Address:** 10 N 2nd St, Harrisburg PA 17101

**46. Property Record No.:** 10026051-2
**50. Incident No.:** W1085665

**58. Remarks/Subpoena List:** 425 N. (Galveston) Ave

R3824279-4

AOPC 407-95 (Rev. 11/2022)  DEFENDANT - CERTIFIED MAIL