IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| UPTOWN PARTNERS, LP | : | Case No. 1:23-bk-00988-HWV |
| DEBTOR | : | |

### JOINDER OF THE HARRISBURG REDEVELOPMENT AUTHORITY IN THE CITY OF HARRISBURG'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

The Harrisburg Redevelopment Authority (the "HRA") by and through its undersigned counsel, hereby files this joinder in the City of Harrisburg's (the "City") Motion to Dismiss Uptown Partners, LP's Chapter 11 bankruptcy case [Docket No. 171] and respectfully requests dismissal of the Debtor's bankruptcy case, along with such other and further relief as may be just and appropriate.

                                                                         McNEES WALLACE & NURICK LLC

Date:  October 28, 2024                  By:  /s/Clayton W. Davidson
                                                                Clayton W. Davidson
                                                                Attorney I.D. 79139
                                                                100 Pine Street
                                                                P.O. Box 1166
                                                               Harrisburg, PA  17108-1166
                                                               Phone:  (717) 232-8000
                                                               Fax:  (717) 260-1678
                                                               cdavidson@mcneeslaw.com

                                                               *Attorneys for Harrisburg Redevelopment Authority*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was electronically filed with the Clerk of Court of the United States Bankruptcy Court for the Middle District of Pennsylvania using the CM/ECF system with electronic notice upon all attorneys of record.

McNEES WALLACE & NURICK LLC

Date: October 28, 2024

By: /s/Clayton W. Davidson
Clayton W. Davidson
Attorney I.D. 79139
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 260-1678
cdavidson@mcneeslaw.com

*Attorneys for Harrisburg Redevelopment Authority*