IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|   UPTOWN PARTNERS, LP d/b/a | : | |
|   RESIDENCES AT GOVERNOR'S | : | Chapter 11 |
|   SQUARE, a/k/a GOVERNOR'S | : | |
|   SQUARE APARTMENTS | : | Adversary No. 1:24-ap-00051-HWV |
|       Debtor | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
STIPULATION OF SETTLEMENT WITH THE
CITY OF HARRISBURG (THE "CITY") RESOLVING
THE MOTION FOR 2004 EXAM, MOTION TO DISMISS AND
THE ADVERSARY COMPLAINT AND
MOTION FOR PRELIMINARY INJUNCTION**

  The undersigned hereby certifies that, as of the date hereof, no responsive pleading objecting to the Stipulation of Settlement with the City of Harrisburg (the "City") resolving the Motion for 2004 Exam, Motion to Dismiss and the Adversary Complaint and Motion for Preliminary Injunction, has been received and the deadline to file a response and/or objection to the Motion has passed. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or responsive pleading to the Application appears thereon.

  It is hereby respectfully requested that the proposed Order attached to the Motion at Doc. No. 204 be entered by the Court.

                 Respectfully submitted:

                 CUNNINGHAM, CHERNICOFF
                 & WARSHAWSKY, P.C.

                 By:  /s/ Robert E. Chernicoff
                   Robert E. Chernicoff, Esquire
                   Attorney I.D. No. 23380
                   2320 North Second Street
                   P. O. Box 60457
                   Harrisburg, PA 17106-0457
                   (717) 238-6570

Date: December 11, 2024